EXHIBIT 4
PART 2

## EXHIBIT 7.1(F)

### STREET LEVEL EXTERIOR MAINTENANCE AND SNOW REMOVAL

1.    **Description of Services.**  The Hotel Owner, at its sole cost and expense, shall be responsible for keeping in a neat, clean and sightly condition and removing snow (as applicable) from all sidewalks adjacent to the Hotel Parcel, the Retail Parcel, the Office/Annex Parcel, the lobby and vestibule, the alley adjacent to the loading dock area and the loading dock area, and shall perform Maintenance of the pavement and sidewalks adjacent to and comprising a portion of the Hotel Parcel, the Retail Parcel and the Office/Annex Parcel.

2.    **Net Capitalized Cost of Replacement.**  To the extent not provided by the City, each Owner (at each such Owner's sole cost and expense) shall perform Maintenance of all structural portions of the sidewalk fronting their respective Parcels at grade (other than the snow removal and keeping same in a neat, clean and sightly condition as provided in paragraph 1 above).  The Owners may choose to contract for, schedule and pay for the foregoing services jointly.  Each Project Owner shall bear 100% of the Net Capitalized Cost of Replacement of the respective portions of the sidewalk and other exterior Improvements and Facilities adjacent to such Owners' respective Parcel for which each such Owner is responsible for Maintenance and snow removal in accordance with Paragraph 1 above.

CHGO2\40126644.12

**EXHIBIT 7.1(G)**

**LOADING DOCK, TRASH ROOM, UTILITY AREA AND STAIRWELL MAINTENANCE**

4.  **Description of Services.**  The Hotel Owner shall perform Maintenance in the Loading Dock and Trash Room of the Hotel Parcel Improvements.  The Hotel Owner shall also perform Maintenance, in the utility areas of the Hotel Parcel Improvements, of the mechanical rooms, electrical rooms, telephone rooms, and common service corridors and all shared Facilities, as well as the stairwells located within the Hotel Parcel.  Each individual user (Hotel Owner, Office/Annex Owner and Retail Owner) shall be responsible for scheduling, contracting for and payment of its own trash removal service.  Users may also choose to contract for, schedule and pay for trash removal service jointly.

5.  **Operating Expenses.**  The Retail Owner and Office/Annex Owner shall place their own dumpsters within the Trash Room.  Each of the Retail Owner and the Office/Annex Owner shall pay one hundred percent (100%) of the costs to the scavenger service to haul the trash in each such Owner's dumpster, respectively.

6.  **Net Capitalized Cost of Replacement.**  The Hotel Owner shall bear one hundred percent (100%) of the Net Capitalized Cost of Replacement of the Facilities, in connection with the Maintenance of the Trash Room, mechanical rooms, electrical room, telephone room, common service corridors, all shared Facilities and all stairwells located within the Hotel Parcel, referred to in Paragraph 1.

7.1(G)-1

## EXHIBIT 7.1(H)

### CLOSED LOOP CHILLED WATER SYSTEM AND CHILLERS

3.   **Description of Services.**  The Hotel Owner shall provide chilled water and perform Maintenance of the Facilities located in the Hotel Property (as well as the chillers located within the Office/Annex Property) delivering chilled water to the Facilities located in the Building (including, without limitation, the closed loop four-pipe system serving the Hotel Parcel, the Retail Parcel and the Office/Annex Parcel) so serving the Hotel Property, the Retail Property and the Office/Annex Property; provided, however, that the Retail Owner, the Hotel Owner and the Office/Annex Owner shall bear the cost of Maintenance of the portions of the closed loop chilled water distribution Facilities located within such Owners' Parcels, respectively (including, without limitation, air handlers and fan coils, as well as any independent cooling systems located within and serving exclusively such Owner's Property).

4.   **Operating Expenses and Net Capitalized Cost of Replacement.**  The Operating Expenses and Net Capitalized Cost of Replacement of the chillers, the closed loop chilled water distribution Facilities and related Facilities and Equipment shall be allocated between the Owners as follows:

|                    |   |        |
|--------------------|---|--------|
| Hotel Owner        | - | 92.2%  |
| Retail Owner       | - | 5.6%   |
| Office/Annex Owner | - | 2.2%   |

7.1(H)-1

CHGO2\40126644.12

Order: 18000031623                                    Page 192 of 203 Requested By: Milena Gueorguieva  , Printed: 4/10/2018 10:54 AM
Doc: 634644078 EAS 12-12-2006

## EXHIBIT 7.1(I)

### HOT WATER SYSTEM AND BOILERS

1.  **Description of Services**.  The Hotel Owner shall provide hot water and perform Maintenance of the Facilities located in the Hotel Property delivering hot water to the Hotel Property, the Retail Property and the Office/Annex Property; provided, however, that the Retail Owner and the Office/Annex Parcel Owners shall bear the cost of Maintenance of the portions of the hot water distribution Facilities located within such Owners' Parcels, respectively.

2.  **Operating Expenses and Net Capitalized Cost of Replacement**.  The Operating Expenses and Net Capitalized Cost of Replacement of the boilers, the hot water distribution Facilities and related Facilities and Equipment shall be allocated between the Owners as follows:

    | | | |
    |---|---|---|
    | Hotel Owner | - | 92.2% |
    | Retail Owner | - | 5.6% |
    | Office/Annex Owner | - | 2.2% |

7.1(M)-1

CHGO2\40126644.12

## EXHIBIT 7.1(M)

### ARCADE LEVEL COMMON AREA MAINTENANCE

1.    **Description of Services**.  The Hotel Owner, at its sole cost and expense, shall be responsible for keeping in a neat, clean and sightly condition the common areas located on the Arcade Level of the Hotel Parcel, the use of a portion of which the Hotel Parcel shares with the Retail Parcel, and shall perform Maintenance thereof.

2.    **Operating Expenses**.  The Hotel Owner and the Retail Owner shall share Operating Expenses in connection with the services described in <u>Paragraph 1</u> in accordance with the following percentages:

|  |  |  |
|---|---|---|
| Hotel Owner | - | 92.0% |
| Retail Owner | - | 8.0% |

The Retail Owner shall reimburse the Hotel Owner for its share of such Operating Expenses in accordance with the terms and conditions of **EXHIBIT 7.6**.

7.1(M)-1

CHGO2\40126644.12

EXHIBIT 7.2(D)

**TELEPHONE**

3.    **Description of Services**.  The Hotel Owner shall perform Maintenance of the Facilities providing telephone service to the Office/Annex Property; provided, however, that the Office/Annex Parcel Owner shall bear the cost of Maintenance of the portions of the telephone Facilities located within such Owner's Parcel.

4.    **Operating Expenses and Net Capitalized Cost of Replacement**.  The Operating Expenses and Net Capitalized Cost of Replacement of the telephone Facilities and Equipment shall be allocated between the Owners as follows:

|  |  |  |
|---|---|---|
| Hotel Owner | - | 95.2% |
| Office/Annex Owner | - | 4.8% |

7.2(D)-1

CHGO2\40126644.12

**EXHIBIT 7.6**

**BILLING AND PAYMENT**

1.    **Net Capitalized Cost of Replacement.**

a.    Whenever an Owner ("***Replacing Party***") replaces Facilities or other items or improvements under **ARTICLE 7** or elsewhere in this Agreement, and another Owner ("***Contributing Party***") is required by this Agreement to bear part or all of the Net Capitalized Cost of such Replacement (as such term is defined in this **EXHIBIT 7.6**), the Replacing Party shall deliver a statement to the Contributing Party showing the Contributing Party's Applicable Percentage (as that term is defined in this **EXHIBIT 7.6**) of such cost thereof within thirty (30) days after installation or completion of such replacement, as such date is reasonably determined by the Replacing Party.    The Contributing Party shall pay its required Applicable Percentage as set forth herein of the Net Capitalized Cost of such Replacement to the Replacing Party within thirty (30) days after receipt of such statement or upon such terms as the Owners may agree.

b.    As to Replacements under **ARTICLE 7**, the Replacing Party shall, at or about the commencement of each calendar year, deliver to the Contributing Party its reasonable estimate or budget, in reasonable detail, of Net Capitalized Cost of Replacements for such year or other operating period as may be agreed by the Owners. Each of the Owners shall maintain reasonable reserves to pay its respective Applicable Percentage of the Net Capitalized Cost of Replacements when due and shall furnish to the other Owners evidence of such reserves upon request of the other Owners, but not more often than annually. The failure to include any Net Capitalized Cost of such Replacement in the budget shall not release any Owner from its obligation to timely pay its required Applicable Percentage as set forth herein.

c.    Notwithstanding anything to the contrary contained in this Agreement, each Project Owner shall bear 100% of the Net Capitalized Cost of Replacement of all Improvements, Facilities, systems and equipment providing service to their Parcel exclusively. If any Improvement, Facility, system or equipment requires Replacement, and such Improvement, Facility, System or equipment serves more than one Parcel but less than all of the Parcels, then the Owners of the Parcels served by such Improvements, Facilities, systems and equipment shall divide the Net Capitalized Cost of Replacement of any such Improvements, Facilities, systems and equipment in the same ratio as such Project Owners bear to each other under the Approved Division, excluding the Project Owner whose Parcel is not served by such Improvement, Facility, system or equipment (for example, and in no way limiting the rights or obligations of the Owners as set forth in this **EXHIBIT 7.6**, if the only Parcels served by the Improvement, Facility, system or equipment requiring Replacement are the Hotel Parcel and the Office/Annex Parcel, the Hotel Owner shall bear ninety-one and sixty-seven one-hundredths of one percent (91.67%) of such Net Capitalized Cost of Replacement and the Office/Annex Owner shall bear eight and thirty-three one-hundredths of one percent (8.33%) of such Net Capitalized Cost of Replacement).

CHGO2\40126644.12

2.    **Operating Expenses**.

    a.    Each of the Office/Annex Owner and the Retail Owner shall make monthly payments in advance on the first day of each calendar month on account of Operating Expenses (as that term is defined in this Exhibit) for each calendar year for services rendered by the Hotel Owner to the Office/Annex Parcel and the Retail Parcel, respectively, during such calendar year (each such monthly payment hereinafter referred to as a "***Progress Payment***"), as follows:

        i.    The Hotel Owner shall, prior to October 1 of the preceding calendar year or from time to time during the calendar year in which it provides services, deliver a written notice or notices ("***Projection Notice***") setting forth:

        (A)    the Hotel Owner's reasonable estimates, forecasts or projections based on a detailed budget (collectively, the "***Projections***") of Operating Expenses for the services to be provided by the Hotel Owner pursuant to **ARTICLE 7** for such calendar year, with an explanation as to increases anticipated from the prior year's operations; and,

        (B)    the amount of the Progress Payment to be made by each Owner receiving such services. The amount of each Progress Payment shall be in an amount equal to one-twelfth (1/12) of the Projections for the calendar year times such Owner's Applicable Percentage.

        (C)    the amount of any increase or decrease as a result of an unanticipated increase or decrease in expenses, and an explanation for such increase or decrease.

        ii.    Office/Annex Owner and the Retail Owner shall in their reasonable discretion approve the Projections within thirty (30) days after such Owner receives the Projection Notice; provided, however, that in the event, that an Owner does not object in writing to a Projection Notice within such 30 day period, such Owner shall be deemed to have approved the Projection Notice. If a Projection Notice has not been approved (or deemed approved) by the Office/Annex Owner and the Retail Owner within the thirty (30) day periods stated above, the Owners shall continue to make Progress Payments based on the most recent Projections approved by all such Owners until new Projections are approved by such Owners.

        iii.    Hotel Owner shall use its reasonable efforts to provide its services within the budgeted costs detailed in the Projections with respect to all costs that are reasonably within its control.

        iv.    The Hotel Owner may require that certain items, such as submetered water or electricity, be paid by the Owner receiving such services within ten (10) days after the Hotel Owner sends an invoice to such Owners.

7.6-2

CHGO2\40126644.12

Order: 18000031623                                                    Page 197 of 203Requested By: Milena Gueorguieva , Printed: 4/10/2018 10:54 AM
Doc: 634644078 EAS 12-12-2006

v.    During the calendar year, each such Owner shall pay to the Hotel Owner a monthly Progress Payment equal to:

(A)    the latest monthly Progress Payment; or,

(B)    if the previous calendar year's aggregate variable charges have been determined pursuant to Paragraph 2(a)(viii) below, one-twelfth (1/12) of the previous calendar year's aggregate variable charges payable by such Owner (based upon its respective Applicable Percentage thereof).

vi.    On or before the first day of the next calendar month following the Hotel Owner's service of a Projection Notice, and on or before the first day of each month thereafter, each Owner shall pay to the Hotel Owner its Progress Payment shown in the Projection Notice for such month.

vii.    Within ten (10) days following the Hotel Owner's service of a Projection Notice, to bring payments on account of Projections current:

(A)    if the new Projections are greater than the Projections from which the Progress Payments currently being made were derived, then each Owner shall also pay the Hotel Owner a lump sum equal to its new Projections less: (1) any previous Progress Payments made for such calendar year and (2) its monthly Progress Payments due for the remainder of such calendar year not yet due and payable, or

(B)    if the new Projections are less than those Projections from which the Progress Payments currently being made were derived, the Hotel Owner shall credit against the Progress Payment next due the overpayment equal to the Progress Payments previously made for such calendar year minus Progress Payments which would have been payable for such period based on the new Projections, and if the overpayment is more than the next due Progress Payment, the Hotel Owner shall pay each Owner its respective portion of the overpayment in excess of the next due Progress Payment.

viii.    Within ninety (90) days following the end of each calendar year, the Hotel Owner shall determine the actual amounts of any or all components of Operating Expenses for such calendar year payable by each Owner and shall notify such Owners in writing (the "Statement") of their respective Applicable Percentage of such Operating Expenses for such calendar year, together with reasonably sufficient detail.

(A)    If such actual Operating Expenses owed for such calendar year exceed the total of the Progress Payments paid by such Owners for such calendar year, then each such Owner shall, within (30) days after receipt of the Statement, pay to the Hotel Owner an amount equal to the

7.6-3

excess of the Operating Expenses over the Progress Payments paid by each such Owner for such calendar year.

(B)    If the Progress Payments paid by such Owners for such calendar year exceed such Operating Expenses owed for such calendar year, then the Hotel Owner shall, together with delivery of the Statement, pay such excess to each Owner or shall, upon the prior written consent of each Owner, credit such excess to such Operating Expenses payable after the date of the Statement until such excess has been exhausted.

ix.    Unless such payments are not timely made in accordance with the terms of this Agreement, no interest shall be payable on any Progress Payments or on any excess of Operating Expenses for a calendar year over Progress Payments paid for such calendar year.    Interest shall be payable on excess funds not refunded or paid by an Owner as and when required as provided in Paragraph 2(a)(viii) above from the due date until paid at the rate set forth in **Section 12.4** of this Agreement.

3.    **Management Fee for Overhead and Supervision**.  Each Owner, in addition to paying for its allocable portion of the services under **ARTICLE 7** of this Agreement, shall be obligated to pay its allocable portion of any management fee paid by the Owner providing such services to a management company retained by such Owner to perform such services.  Such portion of the management fee shall be included in the Progress Payments.  Notwithstanding any provision to the contrary: (a) the Retail Owner shall pay only its allocable portion of a management fee not to exceed 7.8% of the cost of providing the services under **ARTICLE 7** of this Agreement, which management fee shall not be based on the cost of any utilities or insurance; (b) the Office/Annex Owner shall pay only its allocable portion of a management fee not to exceed 4.5% of the cost of providing the services under **ARTICLE 7** of this Agreement, which management fee shall not be based on the cost of any utilities or insurance; (c) the Hotel Owner shall pay only its allocable portion of a management fee not to exceed 87.7% of the cost of providing the services under **ARTICLE 7** of this Agreement, which management fee shall not be based on the cost of any utilities or insurance; (d) any such management fee shall be reasonable and shall be pursuant to a written management agreement subject to the reasonable approval of all Owners; (e) any such management agreement shall be with an entity that is not an Affiliate of any of the Owners; and (f) any such management agreement and management fee shall be the result of good faith arms-length negotiations.

4.    **Submission and Payment of Statements**.  Except for payments and statements under Paragraph 2 and Paragraph 3, each statement hereunder: (a) shall be submitted on or about the first day of the month and (b) shall be paid within thirty (30) days after receipt.

5.    **Defaulting Owner's Payments to Creditor Owner**.  With respect to any period in which the Creditor Owner, pursuant to **Section 7.6(a)**, is performing such services which the Defaulting Owner has failed to perform, the Defaulting Owner shall make payments to the Creditor Owner performing the services as follows: the Defaulting Owner shall pay all Operating Expenses and the Net Capitalized Costs of Replacement incurred by the Creditor Owner in

7.6-4

excess of those which would have been payable by the Creditor Owner had the Defaulting Owner provided services as required by this Agreement, plus (a) the fee referred to in Paragraph 3 above, and (b) the Creditor Owner's other reasonable out-of-pocket costs and expenses incurred in taking possession and operating the Facilities. The Creditor Owner may bill the Defaulting Owner therefor on a monthly basis.

6.    **Inspection of Books**.  Each Owner making Progress Payments and its respective authorized representatives shall have the right at all reasonable times to review and examine the books and records of the Owner receiving Progress Payments solely as they pertain to services under **ARTICLE 7** in connection with the Property and the amount and allocation of charges for services under **ARTICLE 7** hereof which may be maintained on-site or which may be in the possession of a third party manager off-site, but not the general books and records of such Owner.  Such review and examination may be conducted no more than twice to charges related to any one calendar year and shall be performed, if at all, within three (3) years after receipt of the Statement relating to such calendar year.  Each such Owner shall be deemed to have waived future review and examination of books and records for such calendar year, if the review and examination was not made on a timely basis.  Each Owner reviewing such books and records shall treat such books and records as confidential, and the cost of such review shall be borne by the reviewing Owner, unless such review discloses that charges for services by the Owner providing such services with respect to any annual period exceeded the proper charges by more than five percent (5%) in which event the Owner providing such services shall bear such cost.

7.    **Definitions**.  The terms used in this **EXHIBIT 7.6** shall have the meaning described to them in the Agreement, except as otherwise specified in this Paragraph 7:

"**Applicable Percentage**."    With respect to all services to be provided by the Hotel Owner pursuant to **Section 7.1** and **Section 7.2** of the Agreement, the Applicable Percentage for each of the Hotel Owner, the Office/Annex Owner and the Retail Owner, applicable, shall be as shown on **EXHIBITS 7.1(A)**, **7.1(E)**, **7.1(H)**, **7.1(I)** and **7.2(D)**.

"**Net Capitalized Cost of Replacement**."    Net Capitalized Cost of Replacement shall mean the excess of (a) the installed cost of a replacement of Facilities or other items or improvements being replaced incurred by an Owner and required to be capitalized in accordance with generally accepted accounting principles, consistently applied, over (b) the Net Salvage Value of the Capital Item Being Replaced (as hereinafter defined). The installed cost of a capital item is the sum of net installed cost, a reasonable and customary general contractor's fee for profit and overhead, a reasonable and customary design fee and all other reasonable and customary related costs, including but not limited to insurance costs, bonds, engineering, architect's and attorneys fees, permit fees and temporary utility charges and interest during construction.

"**Net Salvage Value of the Capital Item Being Replaced**."    Net Salvage Value of the Capital Item Being Replaced means the amount received for an item replaced less any expenses incurred in connection with the sale or preparation of the item for sale, or, if not sold, but retained, the reasonable amount that could have been received for an item if sold.

7.6-5

CHGO2\40126644.12

Order: 18000031623                                    Page 200 of 203Requested By: Milena Gueorguieva  , Printed: 4/10/2018 10:54 AM
Doc: 634644078 EAS 12-12-2006

"**Operating Expenses**." Operating Expenses shall mean and shall consist of all expenses, costs and disbursements paid or incurred in connection with the performance of obligations under **ARTICLE 7** (other than those costs, expenses and disbursements falling within the definition of Net Capitalized Cost of Replacement) by an Owner performing such obligations, including, without limitation:

    a.    Labor costs (including wages, salaries and fees of employees plus related taxes, insurance, benefits and reimbursable expenses);

    b.    Materials, parts, equipment, supplies, tools and cost of third party contractors (including third party management);

    c.    Except as separately metered and paid by an Owner, the cost of the water, gas, power, fuel, electricity and other utilities;

    d.    Reasonable fees incurred in connection with outside professional services, such as reasonable attorneys' fees and disbursements, reasonable accounting and auditing fees, reasonable architect's and engineer's fees and other reasonable professional fees and expenses;

    e.    Insurance required under **ARTICLE 10** to be shared;

    f.    Permits and licenses;

    g.    Management fees;

    h.    All other expenses paid or incurred in respect of such obligations performed by such Owner in accordance with generally accepted principles of sound management and accounting practices as applied to the Maintenance of comparable mixed use commercial, Hotel and parking garage buildings in downtown Chicago.

Operating Expenses shall not include costs paid to Affiliates of the Owner providing such services in excess of amounts customarily paid for similar costs in similar buildings in the area, costs of overhead, the cost of any repair or restoration required as a result of the gross negligence or willful misconduct of an Owner providing such services, any costs covered by warranty, or costs of any items to the extent the Owner providing such services receives reimbursement from insurance proceeds or from a party other than the Owners, provided, however the cost of enforcing or collecting upon any warranty or insurance policy, such as attorneys fees, shall be deemed to an Operating Expense.

In any case where a component of Operating Expenses covers more than the individual service outlined above, the Owner providing such services shall make a reasonable allocation to such service.

Operating Expenses shall not include interest or amortization payments on any mortgage or mortgages, rental under any ground or underlying lease or leases.

7.6-6

CHGO2\40126644.12

Order: 18000031623                    Page 201 of 203Requested By: Milena Gueorguieva , Printed: 4/10/2018 10:54 AM
Doc: 634644078 EAS 12-12-2006

### Exhibit 18.1

#### Depositary Agreement

This DEPOSITARY AGREEMENT is made this ____ day of _____, 20____ by among Chicago Title and Trust Company ("*Depositary*") and Owners under the Agreement (collectively, the "*Owners*").

## R E C I T A L S

A.    Owners are bound by that certain Easement and Operating Agreement (the "*Agreement*"), which Agreement was recorded with the Office of the Recorder of Deeds of Cook County, Illinois on _____, 2006, as Document No. _____.

B.    The Agreement provides for the appointment of a Depositary to receive all insurance proceeds and contributions by self-insuring entities and condemnation awards and to disburse such moneys in accordance with the Agreement.

C.    Depositary has been appointed the Depositary under the Agreement and agrees to act in accordance with the terms and provisions hereof.

**NOW, THEREFORE**, for and in consideration of the premises, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1.    Depositary and Owners shall be bound by and shall be subject to and shall perform in accordance with all terms and provisions of the Agreement, as amended from time to time, including, without limitation, **ARTICLE 18** thereof, provided, however, that Depositary shall not be bound without its prior written consent by any amendment to the Agreement which materially alters the scope of its duties or rights thereunder.

2.    All notices, demands, elections or other communication required, permitted or desired to be served under the Agreement shall be given in the manner provided in **ARTICLE 21** of the Agreement, except that all such notices to Depositary shall be addressed as below stated:

Chicago Title and Trust Company
171 North Clark Street
Chicago, Illinois 60601

3.    The liability under this agreement of an Owner shall be limited to and enforceable solely against the assets of such Owner constituting an interest in the Property or Facilities (including insurance and condemnation proceeds attributable to the Property and Facilities and including, where the Owner is a trustee of a land trust, the subject matter of the trust) and not other assets of such Owner, and except as provided in this Section or in the Agreement. Assets of an Owner that is a partnership, corporation or limited liability company do not include the assets of the partners, shareholders or members of such partnership, corporation or limited

18.1-1

CHGO2\40126644.12

liability company Owner, and negative capital account of a partner in a partnership or a member in a limited liability company which is an Owner and an obligation of a partner to contribute capital to the partnership or a member to contribute capital to the limited liability company which is an Owner shall not be deemed to be assets of the partnership or limited liability company which is an Owner. At any time during which an Owner is trustee of a land trust, all of the covenants and conditions to be performed by it hereunder are undertaken solely as trustee, as aforesaid, and not individually, and no personal liability shall be asserted or be enforceable against it or any of the beneficiaries under said trust agreement by reason of any of the covenants or conditions contained herein.

4.    Capitalized terms which are not defined in this agreement shall have the same meanings as in the Agreement.

**IN WITNESS WHEREOF,** the parties hereto have executed this Depositary Agreement as of the day and year first above written.

**OWNERS:**

_____

_____

_____


**DEOSITARY:**

**CHICAGO TITLE AND TRUST COMPANY**


By:_____
Name:_____
Its:_____

18.1-2

CHGO2\40126644.12

Doc#: 1227510111 Fee: $208.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 10/01/2012 03:35 PM Pg: 1 of 86

*Prepared by &*
*Return To:*
*Morris Massry, Esq.*
*Wachtel Massry & Massry LLP*
*One Dag Hammarskjold PLAZA*
*885 Second Avenue*
*47TH FLOOR*
*New York, New York 10017*

Stewart Title NTS - Chicago
10 S. Riverside Plaza, Suite 1450
Chicago, IL 60606
PH: 312-849-4400
File No: 12 00030686

## FIRST AMENDMENT TO RECIPROCAL EASEMENT AND OPERATING AGREEMENT

This FIRST AMENDMENT TO RECIPROCAL EASEMENT AND OPERATING AGREEMENT (this "**Amendment**"), dated as of September 28, 2012, among THOR PALMER HOUSE HOTEL & SHOPS LLC ("**Borrower**"), THOR PALMER HOUSE OFFICE, LLC ("**Thor Office**") and THOR PALMER HOUSE RETAIL LLC ("**Thor Retail**") and acknowledged and agreed to by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("**JPM**").

## W I T N E S S E T H :

WHEREAS, Borrower, Thor Office and Thor Retail are parties to that certain Reciprocal Easement and Operating Agreement, dated as of December 11, 2006 and recorded as Document Number 0714239096 in the records of the Cook County Recorder of Deeds on December 12, 2012 (the "**REA**") against the real property legally described on **Exhibit A** attached hereto. All capitalized terms used but not otherwise defined herein shall have the meanings ascribed thereto in the REA;

WHEREAS, Borrower, Thor Office and Thor Retail have agreed to amend the REA in the manner set forth herein.

NOW, THEREFORE, in consideration of the agreements set forth in this Amendment and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby modify and amend the REA, as follows:

1.    Parking Easement for the Benefit of Hotel Owner. Section 2.2 of the REA is hereby amended by adding the following as subsection (m) in the appropriate alphabetical order:

"(m)  An exclusive easement for the benefit of Hotel Owner (and its Permittees) to use no less than one hundred fifty three (153) parking spaces in the Parking

Garage for the parking and passage of motor vehicles by overnight guests of the Hotel. The easement granted to the Hotel Parcel herein shall include access rights over any and all such ramps and drives which serve the Parking Garage. Notwithstanding anything to the contrary contained herein, Retail Owner shall be obligated to operate and maintain the Parking Garage and the Parking Garage ramps in a Class "A" first-class manner and in the event Retail Owner fails to maintain the Parking Garage and Parking Garage ramps as contemplated herein, then Hotel Owner shall be permitted to exercise self-help rights in accordance with the terms of the REA. "

2.      Maintenance Easement for the Benefit of the Hotel Owner. Section 5.2 of the REA is hereby amended by adding the following as subsection (m) in the appropriate alphabetical order:

"(m)    A non-exclusive easement for the benefit of Hotel Owner (and its Permittees) to perform Maintenance on the Parking Garage ramps in the event Retail Owner fails to do the same in accordance with the terms of this REA. Further, Office/Annex Owner may relocate the Parking Garage ramp easements at its sole cost and expense in connection with the development or redevelopment of the Office/Annex Parcel, provided that (i) such relocation shall not cause any interruption of the use of the Parking Garage ramp by the Hotel Parcel, or otherwise adversely affect the use of the Parking Garage by the Hotel Parcel, (ii) Office/Annex Owner shall provide the Hotel Owner at least one hundred twenty (120) days prior written notice regarding the proposed new location of the Parking Garage ramp prior to its proposed relocation of the Parking Garage Ramp, and such one hundred twenty (120) day notice shall include all required deliveries in connection with the performance of an Alteration pursuant to **Article 16** hereof, (iii) Hotel Owner consents to such relocation, which consent may be withheld in the sole and absolute discretion of the Hotel Owner (such consent not to be unreasonably withheld, conditioned or delayed), and (iv) such relocation shall constitute an "Alteration" pursuant to **Article 16** hereof, with Office/Annex Owner being the "Altering Owner", and such Alteration shall be performed in accordance with all of the obligations on the Altering Owner as set forth in **Article 16** hereof."

3.      Amendment to Section 5.3(h).    Notwithstanding anything to the contrary contained in the REA, the easement granted to the Retail Owner shall be exclusive except when Hotel Owner is exercising any self-help rights due to a failure of the Retail Owner to maintain the Parking Garage ramp in accordance with the terms of the REA, in which event such easement shall be non-exclusive.

4.      Amendment to Section 11.9. The second sentence in Section 11.9(d) of the REA is hereby deleted in its entirety and replaced with the following:

"If the Hotel Property is submitted to the Act, and (1) the Hotel Owner or the Condominium Owner delivers the Non-Restoration Notice, (2) within nine (9) months after the occurrence of the damage requiring repair or restoration as

contemplated herein such repair or restoration work has not been commenced, and (3) the Hotel Owner (or Condominium Owner) offers for sale, solicits offers for sale or enters into any agreement to sell, ground lease, transfer or otherwise convey title to or possessory interests in the Hotel Parcel or any beneficial interest therein to a purchaser other than the Retail Owner, the Retail Owner shall have the right and option to purchase (the "Purchase Option") the Hotel Parcel and Hotel Parcel Improvements, together with all other rights and benefits appertaining thereto (collectively, the "Hotel Property"), upon written notice from the Retail Owner to the Hotel Owner (the "Purchase Notice") for a purchase price (the "Purchase Price") to be mutually agreed upon between the Retail Owner and the Hotel Owner pursuant to good faith negotiations during the thirty (30) day period following the Hotel Owner's receipt of the Purchase Notice (the "Purchase Price Negotiation Period") based on the fair market value of the Hotel Property at the time of the exercise of such Purchase Option; provided, however, that if the Hotel Owner has received an offer, has solicited offers or has entered into an agreement as contemplated in subparagraph (3) above, the Purchase Price shall be based on the lesser of (A) the fair market value of the Hotel Property at the time of the exercise of such Purchase Option and (B) the price being offered or agreed upon pursuant to any such offer or agreement."

5.    Amendment to Article 22. The following shall be added to Article 22 of the REA as Section 22.18 in the appropriate numerical order:

"**Class L Deduction**.  Each Owner hereby agrees to take any and all actions necessary to maintain that certain Class L Real Estate Tax Deduction granted with respect to the Property on June 4, 2009 by the City of Chicago Commission on Chicago Landmarks, including but not limited to, complying with the terms of that certain ordinance adopted by the City of Chicago City Council on April 11, 2007."

6.    Lender Acknowledgment.  By its signature below, JPMorgan Bank, National Association, as the holder of that certain mortgage on the Retail Parcel recorded as Document Number 26358259 with the Cook County Recorder of Deeds (the "**Retail Mortgage**") hereby consents to this Amendment and acknowledges that the Retail Mortgage is subordinate to the lien of the REA, as amended by this Amendment.

7.    Successors and Assigns.  This Amendment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns.

8.    No Further Modification.  Except as modified and amended by this Amendment, the REA and the respective obligations of Borrower, Thor Retail and Thor Office thereunder and shall remain unmodified and in full force and effect. . In the event of any conflict between this Amendment and the REA, the terms of this Amendment shall govern and prevail.

9.    Governing Law.  This Amendment shall be governed by, and construed in accordance with, the laws of the Illinois and any applicable law of the United States of America.

10.     <u>Counterparts</u>.  This Amendment may be executed in any number of counterparts, all of which taken together shall constitute one and the same instrument.

**[NO FURTHER TEXT ON THIS PAGE]**

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed by their duly authorized representatives, all as of the day and year first above written.

**THOR PALMER HOUSE HOTEL & SHOPS, LLC,** a Delaware limited liability company

By:_____

Name: Morris Missry

Title: Vice President


**THOR PALMER HOUSE RETAIL, LLC,** a Delaware limited liability company

By:_____

Name: Morris Missry

Title: Vice President


**THOR PALMER HOUSE OFFICE, LLC,** a Delaware limited liability company

By:_____

Name: Morris Missry

Title: Vice President

# ACKNOWLEDGMENT

STATE OF NEW YORK    )
                          )  ss.:
COUNTY OF NEW YORK  )

On this, the ___19TH___ day of __September__, 2012, before me, the undersigned, personally appeared __Morris Missry__ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____

(signature and office of individual taking acknowledgment)

JORDAN MAUTNER
Notary Public, State of New York
No. 02MA6113354
Qualified in New York County
Commission Expires 7/26/2016

## ACKNOWLEDGMENT

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

On this, the  19TH  day of  September , 2012, before me, the undersigned, personally
appeared  Morris Missry  , personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the
person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

JORDAN MAUTNER
Notary Public, State of New York
No. 02MA6113354
Qualified in New York County
Commission Expires 7/26/2016

## ACKNOWLEDGMENT

STATE OF NEW YORK   )
                        )   ss.:
COUNTY OF NEW YORK  )

On this, the ___19TH___ day of ___September___ 2012, before me, the undersigned, personally
appeared ___Morris Missry___ , personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the
person upon behalf of which the individual(s) acted, executed the instrument.

_____

(signature and office of individual taking acknowledgment)

JORDAN MAUTNER
Notary Public, State of New York
No. 02MA6113354
Qualified in New York County
Commission Expires __7|26|2016__

**ACKNOWLEDGED AND CONSENTED TO
BY:**

**JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,** a banking association chartered
under the laws of the United States of America


By:_____
Name:
Title:          Steven Hantz
              Executive Director

# ACKNOWLEDGMENT

STATE OF NEW YORK )
                         ) ss.:

COUNTY OF NEW YORK )

On this, the ____ day of ____, 2012, before me, the undersigned, personally appeared S. HANTZ____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

ERICH H. WEBER
Notary Public, State of New York
No. 01WE6224809
Qualified in New York County
Commission Expires July 12, 2014

# EXHIBIT A

## LEGAL DESCRIPTION OF THE PROPERTY



## LEGAL DESCRIPTION OF HOTEL PARCEL

SEE ATTACHED

PIN: 17-15-102-018-0000, 17-15-102-019-0000,
17-15-102-020-0000, 17-15-102-021-0000,
17-15-102-021-0006

Address:    17 East Monroe Street, Chicago, Illinois 60603

## EXHIBIT A

### LEGAL DESCRIPTION

PARCEL 1:

BASEMENT  3

HOTEL PARCEL A

UPPER LIMIT -9.67 FEET NO LOWER LIMIT

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET;  THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE

ENTIRE HORIZONTAL BOUNDARY OF SAID TRACT PROJECTED VERTICALLY, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 2

HOTEL PARCEL B

UPPER LIMIT 1.15 FEET LOWER LIMIT -9.67 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE ENTIRE HORIZONTAL BOUNDARY OF SAID TRACT PROJECTED VERTICALLY, EXCEPT THAT PART DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 136.85 FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST, 34.33 FEET; THENCE SOUTH 00°00'00" EAST, 18.19 FEET; THENCE NORTH 90°00'00" WEST, 34.35 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE, 18.19 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART LYING WITHIN SAID TRACT LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 128.41 FEET; THENCE SOUTH 89° 55' 57" EAST 91.25 FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST, 7.27 FEET; THENCE SOUTH 00°00'00" EAST, 17.11 FEET; THENCE NORTH 90°00'00" WEST, 7.27 FEET TO THE; THENCE NORTH 00°00'00" EAST 17.11 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL C

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART

OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 89.81 FEET, THENCE SOUTH 89°55'57" EAST, 110.73 FEET TO THE POINT OF BEGINNING: THENCE NORTH 00°03'51" EAST, 9.08 FEET; THENCE SOUTH 89°56'10" EAST, 3.91 FEET; THENCE SOUTH 00°03'51" WEST, 9.08 FEET;  THENCE NORTH 89°56'06" WEST, 3.91 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL D

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH

PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 97.90 FEET, THENCE SOUTH 00°17'29" EAST, 39.99 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 12.16 FEET; THENCE SOUTH 00°03'50" WEST, 5.91 FEET; THENCE SOUTH 89°56'10" EAST, 2.75 FEET; THENCE SOUTH 00°03'50" WEST, 4.15 FEET; THENCE NORTH 89°56'10" WEST, 2.75 FEET; THENCE SOUTH 00°03'50" WEST, 11.16 FEET; THENCE NORTH 89°56'10" WEST, 9.31 FEET; THENCE NORTH 00°03'50" EAST, 9.40 FEET; THENCE NORTH 89°56'10" WEST, 4.68 FEET; THENCE NORTH 00°03'50" EAST, 7.03 FEET; THENCE SOUTH 89°56'10" EAST, 1.83 FEET; THENCE NORTH 00°03'50" EAST, 4.79 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL E

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH

LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 151.73 FEET,  THENCE SOUTH 00°17'29" EAST, 54.62 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 5.67 FEET;  THENCE SOUTH 00°03'50" WEST, 21.12 FEET; THENCE SOUTH 89°56'10" EAST, 11.99 FEET; THENCE SOUTH 00°03'50" WEST, 6.81 FEET; THENCE NORTH 89°56'10" WEST, 17.66 FEET; THENCE NORTH 00°03'50" EAST, 27.93 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL F

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE

PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET;  THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 190.01 FEET,  THENCE SOUTH 00°17'29" EAST, 76.94 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 10.96 FEET;  THENCE SOUTH 00°03'50" WEST, 8.38 FEET; THENCE NORTH 81°01'51" WEST, 11.10 FEET; THENCE NORTH 00°03'50" EAST, 6.66 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL G

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST  85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 TO THE PLACE OF BEGINNING OF SAID TRACT;
SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE
HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED
AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT,
THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 249.17
FEET,  THENCE SOUTH 00°00'27" WEST, 20.40 FEET TO THE POINT OF BEGINNING,
THENCE SOUTH 00°00'27" EAST, 12.77 FEET;  THENCE NORTH 89°59'53" WEST, 10.54
FEET; THENCE NORTH 00°03'50" EAST, 12.77 FEET; THENCE SOUTH 89°59'33" EAST,
10.53 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL H

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 232.49 FEET,  THENCE SOUTH 00°17'29" EAST, 78.15 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 00°03'50" WEST, 4.19 FEET;  THENCE NORTH 89°56'10" WEST, 1.18 FEET; THENCE SOUTH 00°03'50" WEST, 21.16 FEET; THENCE NORTH 89°56'10" WEST, 2.71 FEET; THENCE SOUTH 00°03'50" WEST, 1.06 FEET; THENCE NORTH 89°56'10" WEST, 4.38 FEET; THENCE NORTH 00°03'50" EAST, 1.06 FEET; THENCE NORTH

89°56'10" WEST, 6.08 FEET; THENCE NORTH 00°03'50" EAST, 10.33 FEET; THENCE SOUTH 89°56'10" EAST, 3.78 FEET; THENCE NORTH 00°03'50" EAST, 13.85 FEET; THENCE SOUTH 89°56'10" EAST, 3.70 FEET; THENCE NORTH 00°03'50" EAST, 1.17 FEET; THENCE SOUTH 89°56'10" EAST, 6.87 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL I

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE

HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE OF SAID TRACT, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 74.48 FEET; THENCE SOUTH 00°00'27" WEST, 16.03 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°56'10" EAST, 4.09 FEET; THENCE SOUTH 00°03'50" WEST, 5.39 FEET; THENCE NORTH 89°56'10" WEST, 4.09 FEET; THENCE NORTH 00°03'50" EAST, 5.39 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL J

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE

PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST
CORNER OF SAID TRACT, THENCE SOUTH 89°35'47" WEST ALONG THE SOUTHERN
MOST SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST,
9.90 FEET; THENCE SOUTH 89°32'49" WEST, 64.91 FEET; THENCE NORTH 00°04'03"
EAST, 18.54 FEET; THENCE SOUTH 89°55'57" EAST, 22.96 FEET; THENCE NORTH
00°04'03" EAST, 9.36 FEET; THENCE NORTH 89°55'57" WEST, 23.08 FEET; THENCE
NORTH 00°04'03" EAST, 8.78 FEET; THENCE SOUTH 89°55'57" EAST, 7.31 FEET;
THENCE NORTH 00°04'03" EAST, 18.50 FEET; THENCE SOUTH 89°55'57" EAST, 33.90
FEET; THENCE NORTH 00°04'03" EAST, 7.27 FEET; THENCE SOUTH 89°55'57" EAST,
99.58 FEET; THENCE NORTH 45°03'50" EAST, 6.82 FEET; THENCE NORTH 00°03'50"
EAST, 8.91 FEET; THENCE SOUTH 89°56'10" EAST, 7.88 FEET; THENCE SOUTH
00°03'50" WEST, 11.68 FEET; THENCE SOUTH 44°56'10" EAST, 12.20 FEET; THENCE
SOUTH 00°03'50" WEST, 1.87 FEET; THENCE SOUTH 89°55'57" EAST, 42.35 FEET;
THENCE SOUTH 00°04'03" WEST, 18.44 FEET; THENCE SOUTH 89°55'57" EAST, 35.34
FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG
THE EAST LINE OF SAID TRACT, 43.43 FEET TO THE POINT OF BEGINNING, IN
COOK COUNTY, ILLINOIS .

STREET LEVEL

HOTEL PARCEL K

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK

19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST
CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE
OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE
SOUTH 00°27'11" EAST, 18.32 FEET TO THE SOUTH LINE SAID TRACT; THENCE
SOUTH 89°32'49" WEST ALONG THE SOUTH LINE OF SAID TRACT, 30.71 FEET TO
THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL L

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',

TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 178.17 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'53" EAST, 33.92 FEET; THENCE NORTH 00°04'07" EAST, 0.75 FEET; THENCE SOUTH 89°55'53" EAST, 10.74 FEET; THENCE SOUTH 00°04'07" WEST, 0.75 FEET; THENCE SOUTH 89°55'53" EAST, 107.73 FEET; THENCE NORTH 00°04'07" EAST, 96.12 FEET; THENCE SOUTH 89°55'53" EAST, 3.64 FEET; THENCE NORTH 00°04'07" EAST, 26.73 FEET; THENCE NORTH 89°55'53" WEST, 3.64 FEET; THENCE NORTH 00°04'07" EAST, 56.27 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 53.86 FEET; THENCE SOUTH 00°04'07" WEST, 58.91 FEET; THENCE SOUTH 89°55'53" EAST, 35.16 FEET; THENCE SOUTH 45°00'00" EAST, 11.07 FEET; THENCE SOUTH 00°00'27" WEST, 53.03 FEET; THENCE NORTH 89°55'53" WEST, 15.39 FEET; THENCE NORTH 00°04'07" EAST, 16.17 FEET; THENCE NORTH 89°55'53" WEST, 12.26 FEET; THENCE NORTH 00°04'07" EAST, 21.74 FEET; THENCE NORTH 89°55'53" WEST, 15.39 FEET; THENCE SOUTH 00°04'07" WEST, 23.51 FEET; THENCE SOUTH 89°55'53" EAST, 2.60 FEET; THENCE SOUTH 00°04'07" WEST, 7.58 FEET; THENCE NORTH 89°55'53" WEST, 2.60 FEET; THENCE SOUTH 00°04'07" WEST, 66.46 FEET; THENCE SOUTH 89°53'12" EAST, 128.31 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 36.87 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE, 137.94 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST,

64.41 FEET; THENCE NORTH 00°04'07" EAST, 18.05 FEET; THENCE SOUTH 89°55'53"
EAST, 21.91 FEET; THENCE NORTH 00°04'07" EAST, 17.47 FEET; THENCE NORTH
89°55'53" WEST, 7.14 FEET; THENCE NORTH 00°04'07" EAST, 0.71 FEET; THENCE
NORTH 89°55'53" WEST, 7.92 FEET; THENCE NORTH 00°04'07" EAST, 18.74 FEET;
THENCE NORTH 89°55'53" WEST, 77.15 FEET; THENCE NORTH 00°00'00" WEST, 0.50
FEET; THENCE NORTH 89°55'53" WEST, 25.12 FEET TO THE WEST LINE SAID TRACT;
THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 20.00
FEET TO THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS
FOLLOWS;  COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT,
THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 167.71
FEET; THENCE SOUTH 00°17'29" EAST, 83.14 FEET; TO THE POINT OF BEGINNING;
THENCE SOUTH 89°53'12" EAST, 5.10 FEET; THENCE NORTH 00°06'48" EAST, 1.25
FEET; THENCE SOUTH 89°53'12" EAST, 11.50 FEET; THENCE SOUTH 00°06'48" WEST,
1.25 FEET; THENCE SOUTH 89°53'12" EAST, 5.72 FEET; THENCE SOUTH 00°06'48"
WEST, 21.71 FEET; THENCE NORTH 89°53'12" WEST, 0.36 FEET; THENCE SOUTH
00°06'48" WEST, 36.17 FEET; THENCE SOUTH 89°53'12" EAST, 4.42 FEET; THENCE
SOUTH 00°06'48" WEST, 11.61 FEET; THENCE NORTH 89°53'12" WEST, 4.97 FEET;
THENCE SOUTH 00°06'48" WEST, 26.64 FEET; THENCE NORTH 89°53'12" WEST, 20.24
FEET; THENCE NORTH 00°06'48" EAST, 26.45 FEET; THENCE NORTH 89°53'12" WEST,
4.93 FEET; THENCE NORTH 00°06'48" EAST, 11.56 FEET; THENCE SOUTH 89°53'12"
EAST, 3.55 FEET; THENCE NORTH 00°06'48" EAST, 4.92 FEET; THENCE SOUTH
89°53'12" EAST, 2.99 FEET; THENCE NORTH 00°06'48" EAST, 4.79 FEET; THENCE
NORTH 89°53'12" WEST, 2.29 FEET; THENCE NORTH 00°06'48" EAST, 26.55 FEET;
THENCE NORTH 89°53'12" WEST, 0.50 FEET; THENCE NORTH 00°06'48" EAST, 21.88
FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL M

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,

LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG WEST LINE OF SAID TRACT, 135.54 FEET; THENCE SOUTH 89°55'57" EAST, 100.70 FEET; TO THE POINT OF BEGINNING; THENCE NORTH 90°00'00" EAST, 12.50 FEET; THENCE SOUTH 00°00'00" EAST, 5.50 FEET; THENCE NORTH 90°00'00" WEST, 3.09 FEET; THENCE SOUTH 00°00'00" WEST, 10.80 FEET; THENCE NORTH 90°00'00" WEST, 9.42 FEET; THENCE NORTH 00°00'00" EAST, 16.30 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL N

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF

THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL O

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE

PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 100.76 FEET,  THENCE SOUTH 00°17'29" EAST, 40.24 FEET TO THE POINT OF BEGINNING, THENCE NORTH 90°00'00" EAST, 11.10 FEET; THENCE SOUTH 00°00'00" WEST, 23.42 FEET; THENCE SOUTH 90°00'00" WEST, 11.10 FEET; THENCE NORTH 00°00'00" EAST, 23.42 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.


STREET LEVEL

HOTEL PARCEL P

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST
CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE
OF SAID TRACT, 239.92 FEET TO THE POINT OF BEGINNING, THENCE  CONTINUING
ALONG SAID NORTH LINE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH
00°00'27" WEST, 32.00 FEET; THENCE SOUTH 89°42'31" WEST, 9.25 FEET; THENCE
NORTH 00°00'27" EAST, 32.00 FEET TO THE INTERSECTION WITH THE NORTH LINE
OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK, COUNTY,
ILLINOIS.

STREET LEVEL

HOTEL PARCEL Q

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST
CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE
OF SAID TRACT, 152.35 FEET; TO THE POINT OF BEGINNING; THENCE NORTH
89°55'53" WEST, 9.33 FEET; THENCE SOUTH 00°04'07" WEST, 3.00 FEET; THENCE
NORTH 89°55'53" WEST, 8.57 FEET; THENCE SOUTH 00°00'27" WEST, 7.94 FEET;
THENCE NORTH 89°59'33" WEST, 19.24 FEET; THENCE NORTH 00°00'27" EAST, 21.61

FEET; THENCE SOUTH 89°59'33" EAST, 37.14 FEET TO THE EAST LINE OF SAID
TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT,
10.69 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL R

UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL

PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL S

UPPER LIMIT 32.40 LOWER LIMIT 26.12

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID

TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL T

UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH

SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00°04'03" EAST, 41.20 FEET; THENCE NORTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE SOUTH 00°00'00" WEST, 11.43 FEET; THENCE SOUTH 89°55'53" EAST, 42.23 FEET; THENCE NORTH 00°04'07" EAST, 57.12 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 53.86 FEET; THENCE SOUTH 00°04'07" WEST, 57.46 FEET; THENCE SOUTH 89°55'53" EAST, 42.98 FEET; THENCE SOUTH 00°00'27" WEST, 42.39 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 26.00 FEET; THENCE NORTH 89°59'33" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 53.67 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 137.56 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING;

ALSO EXCEPT THEREFROM THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE

NORTH 00° 00' 00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH
00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE
SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO
THE POINT OF BEGINNING), IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL U

UPPER LIMIT 32.40 LOWER LIMIT 26.12

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY

DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 239.92 FEET TO THE POINT OF BEGINNING, THENCE CONTINUING ALONG SAID NORTH LINE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET; THENCE SOUTH 89°42'31" WEST, 9.25 FEET; THENCE NORTH 00°00'27" EAST, 32.00 FEET TO THE INTERSECTION WITH THE NORTH LINE OF SAID TRACT TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.


LOBBY LEVEL

HOTEL PARCEL V

UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE

PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL W

UPPER LIMIT 33.66 LOWER LIMIT 32.40

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE

NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST
CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE
OF SAID TRACT, 39.65 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH
89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE
NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE
NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE
POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL X

UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART

OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00°04'03" EAST, 41.20 FEET; THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE NORTH 00°00'00" EAST, 45.43 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 139.08 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 26.00 FEET; THENCE NORTH 89°59'33" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 53.67 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 137.56 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING,

ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00° 00' 00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING), IN COOK COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL Y

UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST

WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL Z

UPPER LIMIT 36.00 LOWER LIMIT 33.66

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT

WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET; TO THE POINT OF BEGINNING, THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL AA

UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID

ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00°04'03" EAST, 41.20 FEET; THENCE NORTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE NORTH 00°00'00" EAST, 45.43 FEET;  TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 139.08 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 163.04 FEET TO SOUTHEAST CORNER OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00°00'00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" WEST, 3.49 FEET; THENCE SOUTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.
ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00°00"00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00"

EAST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" WEST, 1.90 FEET;
THENCE SOUTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AB

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY

DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.56 FEET; THENCE SOUTH 89°55'57" EAST, 32.56 FEET; THENCE SOUTH 00°04'03" WEST, 11.44 FEET; THENCE SOUTH 89°55'57" EAST, 57.10 FEET; THENCE NORTH 00°04'03" EAST, 25.05 FEET; THENCE SOUTH 89°55'57" EAST, 12.58 FEET; THENCE NORTH 00°04'03" EAST, 23.23 FEET; THENCE SOUTH 89°55'57" EAST, 2.65 FEET; THENCE NORTH 00°04'03" EAST, 5.66 FEET; THENCE SOUTH 89°55'57" EAST, 12.79 FEET; THENCE NORTH 00°04'03" EAST, 17.31 FEET; THENCE NORTH 89°48'52" WEST, 3.18 FEET; THENCE NORTH 00°11'08" EAST, 9.40 FEET; THENCE NORTH 89°48'52" WEST, 9.62 FEET; THENCE NORTH 00°04'03" EAST, 32.90 FEET; THENCE NORTH 89°55'57" WEST, 4.14 FEET; THENCE NORTH 00°04'03" EAST, 21.52 FEET; THENCE SOUTH 89°55'57" EAST, 13.74 FEET; THENCE NORTH 00°04'03" EAST, 10.16 FEET; THENCE SOUTH 89°55'57" EAST, 3.17 FEET; THENCE NORTH 00°04'03" EAST, 22.15 FEET; THENCE NORTH 89°48'52" WEST, 5.73 FEET; THENCE NORTH 00°11'08" EAST, 16.85 FEET; THENCE NORTH 89°48'52" WEST, 11.00 FEET; THENCE NORTH 00°11'08" EAST, 24.18 FEET; THENCE SOUTH 89°48'52" EAST, 9.39 FEET; THENCE NORTH 00°04'03" EAST, 39.61 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 138.78 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 163.04 FEET TO THE SOUTHEAST CORNER OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 159.83 FEET TO THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 94.60 FEET; THENCE NORTH 00° 00' 00" EAST 18.47 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST, 5.35 FEET; THENCE SOUTH 89°55'57" EAST, 8.04 FEET; THENCE NORTH 00°04'03" EAST, 2.99 FEET; THENCE SOUTH 89°55'57" EAST, 14.12 FEET; THENCE SOUTH 00°04'03" WEST, 8.34 FEET; THENCE NORTH 89°55'57" WEST, 22.16 FEET TO THE POINT OF BEGINNING), IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AC

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF

AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG
THE WEST LINE OF SAID TRACT 42.63 FEET; THENCE SOUTH 89° 55' 57" EAST 67.71
FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 18.23 FEET;
THENCE NORTH 89°48'52" WEST, 4.70 FEET; THENCE NORTH 00°11'08" EAST, 3.73
FEET; THENCE SOUTH 89°48'52" EAST, 6.78 FEET; THENCE SOUTH 00°11'08" WEST,
21.96 FEET; THENCE NORTH 89°48'52" WEST, 2.08 FEET TO THE POINT OF
BEGINNING, IN COOK COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AD

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT 52.20; THENCE SOUTH 89° 55' 57" EAST 41.14 TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.62 FEET; THENCE SOUTH 89°48'52" EAST, 7.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.62 FEET; THENCE NORTH 89°48'52" WEST, 7.20 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AE

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE',
TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG
THE WEST LINE OF SAID TRACT 151.07; THENCE SOUTH 89° 55' 57" EAST 40.44 TO
THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.15 FEET; THENCE
SOUTH 89°48'52" EAST, 5.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.15 FEET;

THENCE NORTH 89°48'52" WEST, 5.20 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AF

UPPER LIMIT 49.30 LOWER LIMIT 36.00

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT;  SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST

CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

THIRD LEVEL

HOTEL PARCEL AG

LOWER LIMIT 49.30

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG AN ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID

TRACT; SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN
ELEVATION OF 49.30 FEET CHICAGO CITY DATUM IN COOK, COUNTY, ILLINOIS.



## LEGAL DESCRIPTION OF OFFICE/ANNEX PARCEL

THAT PART OF LOTS 1 AND 4 OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO, BOUNDED IN FRACTIONAL SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: COMMENCING AT A POINT ON A LINE PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF LOT 8 IN BLOCK 3 AFORESAID, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, AND THE WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET TO THE POINT OF BEGINNING; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE NORTH 89°42'31" EAST ALONG SAID SOUTH LINE 85.20 FEET TO THE WEST LINE OF SOUTH WABASH AVENUE; THENCE SOUTH 00° 00'27" WEST ALONG SAID WEST LINE 100.56 FEET TO THE PLACE OF BEGINNING; IN COOK COUNTY, ILLINOIS

PIN:  17 -15 -102 -012 -0000 ,
      17 -15 -102 -013 -0000

Address:    27 East Monroe Street and 124 South Wabash Avenue, Chicago, Illinois
            60603

<u>LEGAL DESCRIPTION OF RETAIL PARCEL</u>

SEE ATTACHED

PIN:       ~~Part of:~~ 17-15-102 - 014 -0000,
17-15-102 - 015 -0000, 17-15 - 102 - 016 -0000,
17-15- 102 -017-0000, 17-15-102-023-0000

Address:    101-119 South State Street, 21 East Monroe Street, 106-122 South
Wabash Avenue and 130-132 South Wabash Avenue, Chicago, Illinois
60603

BASEMENT 2
RETAIL PARCEL A
UPPER LIMIT 1.15 FEET LOWER LIMIT -9.67 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET;  THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT LYING BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY
DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF
-9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL
BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS
FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT,
THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 136.85
FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST, 34.33
FEET; THENCE SOUTH 00°00'00" EAST, 18.19 FEET; THENCE NORTH 90°00'00"
WEST, 34.35 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH
00°04'03" EAST ALONG SAID WEST LINE, 18.19 FEET TO THE POINT OF
BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 2
RETAIL PARCEL B

UPPER LIMIT 1.15 FEET LOWER LIMIT -9.67 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 128.41 FEET; THENCE SOUTH 89° 55' 57" EAST 91.25 FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST, 7.27 FEET; THENCE SOUTH 00°00'00" EAST, 17.11 FEET; THENCE NORTH 90°00'00" WEST, 7.27 FEET TO THE; THENCE NORTH 00°00'00" EAST 17.11 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1
RETAIL PARCEL C
UPPER LIMIT 14.68 FEET LOWER LIMIT 1.15 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE
NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG
THE WEST LINE OF SAID TRACT, 254.51 FEET TO THE SOUTHWEST CORNER OF
SAID TRACT; THENCE NORTH 89°32'49" EAST ALONG THE SOUTH LINE OF SAID
TRACT, 94.92 FEET; THENCE   NORTH 00°04'03" EAST, 18.54 FEET; THENCE
SOUTH 89°55'57" EAST, 22.96 FEET; THENCE NORTH 00°04'03" EAST, 9.36 FEET;
THENCE NORTH 89°55'57" WEST, 23.08 FEET; THENCE NORTH 00°04'03" EAST,
8.78 FEET; THENCE SOUTH 89°55'57" EAST, 7.31 FEET; THENCE NORTH 00°04'03"
EAST, 18.50 FEET; THENCE SOUTH 89°55'57" EAST, 33.90 FEET; THENCE NORTH
00°04'03" EAST, 7.27 FEET; THENCE SOUTH 89°55'57" EAST, 99.58 FEET; THENCE
NORTH 45°03'50" EAST, 6.82 FEET; THENCE NORTH 00°03'50" EAST, 8.91 FEET;
THENCE SOUTH 89°56'10" EAST, 7.88 FEET; THENCE SOUTH 00°03'50" WEST,
11.68 FEET; THENCE SOUTH 44°56'10" EAST, 12.20 FEET; THENCE SOUTH
00°03'50" WEST, 1.87 FEET; THENCE SOUTH 89°55'57" EAST, 42.35 FEET; THENCE

SOUTH 00°04'03" WEST, 18.44 FEET; THENCE SOUTH 89°55'57" EAST, 35.34 FEET TO THE EAST LINE OF SAID TRACT; THENCE NORTH 00°00'27" EAST, ALONG SAID EAST LINE 119.61 FEET; THENCE SOUTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE NORTH LINE OF SAID TRACT; THENCE SOUTH 89°42'31" WEST ALONG THE NORTH LINE OF SAID TRACT, 249.17 FEET TO THE POINT BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 89.81 FEET, THENCE SOUTH 89°55'57" EAST, 110.73 FEET TO THE POINT OF BEGINNING: THENCE NORTH 00°03'51" EAST, 9.08 FEET; THENCE SOUTH 89°56'10" EAST, 3.91 FEET; THENCE SOUTH 00°03'51" WEST, 9.08 FEET; THENCE NORTH 89°56'06" WEST, 3.91 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 97.90 FEET,    THENCE SOUTH 00°17'29" EAST, 39.99 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 12.16 FEET;   THENCE SOUTH 00°03'50" WEST, 5.91 FEET; THENCE SOUTH 89°56'10" EAST, 2.75 FEET; THENCE SOUTH 00°03'50" WEST, 4.15 FEET; THENCE NORTH 89°56'10" WEST, 2.75 FEET; THENCE SOUTH 00°03'50" WEST, 11.16 FEET; THENCE NORTH 89°56'10" WEST, 9.31 FEET; THENCE NORTH 00°03'50" EAST, 9.40 FEET; THENCE NORTH 89°56'10" WEST, 4.68 FEET; THENCE NORTH 00°03'50" EAST, 7.03 FEET; THENCE SOUTH 89°56'10" EAST, 1.83 FEET; THENCE NORTH 00°03'50" EAST, 4.79 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 151.73 FEET,  THENCE SOUTH 00°17'29" EAST, 54.62 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 5.67 FEET;  THENCE SOUTH 00°03'50" WEST, 21.12 FEET; THENCE SOUTH 89°56'10" EAST, 11.99 FEET; THENCE SOUTH 00°03'50" WEST, 6.81 FEET; THENCE NORTH 89°56'10" WEST, 17.66 FEET; THENCE NORTH 00°03'50" EAST, 27.93 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 190.01 FEET,  THENCE SOUTH 00°17'29" EAST, 76.94 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 10.96 FEET;  THENCE SOUTH 00°03'50" WEST, 8.38 FEET; THENCE NORTH 81°01'51" WEST, 11.10 FEET; THENCE NORTH 00°03'50" EAST, 6.66 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 249.17 FEET,   THENCE SOUTH 00°00'27" WEST, 20.40 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 00°00'27" EAST, 12.27 FEET;   THENCE NORTH 89°59'53" WEST, 10.54 FEET; THENCE NORTH 00°03'50" EAST, 12.77 FEET; THENCE SOUTH 89°59'33" EAST, 10.53 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 232.49 FEET,  THENCE SOUTH 00°17'29" EAST, 78.15 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 00°03'50" WEST, 4.19 FEET;  THENCE NORTH 89°56'10" WEST, 1.18 FEET; THENCE SOUTH 00°03'50" WEST, 21.16 FEET; THENCE NORTH 89°5610" WEST, 2.71 FEET; THENCE SOUTH 00°03'50" WEST, 1.06 FEET; THENCE NORTH 89°56'10" WEST, 4.38 FEET; THENCE NORTH 00°03'50" EAST, 1.06 FEET; THENCE NORTH 89°56'10" WEST, 6.08 FEET; THENCE

Public Record

NORTH 00°03'50" EAST, 10.33 FEET; THENCE SOUTH 89°56'10" EAST, 3.78 FEET;
THENCE NORTH 00°03'50" EAST, 13.85 FEET; THENCE SOUTH 89°56'10" EAST,
3.70 FEET; THENCE NORTH 00°03'50" EAST, 1.17 FEET; THENCE SOUTH 89°56'10"
EAST, 6.87 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART
DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF
SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE OF SAID
TRACT, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 74.48 FEET; THENCE
SOUTH 00°00'27" WEST, 16.03 FEET TO THE POINT OF BEGINNING; THENCE
SOUTH 89°56'10" EAST, 4.09 FEET; THENCE SOUTH 00°03'50" WEST, 5.39 FEET;
THENCE NORTH 89°56'10" WEST, 4.09 FEET; THENCE NORTH 00°03'50" EAST,
5.39 FEET TO THE POINT OF BEGINNING), IN SAID COOK COUNTY, ILLINOIS.

STREET LEVEL
RETAIL PARCEL D
UPPER LIMIT 26.12 FEET LOWER LIMIT 14.68 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY

DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE
NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST, 152.39
FEET ALONG THE NORTH LINE OF SAID TRACT; THENCE SOUTH 00°04'07"
WEST, 56.27 FEET; THENCE SOUTH 89°55'53" EAST, 3.64 FEET; THENCE SOUTH
00°04'07" WEST, 26.73 FEET; THENCE NORTH 89°55'53" WEST, 3.64 FEET;
THENCE SOUTH 00°04'07" WEST, 96.12 FEET; THENCE NORTH 89°55'53" WEST,
107.73 FEET; THENCE NORTH 00°04'07" EAST, 0.75 FEET; THENCE NORTH
89°55'53" WEST, 10.74 FEET; THENCE SOUTH 00°04'07" WEST, 0.75 FEET;
THENCE NORTH 89°55'53" WEST, 33.92 FEET TO THE WEST LINE OF SAID
TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID
TRACT, 122.31 FEET; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE
NORTH 00°04'03" EAST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET
TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG
SAID WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF
BEGINNING,(EXCEPT THAT PART DESCRIBED AS FOLLOWS COMMENCING AT
THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST
ALONG THE NORTH LINE OF SAID TRACT, 100.76 FEET,  THENCE SOUTH
00°17'29" EAST, 40.24 FEET TO THE POINT OF BEGINNING, THENCE NORTH
90°00'00" EAST, 11.10 FEET; THENCE SOUTH 00°00'00" WEST, 23.42 FEET;
THENCE SOUTH 90°00'00" WEST, 11.10 FEET; THENCE NORTH 00°00'00" EAST,
23.42 FEET TO THE POINT OF BEGINNING, ALSO EXCEPT THAT PART
DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF
SAID TRACT, THENCE SOUTH 00°04'03" WEST, 118.97 FEET; THENCE SOUTH
89°55'57" EAST, 100.70 FEET; TO THE POINT OF BEGINNING; THENCE NORTH
90°00'00" EAST, 12.50 FEET; THENCE SOUTH 00°00'00" EAST, 5.50 FEET; THENCE
NORTH 90°00'00" WEST, 3.09 FEET; THENCE SOUTH 00°00'00" WEST, 10.80 FEET;
THENCE NORTH 90°00'00" WEST, 9.42 FEET; THENCE NORTH 00°00'00" EAST,
16.30 FEET TO THE POINT OF BEGINNING), IN SAID COUNTY, ILLINOIS.

STREET LEVEL
RETAIL PARCEL E
UPPER LIMIT 26.12 FEET LOWER LIMIT 14.68 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING

NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 167.71 FEET; THENCE SOUTH 00°17'29" EAST, 83.14 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°53'12" EAST, 5.10 FEET; THENCE NORTH 00°06'48" EAST, 1.25 FEET; THENCE SOUTH 89°53'12" EAST, 11.50 FEET; THENCE SOUTH 00°06'48" WEST, 1.25 FEET; THENCE SOUTH 89°53'12" EAST, 5.72 FEET; THENCE SOUTH 00°06'48" WEST, 21.71 FEET; THENCE NORTH 89°53'12" WEST, 0.36 FEET; THENCE SOUTH 00°06'48" WEST, 36.17 FEET; THENCE SOUTH 89°53'12" EAST, 4.42 FEET; THENCE SOUTH 00°06'48" WEST, 11.61 FEET; THENCE NORTH 89°53'12" WEST, 4.97 FEET; THENCE SOUTH 00°06'48" WEST, 26.64 FEET; THENCE NORTH 89°53'12" WEST, 20.24 FEET; THENCE NORTH 00°06'48" EAST, 26.45 FEET; THENCE NORTH 89°53'12" WEST, 4.93 FEET; THENCE NORTH 00°06'48" EAST, 11.56 FEET; THENCE SOUTH 89°53'12" EAST, 3.55 FEET; THENCE NORTH 00°06'48" EAST, 4.92 FEET; THENCE SOUTH 89°53'12" EAST, 2.99 FEET; THENCE NORTH 00°06'48" EAST, 4.79 FEET; THENCE NORTH 89°53'12" WEST, 2.29 FEET; THENCE NORTH 00°06'48" EAST, 26.55 FEET; THENCE NORTH 89°53'12" WEST, 0.50 FEET; THENCE NORTH 00°06'48" EAST, 21.88 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL
RETAIL PARCEL F
UPPER LIMIT 26.12 FEET LOWER LIMIT 14.68 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES

NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 89°42'31" WEST ALONG THE NORTH LINE OF SAID TRACT, 206.25 FEET; TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID NORTH LINE AFORESAID NORTH 89°42'31" EAST, 33.67 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET; THENCE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST, 35.00 FEET; THENCE NORTH 45°00'00" WEST, 11.07 FEET; THENCE NORTH 89°55'53" WEST, 35.16 FEET; THENCE NORTH 00°04'07" EAST, 58.91 FEET TO THE INTERSECTION WITH NORTH LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS

STREET LEVEL
RETAIL PARCEL G
UPPER LIMIT 26.12 FEET LOWER LIMIT 14.68 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES

NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE OF SAID TRACT, 83.30 FEET; TO THE POINT OF BEGINNING; THENCE NORTH 89°53'12" WEST, 128.31 FEET; THENCE NORTH 00°04'07" EAST, 66.46 FEET; THENCE SOUTH 89°55'53" EAST, 2.60 FEET; THENCE NORTH 00°04'07" EAST, 7.58 FEET; THENCE NORTH 89°55'53" WEST, 2.60 FEET; THENCE NORTH 00°04'07" EAST, 23.51 FEET; THENCE SOUTH 89°55'53" EAST, 15.39 FEET; THENCE SOUTH 00°04'07" WEST, 21.74 FEET; THENCE SOUTH 89°55'53" EAST, 12.26 FEET; THENCE SOUTH 00°04'07" WEST, 16.17 FEET; THENCE SOUTH 89°55'53" EAST, 15.39 FEET; THENCE NORTH 00°00'27" EAST, 19.91 FEET; THENCE SOUTH 89°59'33" EAST, 48.06 FEET; THENCE SOUTH 00°00'27" WEST, 21.61 FEET; THENCE SOUTH 89°59'33" EAST, 19.24 FEET; THENCE NORTH 00°00'27" EAST, 7.94 FEET; THENCE SOUTH 89°55'53" EAST, 8.57 FEET; THENCE NORTH 00°04'07" EAST, 3.00 FEET; THENCE SOUTH 89°55'53" EAST, 9.33 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE, 69.05 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS

STREET LEVEL
RETAIL PARCEL H
UPPER LIMIT 26.12 FEET LOWER LIMIT 14.68 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION

15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE OF SAID TRACT, 36.87 FEET; THENCE NORTH 00°00'27" EAST, 63.14 FEET; THENCE SOUTH 89°53'12" EAST, 36.87 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID TRACT, 62.80 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL
RETAIL PARCEL I
UPPER LIMIT 26.12 FEET LOWER LIMIT 14.68 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A

LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST, 198.17
FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'53" EAST, 25.12
FEET; THENCE SOUTH 00°00'00" EAST, 0.50 FEET; THENCE SOUTH 89°55'53"
EAST, 77.15 FEET; THENCE SOUTH 00°04'07" WEST, 18.74 FEET; THENCE SOUTH
89°55'53" EAST, 7.92 FEET; THENCE SOUTH 00°04'07" WEST, 0.71 FEET; THENCE
SOUTH 89°55'53" EAST, 7.14 FEET; THENCE SOUTH 00°04'07" WEST, 17.47 FEET;
THENCE NORTH 89°55'53" WEST, 21.91 FEET; THENCE SOUTH 00°04'07" WEST,
18.05 FEET TO THE SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49"
WEST, ALONG SAID SOUTH LINE 64.71 FEET; THENCE NORTH 00°27'11" WEST,
18.32 FEET; THENCE NORTH 89°55'57" WEST, 30.54 FEET TO THE WEST LINE OF
SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID
TRACT, 37.74 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL J
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14

EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE SOUTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID PARCEL; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST, ALONG THE NORTH LINE OF SAID TRACT 152.39 FEET; THENCE SOUTH 00°04'07" WEST, 57.12 FEET; THENCE NORTH 89°55'53" WEST, 42.23 FEET; THENCE NORTH 00°00'00" EAST, 11.43 FEET; THENCE NORTH 90°00'00" WEST, 9.15 FEET; THENCE SOUTH 00°00'00" WEST, 33.80 FEET; THENCE NORTH 90°00'00" WEST, 5.59 FEET; THENCE SOUTH 00°04'03" WEST, 41.20 FEET; THENCE NORTH 90°00'00" EAST, 5.31 FEET; THENCE SOUTH 00°04'03" WEST, 18.17 FEET; THENCE SOUTH 89°55'57" EAST, 1.67 FEET; THENCE SOUTH 00°00'00" WEST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 25.66 FEET; THENCE SOUTH 00°04'03" WEST, 8.92 FEET; THENCE NORTH 89°55'57" WEST, 76.80 FEET TO A POINT ON THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 122.07 FEET; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE NORTH 00°04'03" EAST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO A POINT ON THE WEST LINE OF SAID TRACT ; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL K
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST, ALONG
THE NORTH LINE OF SAID TRACT 206.25 FEET TO THE POINT OF BEGINNING;
THENCE   CONTINUING ALONG THE NORTH LINE OF SAID TRACT NORTH
89°42'31" EAST, 33.67 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET;
THENCE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST,
25.73 FEET; THENCE NORTH 89°55'53" WEST, 42.98 FEET; THENCE NORTH
00°04'07" EAST, 57.46 FEET TO THE INTERSECTION WITH THE NORTH LINE OF
SAID TRACT TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL L
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00° 00' 27" EAST ALONG
THE EAST LINE OF SAID TRACT,  83.30 FEET, TO THE POINT OF BEGINNING;
THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE NORTH 00°00'27" EAST,
53.67 FEET; THENCE SOUTH 89°59'33" EAST, 37.25 FEET TO THE EAST LINE OF
SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID
TRACT, 53.74 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL M
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 37.25 FEET; THENCE NORTH 00°00'27" EAST, 63.14 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID TRACT, 62.80 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL N
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14

EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL O
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A

LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF. SAID TRACT 90.97 FEET; THENCE NORTH 00° 00' 00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL P
UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES

NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 37.27 FEET; THENCE SOUTH 89°55'57" EAST, 67.50 FEET; THENCE SOUTH 00°04'03" WEST, 19.13 FEET; THENCE SOUTH 89°55'57" EAST, 11.63 FEET; THENCE SOUTH 00°04'03" WEST, 36.01 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG SAID SOUTH LINE OF SAID TRACT, 48.59 FEET; THENCE NORTH 00°04'03" EAST, 18.31 FEET; THENCE NORTH 89°55'57" WEST, 30.54 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL Q
UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);

RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST, ALONG THE NORTH LINE OF SAID TRACT 110.09 FEET; THENCE SOUTH 00°00'00" WEST, 45.43 FEET; THENCE NORTH 90°00'00" WEST, 9.15 FEET; THENCE SOUTH 00°00'00" WEST, 33.80 FEET; THENCE SOUTH 90°00'00" WEST, 5.59 FEET; THENCE SOUTH 00°04'03" WEST, 41.20 FEET; THENCE NORTH 90°00'00" EAST, 5.31 FEET; THENCE SOUTH 00°04'03" WEST, 18.17 FEET; THENCE SOUTH 89°55'57" EAST, 1.67 FEET; THENCE SOUTH 00°00'00" WEST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 25.66 FEET; THENCE SOUTH 00°04'03" WEST, 8.92 FEET; THENCE NORTH 89°55'57" WEST, 76.80 FEET TO A POINT ON THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 122.07 FEET; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE NORTH 00°04'03" EAST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO A POINT ON THE WEST LINE OF SAID TRACT ; THENCE NORTH 00°04'03" EAST, 39.65 FEET ALONG SAID WEST LINE OF SAID TRACT TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL R
UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00° 00' 27" EAST ALONG
THE EAST LINE OF SAID TRACT,  83.30 FEET, TO THE POINT OF BEGINNING;
THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE NORTH 00°00'27" EAST,
53.67 FEET; THENCE SOUTH 89°59'33" EAST, 37.25 FEET TO THE EAST LINE OF
SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID
TRACT, 53.74 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL S
UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14

EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE, 37.25 FEET; THENCE NORTH 00°00'27" EAST, 63.14 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID TRACT, 62.80 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL T
UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A

LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING
144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED
ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"
EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG
THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE
NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE
NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET;
THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST,
5.40 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL U
UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES, TO A POINT 210 FEET 3 INCHES

Public Record

NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00° 00' 00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL V
UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49"

EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE'
PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER
PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M.
OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE
IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340,
SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT
144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½
INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8
IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING
NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE
SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8
INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8
INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF
AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF
SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST
LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33"
WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31"
WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF
SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG
THE WEST LINE OF SAID TRACT, 18.59 FEET TO THE POINT OF BEGINNING;
THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 37.27
FEET; THENCE SOUTH 89°55'57" EAST, 67.50 FEET; THENCE SOUTH 00°04'03"
WEST, 19.13 FEET; THENCE SOUTH 89°55'57" EAST, 11.63 FEET; THENCE SOUTH
00°04'03" WEST, 36.01 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID
TRACT; THENCE SOUTH 89°32'49" WEST ALONG SAID SOUTH LINE OF SAID
TRACT, 48.59 FEET; THENCE NORTH 00°04'03" EAST, 18.31 FEET; THENCE
NORTH 89°55'57" WEST, 30.54 FEET TO THE INTERSECTION WITH THE WEST
LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK,
COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL W
UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION
15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:
BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE
STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A
LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3);
RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH
00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES
NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING

Public Record

144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST, ALONG THE NORTH LINE OF SAID TRACT 110.09 FEET; THENCE SOUTH 00°00'00" WEST, 45.43 FEET; THENCE NORTH 90°00'00" WEST, 9.15 FEET; THENCE SOUTH 00°00'00" WEST, 33.80 FEET; THENCE SOUTH 90°00'00" WEST, 5.59 FEET; THENCE SOUTH 00°04'03" WEST, 41.20 FEET; THENCE NORTH 90°00'00" EAST, 5.31 FEET; THENCE SOUTH 00°04'03" WEST, 18.17 FEET; THENCE SOUTH 89°55'57" EAST, 1.67 FEET; THENCE SOUTH 00°00'00" WEST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 25.66 FEET; THENCE SOUTH 00°04'03" WEST, 8.92 FEET; THENCE NORTH 89°55'57" WEST, 76.80 FEET TO A POINT ON THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 122.07 FEET; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE NORTH 00°04'03" EAST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO A POINT ON THE WEST LINE OF SAID TRACT ; THENCE NORTH 00°04'03" EAST, ALONG SAID WEST LINE OF SAID TRACT 39.65 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL X
UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 3600 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 37.27 FEET; THENCE SOUTH 89°55'57" EAST, 67.50 FEET; THENCE SOUTH 00°04'03" WEST, 19.13 FEET; THENCE SOUTH 89°55'57" EAST, 11.63 FEET; THENCE SOUTH 00°04'03" WEST, 36.01 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG SAID SOUTH LINE OF SAID TRACT, 48.59 FEET; THENCE NORTH 00°04'03" EAST, 18.31 FEET; THENCE NORTH 89°55'57" WEST, 30.54 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL Y
UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION

15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" WEST, 3.49 FEET; THENCE SOUTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL
RETAIL PARCEL Z
UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE

STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00° 00' 00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" WEST, 1.90 FEET; THENCE SOUTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL
RETAIL PARCEL AA
UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH

00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½ INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.56 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 180.08 FEET; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE NORTH 00°04'03" EAST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE NORTHWEST CORNER OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 110.40 FEET; THENCE SOUTH 00°04'03" WEST, 39.61 FEET; THENCE NORTH 89°48'52" WEST, 9.39 FEET; THENCE SOUTH 00°11'08" WEST, 24.18 FEET; THENCE SOUTH 89°48'52" EAST, 11.00 FEET; THENCE SOUTH 00°11'08" WEST, 16.85 FEET; THENCE SOUTH 89°48'52" EAST, 5.73 FEET; THENCE SOUTH 00°04'03" WEST, 22.15 FEET; THENCE NORTH 89°55'57" WEST, 3.17 FEET; THENCE SOUTH 00°04'03" WEST, 10.16 FEET; THENCE NORTH 89°55'57" WEST, 13.74 FEET; THENCE SOUTH 00°04'03" WEST, 21.52 FEET; THENCE SOUTH 89°55'57" EAST, 4.14 FEET; THENCE SOUTH 00°04'03" WEST, 32.90 FEET; THENCE SOUTH 89°48'52" EAST, 9.62 FEET; THENCE SOUTH 00°11'08" WEST, 9.40 FEET; THENCE SOUTH 89°48'52" EAST, 3.18 FEET; THENCE SOUTH 00°04'03" WEST, 17.31 FEET; THENCE NORTH 89°55'57" WEST, 12.79 FEET; THENCE SOUTH 00°04'03" WEST, 5.66 FEET; THENCE NORTH 89°55'57" WEST, 2.65 FEET; THENCE SOUTH 00°04'03" WEST, 23.23 FEET; THENCE NORTH 89°55'57" WEST, 12.58

FEET; THENCE SOUTH 00°04'03" WEST, 25.05 FEET; THENCE NORTH 89°55'57" WEST, 57.10 FEET; THENCE NORTH 00°04'03" EAST, 11.44 FEET; THENCE NORTH 89°55'57" WEST, 32.56 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING  THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT; THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT 42.63 FEET; THENCE SOUTH 89° 55' 57" EAST 67.71 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 18.23 FEET; THENCE NORTH 89°48'52" WEST, 4.70 FEET; THENCE NORTH 00°11'08" EAST, 3.73 FEET; THENCE SOUTH 89°48'52" EAST, 6.78 FEET; THENCE SOUTH 00°11'08" WEST, 21.96 FEET; THENCE NORTH 89°48'52" WEST, 2.08 FEET to THE POINT OF BEGINNING,

ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT;  THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT 52.20; THENCE SOUTH 89° 55' 57" EAST 41.14 TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.62 FEET; THENCE SOUTH 89°48'52" EAST, 7.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.62 FEET; THENCE NORTH 89°48'52" WEST, 7.20 FEET to THE POINT OF BEGINNING,

ALSO EXCEPT THAT PART  DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT;  THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT 151.07; THENCE SOUTH 89° 55' 57" EAST 40.44 TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.15 FEET; THENCE SOUTH 89°48'52" EAST, 5.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.15 FEET; THENCE NORTH 89°48'52" WEST, 5.20 FEET to THE POINT OF BEGINNING), IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL
RETAIL PARCEL AB
UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET
THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5- 7/16 INCHES,  TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE' PALMER AND ANDREA C. HONORE', TRUSTEES OF THE ESTATE OF POTTER PALMER' DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 ½

INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8-7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10-5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 94.60 FEET; THENCE NORTH 00° 00' 00" EAST 18.47 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST, 5.35 FEET; THENCE SOUTH 89°55'57" EAST, 8.04 FEET; THENCE NORTH 00°04'03" EAST, 2.99 FEET; THENCE SOUTH 89°55'57" EAST, 14.12 FEET; THENCE SOUTH 00°04'03" WEST, 8.34 FEET; THENCE NORTH 89°55'57" WEST, 22.16 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.