EXHIBIT 7

FILED DATE: 7/26/2023 2:35 PM   2023CH06380

# Illinois Anti-Predatory Lending Database Program

## Certificate of Exemption



**Report Mortgage Fraud**
**844-768-1713**

|||||
|---|---|---|---|

*Doc# 1816317208 Fee $258.00*

RHSP FEE:$9.00 RPRF FEE: $1.00
KAREN A.YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 06/12/2018 02:12 PM  PG:  1 OF 111

---

The property identified as:     **PIN:** 17-15-102-018-0000

**Address:**
**Street:**          17 East Monroe Street
**Street line 2:**
**City:** Chicago          **State:** IL          **ZIP Code:** 60603

**Lender:** JPMorgan Chase Bank

**Borrower:** Thor Palmer House Hotel LLC

**Loan / Mortgage Amount:** $333,200,000.00

This property is located within the program area and is exempt from the requirements of 765 ILCS 77/70 et seq. because it is commercial property.

Stewart Title NTS- Chicago
10 S. Riverside Plaza, Suite 1450
PH: 312-849-4400
File No: *180003 1623*
*4 of 5*

**Certificate number:** 6F29C2E4-CE8E-45C9-AE86-013F9E9E5D63          **Execution date:** 6/8/2018



FILED DATE: 7/26/2023 2:35 PM   2023CH06880

**THOR PALMER HOUSE HOTEL & SHOPS LLC**, as mortgagor
(Borrower)

and
**THOR PALMER HOUSE HOTEL LLC**, as mortgagor
(Operating Lessee)

to

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, as mortgagee
(Lender)

## MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

| | |
|---|---|
| Dated: | As of June 8, 2018 |
| Location: | 17 East Monroe Street |
| | Chicago, Illinois 60603 |
| County: | Cook County |

Tax ID:     17-15-102-018-0000, 17-15-102-019-0000, 17-15-102-020-0000, 17-15-102-021-0000 and 17-15-102-022-0000

PREPARED BY AND UPON
RECORDATION RETURN TO:
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Attention:  William P. McInerney, Esq.

USActive 42902273.4

FILED DATE: 10/26/2020 12:35 PM    2020CH06880

## MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

THIS MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING (this "**Mortgage**") is made as of June 8, 2018, by **THOR PALMER HOUSE HOTEL & SHOPS LLC**, a Delaware limited liability company, having its principal place of business at c/o Thor Equities, LLC, 25 West 39th Street, New York, New York 10018, as mortgagor ("**Borrower**") and **THOR PALMER HOUSE HOTEL LLC**, a Delaware limited liability company, having its principal place of business at c/o Thor Equities, LLC, 25 West 39th Street, New York, New York 10018, as mortgagor ("**Operating Lessee**", together with Borrower, individually and/or collectively as the context may require, "**Mortgagor**") to **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, a banking association chartered under the laws of the United States of America, having an address at 383 Madison Avenue, New York, New York 10179, as mortgagee (together with its successors and assigns, "**Lender**").

### W I T N E S S E T H:

**WHEREAS**, this Mortgage is given to secure a loan (the "**Loan**") in the principal sum of Three Hundred Thirty-Three Million Two Hundred Thousand and No/100 Dollars ($333,200,000.00) advanced pursuant to that certain Loan Agreement, dated as of the date hereof, between Borrower and Lender (as the same may hereafter be amended, restated, replaced, supplemented, renewed, extended or otherwise modified from time to time, the "**Loan Agreement**") and evidenced by that certain Promissory Note, dated the date hereof, made by Borrower in favor of Lender (as the same may hereafter be amended, restated, replaced, supplemented, renewed, extended or otherwise modified from time to time, the "**Note**");

**WHEREAS**, Borrower desires to secure the payment of the Debt (as defined in the Loan Agreement) and the performance of all of its obligations under the Note, the Loan Agreement and the other Loan Documents (as herein defined); and

**WHEREAS**, this Mortgage is given pursuant to the Loan Agreement, and payment, fulfillment, and performance by Borrower of its obligations thereunder and under the other Loan Documents are secured hereby, and each and every term and provision of the Loan Agreement and the Note, including the rights, remedies, obligations, covenants, conditions, agreements, indemnities, representations and warranties of the parties therein, are hereby incorporated by reference herein as though set forth in full and shall be considered a part of this Mortgage (the Loan Agreement, the Note, this Mortgage, and all other documents evidencing or securing the Debt (including all additional mortgages, deeds to secure debt and assignments of leases and rents) or executed or delivered in connection therewith, are hereinafter referred to collectively as the "**Loan Documents**"); and

**WHEREAS**, Operating Lessee will directly or indirectly benefit from Lender making the Loan to Borrower, and has given this Mortgage and executed various other Loan Documents in order to induce Lender to make the Loan to Borrower;

FILED DATE: 10/25/2023 2:25 PM     2023CH06860

**NOW THEREFORE**, in consideration of the making of the Loan by Lender and the covenants, agreements, representations and warranties set forth in this Mortgage:

## ARTICLE I - GRANTS OF SECURITY

**Section 1.1 <u>Property Mortgaged</u>**.     Mortgagor does hereby irrevocably mortgage, grant, bargain, sell, pledge, assign, warrant, transfer and convey to Lender and its successors and assigns the following property, rights, interests and estates now owned, or hereafter acquired by Mortgagor (collectively, the "**Property**"):

(a)     <u>Fee Land</u>.  The real property described in <u>Exhibit A</u> attached hereto and made a part hereof (the "**Fee Land**");

(b)     <u>Operating Lessee Collateral</u>.  (i) All of Operating Lessee's estate, right, title and interest in, and under the Operating Lease and the leasehold estate created thereby in the real property leased thereby, including all of the Operating Lessee's interest in all buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs and replacements now or hereafter erected on the real property (collectively, the "**Operating Lease Collateral**") and together with all appurtenances including, but not limited to (A) extension, renewal, modification and option rights and all of the estate and right of Operating Lessee of, in and to the Operating Lease Collateral under and by virtue of the Operating Lease, (B) all credits and deposits of Operating Lessee under the Operating Lease, and (C) all the right or privilege of Operating Lessee to terminate, cancel, surrender or merge the Operating Lease and (ii) any other right Operating Lessee may now or hereafter acquire in and to the Property (as otherwise described in this <u>Section 1.1</u>) including, without limitation, ownership in fee simple;

(c)     <u>Additional Land</u>.  All additional lands, estates and development rights hereafter acquired by Mortgagor for use in connection with the Fee Land and the Operating Lease Collateral (the Fee Land and the Operating Lease Collateral being hereinafter collectively referred to as the "**Land**") development of the Land and all additional lands and estates therein which may, from time to time, by supplemental mortgage or otherwise be expressly made subject to the lien of this Mortgage;

(d)     <u>Improvements</u>.     The buildings, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and improvements now or hereafter erected or located on the Land (collectively, the "**Improvements**");

(e)     <u>Easements</u>.  All easements, rights-of-way or use, rights, strips and gores of land, streets, ways, alleys, passages, sewer rights, water, water courses, water rights and powers, air rights and development rights, and all estates, rights, titles, interests, privileges, liberties, servitudes, tenements, hereditaments and appurtenances of any nature whatsoever, in any way now or hereafter belonging, relating or pertaining to the Land and the Improvements and the reversion and reversions and remainders, and all land lying in the bed of any street, road or avenue, opened or proposed, in front of or adjoining the Land, to the center line thereof and all the estates, rights, titles, interests, dower and rights of dower, curtesy and rights of curtesy, property, possession, claim and demand whatsoever, both at law and in equity, of Mortgagor of,

in and to the Land and the Improvements and every part and parcel thereof, with the appurtenances thereto;

(f)    <u>Equipment</u>.  All "goods" and "equipment," as such terms are defined in Article 9 of the Uniform Commercial Code (as hereinafter defined), now owned or hereafter acquired by Mortgagor, which is used at or in connection with the Improvements or the Land or is located thereon or therein (including, but not limited to, all machinery, equipment, furnishings, and electronic data-processing and other office equipment now owned or hereafter acquired by Mortgagor and any and all additions, substitutions and replacements of any of the foregoing), together with all attachments, components, parts, equipment and accessories installed thereon or affixed thereto (collectively, the "**Equipment**").  Notwithstanding the foregoing, Equipment shall not include any property belonging to tenants under leases except to the extent that Mortgagor shall have any right or interest therein;

(g)    <u>Fixtures</u>.  All Equipment now owned, or the ownership of which is hereafter acquired, by Mortgagor which is so related to the Land and Improvements forming part of the Property that it is deemed fixtures or real property under the law of the particular state in which the Equipment is located, including, without limitation, all building or construction materials intended for construction, reconstruction, alteration or repair of or installation on the Property, construction equipment, appliances, machinery, plant equipment, fittings, apparatuses, fixtures and other items now or hereafter attached to, installed in or used in connection with (temporarily or permanently) any of the Improvements or the Land, including, but not limited to, engines, devices for the operation of pumps, pipes, plumbing, cleaning, call and sprinkler systems, fire extinguishing apparatuses and equipment, heating, ventilating, laundry, incinerating, electrical, air conditioning and air cooling equipment and systems, gas and electric machinery, appurtenances and equipment, pollution control equipment, security systems, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and water, gas, electrical, storm and sanitary sewer facilities, utility lines and equipment (whether owned individually or jointly with others, and, if owned jointly, to the extent of Mortgagor's interest therein) and all other utilities whether or not situated in easements, all water tanks, water supply, water power sites, fuel stations, fuel tanks, fuel supply, and all other structures, together with all accessions, appurtenances, additions, replacements, betterments and substitutions for any of the foregoing and the proceeds thereof (collectively, the "**Fixtures**"). Notwithstanding the foregoing, "Fixtures" shall not include any property which tenants are entitled to remove pursuant to Leases (other than the Operating Lease) except to the extent that Mortgagor shall have any right or interest therein and then only to the extent of such interest;

(h)    <u>Personal Property</u>.  All furniture, furnishings, objects of art, machinery, goods, tools, supplies, appliances, inventory and articles of personal property and accessions thereof and renewals and replacements thereof and substitutions therefor, if any (including, but not limited to, beds, bureaus, chiffoniers, chests, chairs, desks, lamps, mirrors, bookcases, tables, rugs, carpeting, drapes, draperies, curtains, shades, venetian blinds, screens, paintings, hangings, pictures, divans, couches, luggage carts, luggage racks, stools, sofas, chinaware, linens, pillows, blankets, glassware, foodcarts, cookware, dry cleaning facilities, dining room wagons, keys or other entry systems, bars, bar fixtures, liquor and other drink dispensers, icemakers, radios, television sets, intercom and paging equipment, electric and electronic equipment, dictating equipment, private telephone systems, medical equipment, potted plants, heating, lighting and

plumbing fixtures, fire prevention and extinguishing apparatus, elevators, escalators, fittings, plants, tools, machinery, engines, dynamos, motors, boilers, incinerators, switchboards, conduits, compressors, vacuum cleaning systems, floor cleaning, waxing and polishing equipment, call systems, brackets, electrical signs, bulbs, bells, conveyors, cabinets, lockers, shelving, spotlighting equipment, washers and dryers), other customary hotel equipment, general intangibles, contract rights, accounts, accounts receivable, franchises, licenses (including the liquor licenses to the extent permitted by applicable law), certificates and permits, and all other personal property of any kind or character whatsoever as defined in and subject to the provisions of the Uniform Commercial Code, whether tangible or intangible, other than Fixtures, which are now or hereafter owned by Mortgagor and which are located within or about the Land and the Improvements, together with all accessories, replacements and substitutions thereto or therefor and the proceeds thereof (collectively, the "**Personal Property**"), and the right, title and interest of Mortgagor in and to any of the Personal Property which may be subject to any security interests, as defined in the Uniform Commercial Code, as adopted and enacted by the state or states where any of the Property is located (the "**Uniform Commercial Code**"), superior in lien to the lien of this Mortgage and all proceeds and products of the above;

        (i)    <u>Leases and Rents</u>. Mortgagor's right, title and interest in, to and under all leases, subleases or subsubleases, lettings, licenses, concessions or other agreements (whether written or oral), including, without limitation, the Operating Lease pursuant to which any Person is granted a possessory interest in, or right to use or occupy all or any portion of the Land and the Improvements, and every modification, amendment or other agreement relating to such leases, subleases, subsubleases, or other agreements entered into in connection with such leases, subleases, subsubleases, or other agreements and every guarantee of the performance and observance of the covenants, conditions and agreements to be performed and observed by the other party thereto, heretofore or hereafter entered into (collectively, the "**Leases**"), whether before or after the filing by or against Mortgagor of any petition for relief under the Bankruptcy Code and all right, title and interest of Mortgagor, its successors and assigns therein and thereunder, including, without limitation, cash or securities deposited thereunder to secure the performance by the lessees of their obligations thereunder and all rents, additional rents, revenues, issues and profits (including all oil and gas or other mineral royalties and bonuses) from the Land and the Improvements (including, without limitation, all revenues and credit card receipts collected from guest rooms, restaurants, bars, meeting rooms, banquet rooms and recreational facilities, all receivables, customer obligations, installment payment obligations and other obligations now existing or hereafter arising or created out of the sale, lease, sublease, license, concession or other grant of the right of the use and occupancy of property or rendering of services by Borrower or any operator or manager of the hotel or the commercial space located in the Improvements or acquired from others (including, without limitation, from the rental of any office space, retail space, guest rooms or other space, halls, stores, and offices, and deposits securing reservations of such space)  whether paid or accruing before or after the filing by or against Mortgagor of any petition for relief under the Bankruptcy Code (collectively, the "**Rents**") and all proceeds from the sale or other disposition of the Leases and the right to receive and apply the Rents to the payment of the Debt;

        (j)    <u>Condemnation Awards</u>.  All awards or payments, including interest thereon, which may heretofore and hereafter be made with respect to the Property, whether from the exercise of the right of eminent domain (including, but not limited to, any transfer made in

lieu of or in anticipation of the exercise of the right), or for a change of grade, or for any other injury to or decrease in the value of the Property;

(k)    <u>Insurance Proceeds</u>.  All proceeds in respect of the Property under any insurance policies covering the Property, including, without limitation, the right to receive and apply the proceeds of any insurance, judgments, or settlements made in lieu thereof, for damage to the Property;

(l)    <u>Tax Certiorari</u>.  All refunds, rebates or credits in connection with reduction in real estate taxes and assessments charged against the Property as a result of tax certiorari or any applications or proceedings for reduction;

(m)    <u>Conversion</u>.  All proceeds of the conversion, voluntary or involuntary, of any of the foregoing including, without limitation, proceeds of insurance and condemnation awards, into cash or liquidation claims;

(n)    <u>Rights</u>.  The right, in the name and on behalf of Mortgagor, after the occurrence and continuance of an Event of Default, to appear in and defend any action or proceeding brought with respect to the Property and to commence any action or proceeding to protect the interest of Lender in the Property;

(o)    <u>Agreements</u>.  All of Mortgagor's right, title and interest in and to all agreements, contracts, certificates, instruments, franchises, permits, licenses, plans, specifications and other documents, now or hereafter entered into, and all rights therein and thereto, respecting or pertaining to the use, occupation, construction, management or operation of the Land and any part thereof and any Improvements or respecting or pertaining to any business or activity conducted on the Land and any part thereof and all right, title and interest of Mortgagor therein and thereunder, including, without limitation, the right, upon the happening of any default hereunder, to receive and collect any sums payable to Mortgagor thereunder; provided, however, unless an Event of Default has occurred and is continuing, Mortgagor shall in the ordinary course be entitled to deal with the foregoing in accordance with the requirements of the Loan Agreement or the other Loan Documents with respect to such Agreements, including taking actions thereunder, modifying and terminating the same, provided such actions are commercially reasonable and do not violate any covenant contained in the Loan Agreement or other Loan Documents with respect thereto;

(p)    <u>Trademarks</u>.  All tradenames, trademarks, servicemarks, logos, copyrights, goodwill, books and records and all other general intangibles relating to or used in connection with the operation of the Property;

(q)    <u>Accounts</u>.  All reserves, escrows and deposit accounts maintained by Mortgagor with respect to the Property, including, without limitation, the Lockbox Agreement and the Cash Management Account, together with all deposits or wire transfers made to such accounts, all cash, checks, drafts, certificates, securities, investment property, financial assets, instruments and other property held therein from time to time and all proceeds, products, distributions or dividends or substitutions thereon and thereof;

FILED DATE: 10/26/2023 12:35 PM    2023CH06980

(r)    <u>Letter of Credit</u>.  All letter-of-credit rights (whether or not the letter of credit is evidenced by a writing) Mortgagor now has or hereafter acquires relating to the properties, rights, titles and interests referred to in this Section 1.1;

(s)    <u>Tort Claims</u>.  All commercial tort claims Mortgagor now has or hereafter acquires relating to the properties, rights, titles and interests referred to in this Section 1.1;

(t)    <u>Interest Rate Cap Agreement</u>.  The Interest Rate Cap Agreement, including, but not limited to, all "accounts", "chattel paper", "general intangibles" and "investment property" (as such terms are defined in the Uniform Commercial Code as from time to time in effect) constituting or relating to the foregoing; and all products and proceeds of any of the foregoing; and

(u)    <u>Other Rights</u>.  Any and all other rights of Mortgagor in and to the items set forth in <u>Subsections (a)</u> through <u>(t)</u> above.

AND without limiting any of the other provisions of this Mortgage, to the extent permitted by applicable law, Mortgagor expressly grants to Lender, as secured party, a security interest in the portion of the Property which is or may be subject to the provisions of the Uniform Commercial Code which are applicable to secured transactions; it being understood and agreed that the Improvements and Fixtures are part and parcel of the Land (the Land, the Improvements and the Fixtures collectively referred to as the "**Real Property**") appropriated to the use thereof and, whether affixed or annexed to the Real Property or not, shall for the purposes of this Mortgage be deemed conclusively to be real estate and mortgaged hereby.

**Section 1.2    Assignment of Rents**.    Mortgagor hereby absolutely and unconditionally assigns to Lender all of Mortgagor's right, title and interest in and to all current and future Leases and Rents; it being intended by Mortgagor that this assignment constitutes a present, absolute assignment and not an assignment for additional security only.  Nevertheless, subject to the terms of the Cash Management Agreement and <u>Section 7.1(h)</u> of this Mortgage, Lender grants to Mortgagor a revocable license to collect, receive, use and enjoy the Rents and Mortgagor shall hold the Rents, or a portion thereof sufficient to discharge all current sums due on the Debt, for use in the payment of such sums.

**Section 1.3    Security Agreement**.  This Mortgage is both a real property mortgage and a "security agreement" within the meaning of the Uniform Commercial Code.  The Property includes both real and personal property and all other rights and interests, whether tangible or intangible in nature, of Mortgagor in the Property.  By executing and delivering this Mortgage, Mortgagor hereby grants to Lender, as security for the Obligations (hereinafter defined), a security interest in the Fixtures, the Equipment and the Personal Property and other property constituting the Property, whether now owned or hereafter acquired, to the full extent that the Fixtures, the Equipment, the Personal Property and such other property may be subject to the Uniform Commercial Code (said portion of the Property so subject to the Uniform Commercial Code being called the "**Collateral**").  If an Event of Default shall occur and be continuing, Lender, in addition to any other rights and remedies which it may have, shall have and may exercise immediately and without demand, any and all rights and remedies granted to a secured party upon default under the Uniform Commercial Code, including, without limiting the

generality of the foregoing, the right to take possession of the Collateral or any part thereof, and to take such other measures as Lender may deem necessary for the care, protection and preservation of the Collateral.  Upon request or demand of Lender after the occurrence and during the continuance of an Event of Default, Mortgagor shall, at its expense, assemble the Collateral and make it available to Lender at a convenient place (at the Land if tangible property) reasonably acceptable to Lender.  Mortgagor shall pay to Lender on demand any and all expenses, including reasonable legal expenses and attorneys' fees, actually incurred or paid by Lender in protecting its interest in the Collateral and in enforcing its rights hereunder with respect to the Collateral after the occurrence and during the continuance of an Event of Default.  Any notice of sale, disposition or other intended action by Lender with respect to the Collateral sent to Mortgagor in accordance with the provisions hereof at least ten (10) Business Days prior to such action, shall, except as otherwise provided by applicable law, constitute reasonable notice to Mortgagor.  The proceeds of any disposition of the Collateral, or any part thereof, may, except as otherwise required by applicable law, be applied by Lender to the payment of the Debt in such priority and proportions as Lender in its discretion shall deem proper.  Mortgagor's (debtor's) principal place of business is as set forth on page one hereof and the address of Lender (secured party) is as set forth on page one hereof.

> **Section 1.4    Fixture Filing**.    Certain of the Property is or will become "fixtures" (as that term is defined in the Uniform Commercial Code) on the Land, and this Mortgage, upon being filed for record in the real estate records of the city or county wherein such fixtures are situated, shall operate also as a financing statement filed as a fixture filing in accordance with the applicable provisions of said Uniform Commercial Code upon such of the Property that is or may become fixtures.

> **Section 1.5    Pledges of Monies Held**.    Mortgagor hereby pledges to Lender any and all monies now or hereafter held by Lender or on behalf of Lender, including, without limitation, any sums deposited in the Lockbox Account, the Cash Management Account, the Reserve Funds and Net Proceeds, as additional security for the Obligations until expended or applied as provided in this Mortgage or the Loan Agreement.

**CONDITIONS TO GRANT**

> TO HAVE AND TO HOLD the above granted and described Property unto and to the use and benefit of Lender and its successors and assigns, forever;

> PROVIDED, HOWEVER, these presents are upon the express condition that, if Mortgagor shall well and truly pay to Lender the Debt at the time and in the manner provided in the Note, the Loan Agreement and this Mortgage, shall well and truly perform the Other Obligations as set forth in this Mortgage and shall well and truly abide by and comply with each and every covenant and condition set forth herein and in the Note, the Loan Agreement and the other Loan Documents, these presents and the estate hereby granted shall cease, terminate and be void; provided, however, that Mortgagor's obligation to indemnify and hold harmless Lender pursuant to the provisions hereof shall survive any such payment or release.

## ARTICLE II - DEBT AND OBLIGATIONS SECURED

**Section 2.1    Debt**.  This Mortgage and the grants, assignments and transfers made in Article I are given for the purpose of securing the Debt.

**Section 2.2    Other Obligations**.  This Mortgage and the grants, assignments and transfers made in Article I are also given for the purpose of securing the following (the "**Other Obligations**"):

      (a)      the performance of all other obligations of Mortgagor contained herein;

      (b)      the performance of each obligation of Mortgagor contained in the Loan Agreement and any other Loan Document; and

      (c)      the performance of each obligation of Mortgagor contained in any renewal, extension, amendment, modification, consolidation, change of, or substitution or replacement for, all or any part of the Note, the Loan Agreement or any other Loan Document.

**Section 2.3    Debt and Other Obligations**.  Mortgagor's obligations for the payment of the Debt and the performance of the Other Obligations shall be referred to collectively herein as the "**Obligations.**"

## ARTICLE III - MORTGAGOR COVENANTS

Mortgagor covenants and agrees that:

**Section 3.1    Payment of Debt**.  Mortgagor will pay the Debt at the time and in the manner provided in the Loan Agreement, the Note and this Mortgage.

**Section 3.2    Incorporation by Reference**.  All the covenants, conditions and agreements contained in (a) the Loan Agreement, (b) the Note and (c) all and any of the other Loan Documents, are hereby made a part of this Mortgage to the same extent and with the same force as if fully set forth herein.

**Section 3.3    Insurance**.  Mortgagor shall obtain and maintain, or cause to be maintained, in full force and effect at all times insurance with respect to Mortgagor and the Property as required pursuant to the Loan Agreement.

**Section 3.4    Maintenance of Property**.  Mortgagor shall cause the Property to be maintained in a good and safe condition and repair.  Except as provided in the Loan Agreement, the Improvements, the Fixtures, the Equipment and the Personal Property shall not be removed, demolished or materially altered (except for normal replacement of the Fixtures, the Equipment or the Personal Property, tenant finish and refurbishment of the Improvements and as otherwise may be permitted by the Loan Agreement) without the consent of Lender, which consent shall not be unreasonably withheld, conditioned or delayed. Subject to the terms of the Loan Agreement, Mortgagor shall promptly repair, replace or rebuild any part of the Property which may be destroyed by any Casualty or become damaged, worn or dilapidated or which may

FILED DATE: 7/26/2023 2:35 PM    2023CH06480

be affected by any Condemnation, and shall complete and pay for any structure at any time in the process of construction or repair on the Land.

Section 3.5   **Waste**.  Mortgagor shall not commit or suffer any material waste of the Property or make any change in the use of the Property which will in any way materially increase the risk of fire or other hazard arising out of the operation of the Property, or take any action that might invalidate or allow the cancellation of any Policy, or do or permit to be done thereon anything that may in any way materially impair the value of the Property or the security of this Mortgage.  Subject to the terms of the Loan Agreement, Mortgagor will not, without the prior written consent of Lender, permit any drilling or exploration for or extraction, removal, or production of any minerals from the surface or the subsurface of the Land, regardless of the depth thereof or the method of mining or extraction thereof.

Section 3.6   **Payment for Labor and Materials**.  (a)  Mortgagor will promptly pay when due all bills and costs for labor, materials, and specifically fabricated materials (**"Labor and Material Costs"**) incurred in connection with the Property unless Borrower is contesting the same pursuant to the terms of the Loan Agreement and shall not permit to exist beyond the due date thereof in respect of the Property or any part thereof any lien or security interest, even though inferior to the liens and the security interests hereof, and in any event never permit to be created or exist in respect of the Property or any part thereof any other or additional lien or security interest other than the liens or security interests hereof except for the Permitted Encumbrances and as otherwise permitted by the Loan Agreement.

(b)   Mortgagor, at its own expense, may contest by appropriate legal proceeding, promptly initiated and conducted in good faith and with due diligence, the amount or validity or application in whole or in part of any of the Labor and Material Costs, provided that (i) no Event of Default has occurred and is continuing under the Loan Agreement, the Note, this Mortgage or any of the other Loan Documents, (ii) Mortgagor is permitted to do so under the provisions of any other mortgage, deed of trust or deed to secure debt affecting the Property, (iii) such proceeding shall suspend the collection of the Labor and Material Costs from Mortgagor and from the Property or Mortgagor shall have paid all of the Labor and Material Costs under protest, (iv) such proceeding shall be permitted under and be conducted in accordance with the provisions of any other instrument to which Mortgagor is subject and shall not constitute a default thereunder, (v) neither the Property nor any part thereof or interest therein will be in danger of being sold, forfeited, terminated, canceled or lost, (vi) Mortgagor shall have furnished the security as may be required in the proceeding, or as may be reasonably requested by Lender to insure the payment of any contested Labor and Material Costs, together with all interest and penalties thereon, and (vii) Mortgagor provides written notice to Lender of such proceeding.

Section 3.7   **Performance of Other Agreements**.  Mortgagor shall observe and perform each and every term, covenant and provision to be observed or performed by Mortgagor pursuant to the Loan Agreement, any other Loan Document and any other agreement or recorded instrument affecting or pertaining to the Property and any amendments, modifications or changes thereto.

FILED DATE: 7/25/2020 2:33 PM    2020CH06880

**Section 3.8    Change of Name, Identity or Structure**.  Except as permitted under the Loan Agreement, Mortgagor shall not change Mortgagor's name, identity (including its trade name or names) or, if not an individual, Mortgagor's corporate, partnership or other structure without notifying Lender of such change in writing at least thirty (30) days prior to the effective date of such change and, in the case of a change in Mortgagor's structure, without first obtaining the prior written consent of Lender.  Mortgagor shall execute and deliver to Lender, prior to or contemporaneously with the effective date of any such change, any financing statement or financing statement change required by Lender to establish or maintain the validity, perfection and priority of the security interest granted herein (but in no event will Mortgagor be required to incur, suffer or accept (except to a de minimis extent) any lesser rights or greater obligations than as currently contemplated by the Loan Documents.  At the request of Lender, Mortgagor shall execute a certificate in form satisfactory to Lender listing the trade names under which Mortgagor intends to operate the Property, and representing and warranting that Mortgagor does business under no other trade name with respect to the Property.

**Section 3.9    Title**.  Each Mortgagor has good, marketable and insurable fee simple and leasehold title, as applicable, to the real property comprising part of the Property and good title to the balance of such Property, free and clear all Liens (as defined in the Loan Agreement) whatsoever except the Permitted Encumbrances (as defined in the Loan Agreement), such other Liens as are permitted pursuant to the Loan Documents and the Liens created by the Loan Documents.  The Permitted Encumbrances in the aggregate do not materially and adversely affect the value, operation or use of the Property or Mortgagor's ability to repay the Loan.  This Mortgage, when properly recorded in the appropriate records, together with any Uniform Commercial Code financing statements required to be filed in connection therewith, will create (a) a valid, perfected first priority lien on the Property, subject only to Permitted Encumbrances and the Liens created by the Loan Documents and (b) perfected security interests in and to, and perfected collateral assignments of, all personalty (including the Leases), all in accordance with the terms thereof, in each case subject only to any applicable Permitted Encumbrances, such other Liens as are permitted pursuant to the Loan Documents and the Liens created by the Loan Documents.  There are no claims for payment for work, labor or materials affecting the Property which are past due and are or may become a lien prior to, or of equal priority with, the Liens created by the Loan Documents unless such claims for payments are being contested in accordance with the terms and conditions of this Mortgage.

**Section 3.10    Letter of Credit Rights**.  If Mortgagor is at any time a beneficiary under a letter of credit relating to the properties, rights, titles and interests referenced in Section 1.1 of this Mortgage now or hereafter issued in favor of Mortgagor, Mortgagor shall promptly notify Lender thereof and, at the request and option of Lender, Mortgagor shall, pursuant to an agreement in form and substance satisfactory to Lender, either (i) arrange for the issuer and any confirmer of such letter of credit to consent to an assignment to Lender of the proceeds of any drawing under the letter of credit or (ii) arrange for Lender to become the transferee beneficiary of the letter of credit, with Lender agreeing, in each case that the proceeds of any drawing under the letter of credit are to be applied as provided in Section 7.2 of this Mortgage.

**Section 3.11    Special Purpose Entity**.  Operating Lessee has been, is, and shall at all times be a Special Purpose Entity.  The provisions of Section 4.1.30 of the Loan Agreement

are hereby incorporated by reference to the same extent and with the same force as if fully set forth herein.

## ARTICLE IV - OBLIGATIONS AND RELIANCES

**Section 4.1    Relationship of Mortgagor and Lender**.    The relationship between Borrower and Lender is solely that of debtor and creditor, and Lender has no fiduciary or other special relationship with Borrower, and no term or condition of any of the Loan Agreement, the Note, this Mortgage and the other Loan Documents shall be construed so as to deem the relationship between Borrower and Lender to be other than that of debtor and creditor. Lender has no fiduciary or other special relationship with Operating Lessee, and no term or condition of any of the Loan Agreement, the Note, this Mortgage and the other Loan Documents shall be construed so as to deem the relationship between Operating Lessee and Lender to be other than mortgagor and mortgagee.

**Section 4.2    No Reliance on Lender**.    The general partners, members, principals and (if Mortgagor is a trust) beneficial owners of Mortgagor are experienced in the ownership and operation of properties similar to the Property, and Mortgagor and Lender are relying solely upon such expertise and business plan in connection with the ownership and operation of the Property.  Mortgagor is not relying on Lender's expertise, business acumen or advice in connection with the Property.

**Section 4.3    No Lender Obligations**.    (a) Notwithstanding the provisions of Subsections 1.1(h) and (n) or Section 1.2, Lender is not undertaking the performance of (i) any obligations under the Leases; or (ii) any obligations with respect to such agreements, contracts, certificates, instruments, franchises, permits, trademarks, licenses and other documents.

(b)    By accepting or approving anything required to be observed, performed or fulfilled or to be given to Lender pursuant to this Mortgage, the Loan Agreement, the Note or the other Loan Documents, including, without limitation, any officer's certificate, balance sheet, statement of profit and loss or other financial statement, survey, appraisal, or insurance policy, Lender shall not be deemed to have warranted, consented to, or affirmed the sufficiency, the legality or effectiveness of same, and such acceptance or approval thereof shall not constitute any warranty or affirmation with respect thereto by Lender.

**Section 4.4    Reliance**.    Mortgagor recognizes and acknowledges that in accepting the Loan Agreement, the Note, this Mortgage and the other Loan Documents, Lender is expressly and primarily relying on the truth and accuracy of the warranties and representations set forth in Section 4.1 of the Loan Agreement without any obligation to investigate the Property and notwithstanding any investigation of the Property by Lender; that such reliance existed on the part of Lender prior to the date hereof, that the warranties and representations are a material inducement to Lender in making the Loan; and that Lender would not be willing to make the Loan and accept this Mortgage in the absence of the warranties and representations as set forth in Section 4.1 of the Loan Agreement.

FILED DATE: 7/25/2020 2:35 PM    2020CH06480

## ARTICLE V - FURTHER ASSURANCES

**Section 5.1    Recording of Mortgage, Etc.**    Mortgagor forthwith upon the execution and delivery of this Mortgage and thereafter, from time to time, will cause this Mortgage and any of the other Loan Documents creating a lien or security interest or evidencing the lien hereof upon the Property and each instrument of further assurance to be filed, registered or recorded in such manner and in such places as may be required by any present or future law in order to publish notice of and fully to protect and perfect the lien or security interest hereof upon, and the interest of Lender in, the Property.    Mortgagor will pay all taxes, filing, registration or recording fees, and all expenses incident to the preparation, execution, acknowledgment and/or recording of the Note, this Mortgage, the other Loan Documents, any note, deed of trust or mortgage supplemental hereto, any security instrument with respect to the Property and any instrument of further assurance, and any modification or amendment of the foregoing documents, and all federal, state, county and municipal taxes, duties, imposts, assessments and charges arising out of or in connection with the execution and delivery of this Mortgage, any deed of trust or mortgage supplemental hereto, any security instrument with respect to the Property or any instrument of further assurance, and any modification or amendment of the foregoing documents, except where prohibited by law so to do.

**Section 5.2    Further Acts, Etc.**    Mortgagor will, at the cost of Mortgagor, and without expense to Lender, do, execute, acknowledge and deliver all and every such further acts, deeds, conveyances, deeds of trust, mortgages, assignments, notices of assignments, transfers and assurances as Lender shall, from time to time, reasonably require, for the better assuring, conveying, assigning, transferring, and confirming unto Lender the property and rights hereby mortgaged, deeded, granted, bargained, sold, conveyed, confirmed, pledged, assigned, warranted and transferred or intended now or hereafter so to be, or which Mortgagor may be or may hereafter become bound to convey or assign to Lender, or for carrying out the intention or facilitating the performance of the terms of this Mortgage or for filing, registering or recording this Mortgage, or for complying with all Legal Requirements (but in no event will Mortgagor be required to incur, suffer or accept (except to a de minimus extent) any lesser rights or greater obligations than as currently contemplated by the Loan Documents).    Mortgagor, on demand, will execute and deliver, and in the event it shall fail to so execute and deliver, hereby authorizes Lender to execute in the name of Mortgagor or without the signature of Mortgagor to the extent Lender may lawfully do so, one or more financing statements to evidence more effectively the security interest of Lender in the Property.    Mortgagor grants to Lender an irrevocable power of attorney coupled with an interest for the purpose of exercising and perfecting any and all rights and remedies available to Lender at law and in equity, including without limitation, such rights and remedies available to Lender pursuant to this <u>Section 5.2</u>.

**Section 5.3    Changes in Tax, Debt, Credit and Documentary Stamp Laws**. (a) If any law is enacted or adopted or amended after the date of this Mortgage which deducts the Debt from the value of the Property for the purpose of taxation or which imposes a tax, either directly or indirectly, on the Debt or Lender's interest in the Property (other than in the case of Lender, taxes imposed on its overall net income, and franchise taxes imposed on it in lieu of net income taxes, by the jurisdiction of the office in which the Lender has made the Loan), Mortgagor will pay the tax, with interest and penalties thereon, if any.    If Lender is advised by counsel chosen by it that the payment of tax by Mortgagor would be unlawful or taxable to

Lender or unenforceable or provide the basis for a defense of usury then Lender shall have the option by written notice of not less than one hundred twenty (120) days to declare the Debt immediately due and payable, without premium or penalty.

(b)     Mortgagor will not claim or demand or be entitled to any credit or credits on account of the Debt for any part of the Taxes or Other Charges assessed against the Property, or any part thereof, and no deduction shall otherwise be made or claimed from the assessed value of the Property, or any part thereof, for real estate tax purposes by reason of this Mortgage or the Debt. If such claim, credit or deduction shall be required by law, Lender shall have the option, by written notice of not less than one hundred twenty (120) days, to declare the Debt immediately due and payable, without premium or penalty.

(c)     If at any time the United States of America, any State thereof or any subdivision of any such State shall require revenue or other stamps to be affixed to the Note, this Mortgage, or any of the other Loan Documents or impose any other tax or charge on the same, Mortgagor will pay for the same, with interest and penalties thereon, if any.

**Section 5.4    Severing of Mortgage**. The provisions of Section 8.2(c) of the Loan Agreement are hereby incorporated by reference herein.

**Section 5.5    Replacement Documents**. Upon receipt of an affidavit of an officer of Lender as to the loss, theft, destruction or mutilation of the Note or any other Loan Document which is not of public record, and, in the case of any such mutilation, upon surrender and cancellation of such Note or other Loan Document, Mortgagor will issue, in lieu thereof, a replacement Note or other Loan Document, dated the date of such lost, stolen, destroyed or mutilated Note or other Loan Document in the same principal amount thereof and otherwise of like tenor.

## ARTICLE VI - DUE ON SALE/ENCUMBRANCE

**Section 6.1    Lender Reliance**. Mortgagor acknowledges that Lender has examined and relied on the experience of Mortgagor and its general partners, members, principals and (if Mortgagor is a trust) beneficial owners in owning and operating properties such as the Property in agreeing to make the Loan, and will continue to rely on each of Borrower's and Operating Lessee's ownership of the Property respectively, as a means of maintaining the value of the Property as security for repayment of the Debt and the performance of the Other Obligations. Mortgagor acknowledges that Lender has a valid interest in maintaining the value of the Property so as to ensure that, should Borrower default in the repayment of the Debt or the performance of the Other Obligations, Lender can recover the Debt by a sale of the Property.

**Section 6.2    No Sale/Encumbrance**. Neither Mortgagor nor any Restricted Party shall Transfer the Property or any part thereof or any interest therein or permit or suffer the Property or any part thereof or any interest therein to be Transferred other than as expressly permitted pursuant to the terms of the Loan Agreement.

FILED DATE: 10/25/2023 2:35 PM   2023CH06480

## ARTICLE VII - RIGHTS AND REMEDIES UPON DEFAULT

**Section 7.1**   **Remedies**.   Upon the occurrence and during the continuance of any Event of Default, Mortgagor agrees that Lender may take such action, without notice or demand, as it deems advisable to protect and enforce its rights against Mortgagor and in and to the Property, including, but not limited to, the following actions, each of which may be pursued concurrently or otherwise, at such time and in such order as Lender may determine, in its sole discretion, without impairing or otherwise affecting the other rights and remedies of Lender:

(a)   declare the entire unpaid Debt to be immediately due and payable;

(b)   institute proceedings, judicial or otherwise, for the complete foreclosure of this Mortgage under any applicable provision of law, in which case the Property or any interest therein may be sold for cash or upon credit in one or more parcels or in several interests or portions and in any order or manner;

(c)   with or without entry, to the extent permitted and pursuant to the procedures provided by applicable law, institute proceedings for the partial foreclosure of this Mortgage for the portion of the Debt then due and payable, subject to the continuing lien and security interest of this Mortgage for the balance of the Debt not then due, unimpaired and without loss of priority;

(d)   sell for cash or upon credit the Property or any part thereof and all estate, claim, demand, right, title and interest of Mortgagor therein and rights of redemption thereof, pursuant to power of sale or otherwise, at one or more sales, as an entirety or in parcels, at such time and place, upon such terms and after such notice thereof as may be required or permitted by law;

(e)   institute an action, suit or proceeding in equity for the specific performance of any covenant, condition or agreement contained herein, in the Note, the Loan Agreement or in the other Loan Documents;

(f)   recover judgment on the Note either before, during or after any proceedings for the enforcement of this Mortgage or the other Loan Documents;

(g)   apply for the appointment of a receiver, trustee, liquidator or conservator of the Property, without notice and without regard for the adequacy of the security for the Debt and without regard for the solvency of Borrower, Operating Lessee, any guarantor or any indemnitor with respect to the Loan or of any Person liable for the payment of the Debt;

(h)   the license granted to Mortgagor under Section 1.2 hereof shall automatically be revoked and Lender may enter into or upon the Property, either personally or by its agents, nominees or attorneys and dispossess Mortgagor and its agents and servants therefrom, without liability for trespass, damages (except for damages caused by the gross negligence, fraud, illegal acts or willful misconduct of Lender or its agents) or otherwise and exclude Mortgagor and its agents or servants wholly therefrom, and take possession of all books, records and accounts relating thereto and Mortgagor agrees to surrender possession of the Property and of such books, records and accounts to Lender upon demand, and thereupon Lender

may (i) use, operate, manage, control, insure, maintain, repair, restore and otherwise deal with all and every part of the Property and conduct the business thereat; (ii) complete any construction on the Property in such manner and form as Lender deems advisable; (iii) make alterations, additions, renewals, replacements and improvements to or on the Property; (iv) exercise all rights and powers of Mortgagor with respect to the Property, whether in the name of Mortgagor or otherwise, including, without limitation, the right to make, cancel, enforce or modify Leases, obtain and evict tenants, and demand, sue for, collect and receive all Rents of the Property and every part thereof; (v) require Mortgagor to pay monthly in advance to Lender, or any receiver appointed to collect the Rents, the fair and reasonable rental value for the use and occupation of such part of the Property as may be occupied by Mortgagor; (vi) require Mortgagor to vacate and surrender possession of the Property to Lender or to such receiver and, in default thereof, Mortgagor may be evicted by summary proceedings or otherwise; and (vii) apply the receipts from the Property to the payment of the Debt, in such order, priority and proportions as Lender shall deem appropriate in its sole discretion after deducting therefrom all out-of-pocket expenses (including reasonable attorneys' fees) actually incurred in connection with the aforesaid operations and all amounts necessary to pay the Taxes, Other Charges, insurance and other expenses in connection with the Property, as well as just and reasonable compensation for the services of Lender, its counsel, agents and employees;

(i)     exercise any and all rights and remedies granted to a secured party upon default under the Uniform Commercial Code, including, without limiting the generality of the foregoing: (i) the right to take possession of the Fixtures, the Equipment, the Personal Property or any part thereof, and to take such other measures as Lender may deem necessary for the care, protection and preservation of the Fixtures, the Equipment, the Personal Property, and (ii) request Mortgagor at its expense to assemble the Fixtures, the Equipment, the Personal Property and make it available to Lender at a convenient place acceptable to Lender. Any notice of sale, disposition or other intended action by Lender with respect to the Fixtures, the Equipment, the Personal Property sent to Mortgagor in accordance with the provisions hereof at least five (5) days prior to such action, shall constitute commercially reasonable notice to Mortgagor;

(j)     apply any sums then deposited or held in escrow or otherwise by or on behalf of Lender in accordance with the terms of the Loan Agreement, this Mortgage or any other Loan Document to the payment of the following items in any order in its sole discretion: (i) Taxes and Other Charges; (ii) Insurance Premiums; (iii) interest on the unpaid principal balance of the Note; (iv) amortization of the unpaid principal balance of the Note; and (v) all other sums payable pursuant to the Note, the Loan Agreement, this Mortgage and the other Loan Documents, including without limitation advances made by Lender pursuant to the terms of this Mortgage;

(k)     pursue such other remedies as Lender may have under applicable law; or

(l)     apply the undisbursed balance of any Net Proceeds Deficiency deposit, together with interest thereon, to the payment of the Debt in such order, priority and proportions as Lender shall deem to be appropriate in its discretion.

FILED DATE: 7/25/2023 2:35 PM   2023CH06860

In the event of a sale, by foreclosure, power of sale or otherwise, of less than all of the Property, this Mortgage shall continue as a lien and security interest on the remaining portion of the Property unimpaired and without loss of priority.

Section 7.2 **Application of Proceeds**. During the continuance of an Event of Default, the purchase money, proceeds and avails of any disposition of the Property, and or any part thereof, or any other sums collected by Lender pursuant to the Note, this Mortgage or the other Loan Documents, may be applied by Lender to the payment of the Debt in such priority and proportions as Lender in its discretion shall deem proper, to the extent consistent with applicable law.

Section 7.3 **Right to Cure Defaults**. Upon the occurrence and during the continuance of any Event of Default, or if Mortgagor fails to make any payment or to do any act as herein provided, Lender may, but without any obligation to do so and without notice to or demand on Mortgagor and without releasing Mortgagor from any obligation hereunder, make any payment or do any act required of Mortgagor hereunder in such manner and to such extent as Lender may deem necessary to protect the security hereof. Subject to the rights of tenants, Lender is authorized to enter upon the Property for such purposes, or appear in, defend, or bring any action or proceeding to protect its interest in the Property or to foreclose this Mortgage or collect the Debt, and the actual cost and expense thereof (including reasonable attorneys' fees to the extent permitted by law), with interest as provided in this Section 7.3, shall constitute a portion of the Debt and shall be due and payable to Lender upon demand. All such costs and expenses incurred by Lender in remedying such Event of Default or such failed payment or act or in appearing in, defending, or bringing any such action or proceeding shall bear interest at the Default Rate, for the period after notice from Lender that such cost or expense was incurred to the date of payment to Lender. All such costs and expenses incurred by Lender together with interest thereon calculated at the Default Rate shall be deemed to constitute a portion of the Debt and be secured by this Mortgage and the other Loan Documents and shall be immediately due and payable upon demand by Lender therefor.

Section 7.4 **Actions and Proceedings**. During the continuance of an Event of Default, Lender has the right to appear in and defend any action or proceeding brought with respect to the Property and to bring any action or proceeding, in the name and on behalf of Mortgagor, which Lender, in its discretion, decides should be brought to protect its interest in the Property.

Section 7.5 **Recovery of Sums Required To Be Paid**. Lender shall have the right from time to time to take action to recover any sum or sums which constitute a part of the Debt as the same become due, without regard to whether or not the balance of the Debt shall be due, and without prejudice to the right of Lender thereafter to bring an action of foreclosure, or any other action, for any Event of Default by Mortgagor existing at the time such earlier action was commenced.

Section 7.6 **Examination of Books and Records**. At reasonable times and upon reasonable notice, Lender, its agents, accountants and attorneys shall have the right to examine the records, books, management and other papers of Mortgagor which reflect upon their financial condition, at the Property or at any office regularly maintained by Mortgagor where the

books and records are located. Lender and its agents shall have the right to make copies and extracts from the foregoing records and other papers. In addition, at reasonable times and upon reasonable notice, Lender, its agents, accountants and attorneys shall have the right to examine and audit the books and records of Mortgagor pertaining to the income, expenses and operation of the Property during reasonable business hours at any office of Mortgagor where the books and records are located. This Section 7.6 shall apply throughout the term of the Note and without regard to whether an Event of Default has occurred or is continuing.

**Section 7.7    Other Rights, Etc.** (a) The failure of Lender to insist upon strict performance of any term hereof shall not be deemed to be a waiver of any term of this Mortgage. Mortgagor shall not be relieved of Mortgagor's obligations hereunder by reason of (i) the failure of Lender to comply with any request of Mortgagor or any guarantor or any indemnitor with respect to the Loan to take any action to foreclose this Mortgage or otherwise enforce any of the provisions hereof or of the Note or the other Loan Documents, (ii) the release, regardless of consideration, of the whole or any part of the Property, or of any person liable for the Debt or any portion thereof, or (iii) any agreement or stipulation by Lender extending the time of payment or otherwise modifying or supplementing the terms of the Note, this Mortgage or the other Loan Documents.

(b)    It is agreed that the risk of loss or damage to the Property is on Mortgagor, and Lender shall have no liability whatsoever for decline in value of the Property, for failure to maintain the Policies, or for failure to determine whether insurance in force is adequate as to the amount of risks insured. Possession by Lender shall not be deemed an election of judicial relief if any such possession is requested or obtained with respect to any Property or collateral not in Lender's possession.

(c)    Lender may resort for the payment of the Debt to any other security held by Lender in such order and manner as Lender, in its discretion, may elect. Lender may take action to recover the Debt, or any portion thereof, or to enforce any covenant hereof without prejudice to the right of Lender thereafter to foreclose this Mortgage. The rights of Lender under this Mortgage shall be separate, distinct and cumulative and none shall be given effect to the exclusion of the others. No act of Lender shall be construed as an election to proceed under any one provision herein to the exclusion of any other provision. Lender shall not be limited exclusively to the rights and remedies herein stated but shall be entitled to every right and remedy now or hereafter afforded at law or in equity.

**Section 7.8    Right to Release Any Portion of the Property.** Lender may in exercising any remedies under this Mortgage or any other Loan Document, release any portion of the Property for such consideration as Lender may require without, as to the remainder of the Property, in any way impairing or affecting the lien or priority of this Mortgage, or improving the position of any subordinate lienholder with respect thereto, except to the extent that the obligations hereunder shall have been reduced by the actual monetary consideration, if any, received by Lender for such release, and may accept by assignment, pledge or otherwise any other property in place thereof as Lender may require without being accountable for so doing to any other lienholder. This Mortgage shall continue as a lien and security interest in the remaining portion of the Property.

FILED DATE: 10/16/2023 2:35 PM     2023CH06480

**Section 7.9     Violation of Laws**.  If the Property is not in material compliance with Legal Requirements and such non-compliance results in an Event of Default, Lender may impose additional requirements upon Mortgagor in connection herewith to ensure compliance, including, without limitation, monetary reserves or financial equivalents.

**Section 7.10     Recourse and Choice of Remedies**.  Notwithstanding any other provision of this Mortgage or the Loan Agreement, including, without limitation, Section 9.3 of the Loan Agreement, to the fullest extent permitted by applicable law, Lender and other Indemnified Parties (as hereinafter defined) are entitled to enforce the obligations of Mortgagor contained in Sections 9.1, 9.2 and 9.3 herein and Section 9.3 of the Loan Agreement without first resorting to or exhausting any security or collateral and without first having recourse to the Note or any of the Property, through foreclosure or acceptance of a deed in lieu of foreclosure or otherwise, and in the event Lender commences a foreclosure action against the Property, Lender is entitled to pursue a deficiency judgment with respect to such obligations against Mortgagor. The provisions of Sections 9.1, 9.2 and 9.3 herein and Section 9.3 of the Loan Agreement are exceptions to any non-recourse or exculpation provisions in the Loan Agreement, the Note, this Mortgage or the other Loan Documents, and Mortgagor is fully and personally liable for the obligations pursuant to Sections 9.1, 9.2 and 9.3 herein and Section 9.3 of the Loan Agreement. The liability of Mortgagor pursuant to Sections 9.1, 9.2 and 9.3 herein and Section 9.3 of the Loan Agreement is not limited to the original principal amount of the Note.  Notwithstanding the foregoing, nothing herein shall inhibit or prevent Lender from foreclosing or exercising any other rights and remedies pursuant to the Loan Agreement, the Note, this Mortgage and the other Loan Documents, whether simultaneously with foreclosure proceedings or in any other sequence.  A separate action or actions may be brought and prosecuted against Mortgagor pursuant to Sections 9.1, 9.2 and 9.3 herein and Section 9.3 of the Loan Agreement whether or not action is brought against any other Person or whether or not any other Person is joined in the action or actions.  In addition, Lender shall have the right but not the obligation to join and participate in, as a party if it so elects, any administrative or judicial proceedings or actions initiated in connection with any matter addressed in Article 9 herein.

**Section 7.11     Right of Entry**.  Upon reasonable notice to Mortgagor, Lender and its agents shall have the right to enter and inspect the Property at all reasonable times.

## ARTICLE VIII - PREPAYMENT

**Section 8.1     Prepayment**.  The Debt may not be prepaid in whole or in part except in accordance with the express terms and conditions of the Loan Agreement.

## ARTICLE IX - INDEMNIFICATION

**Section 9.1     General Indemnification**.  Mortgagor shall, at its sole cost and expense, protect (with legal counsel reasonably acceptable to Lender), defend, indemnify, release and hold harmless the Indemnified Parties from and against any and all claims, suits, liabilities, actions, proceedings, obligations, debts, damages (except for damages caused by the gross negligence or willful misconduct of Lender), actual, out-of-pocket losses, costs, expenses, diminutions in value, fines, penalties, charges, fees, expenses, judgments, awards, amounts paid

in settlement, punitive damages, foreseeable and unforeseeable consequential damages, of whatever kind or nature (including but not limited to reasonable attorneys' fees and other costs of defense) (collectively, the "**Losses**") actually imposed upon or incurred by or asserted against any Indemnified Parties and directly or indirectly arising out of or in any way relating to any one or more of the following: (a) ownership of this Mortgage, the Property or any interest therein or receipt of any Rents; (b) any amendment to, or restructuring of, the Debt, the Note, the Loan Agreement, this Mortgage, or any other Loan Documents; (c) any and all lawful action that may be taken by Lender in connection with the enforcement of the provisions of this Mortgage, the Loan Agreement, the Note or any of the other Loan Documents, whether or not suit is filed in connection with same, or in connection with Mortgagor, any guarantor or any indemnitor and/or any partner, joint venturer or shareholder thereof becoming a party to a voluntary or involuntary federal or state bankruptcy, insolvency or similar proceeding; (d) any accident, injury to or death of persons or loss of or damage to property occurring in, on or about the Property or any part thereof or on the adjoining sidewalks, curbs, adjacent property or adjacent parking areas, streets or ways; (e) any use, nonuse or condition in, on or about the Property or any part thereof or on the adjoining sidewalks, curbs, adjacent property or adjacent parking areas, streets or ways; (f) any failure on the part of Mortgagor to perform or be in compliance with any of the terms of this Mortgage, the Note, the Loan Agreement or any of the other Loan Documents; (g) performance of any labor or services or the furnishing of any materials or other property in respect of the Property or any part thereof; (h) the failure of any person to file timely with the Internal Revenue Service an accurate Form 1099-B, Statement for Recipients of Proceeds from Real Estate, Broker and Barter Exchange Transactions, which may be required in connection with this Mortgage, or to supply a copy thereof in a timely fashion to the recipient of the proceeds of the transaction in connection with which this Mortgage is made; (i) any failure of the Property to be in compliance with any Legal Requirements; (j) the enforcement by any Indemnified Party of the provisions of this Article 9; (k) any and all claims and demands whatsoever which may be asserted against Lender by reason of any alleged obligations or undertakings on its part to perform or discharge any of the terms, covenants, or agreements contained in any Lease; except, in each case of the foregoing cases, resulting from the Indemnified Party's gross negligence, illegal acts, fraud or willful misconduct; (l) the payment of any commission, charge or brokerage fee to anyone claiming through Mortgagor which may be payable in connection with the funding of the Loan; or (m) any material misrepresentation made by Mortgagor in this Mortgage or any other Loan Document. Any amounts payable to Lender by reason of the application of this Section 9.1 shall become immediately due and payable and shall bear interest at the Default Rate from the date loss or damage is sustained by Lender until paid.

**Section 9.2    Mortgage and/or Intangible Tax.**  Mortgagor shall, at its sole cost and expense, protect, defend, indemnify, release and hold harmless the Indemnified Parties from and against any and all Losses actually imposed upon or incurred by or asserted against any Indemnified Parties and directly or indirectly arising out of or in any way relating to any tax on the making and/or recording of this Mortgage, the Note or any of the other Loan Documents, but excluding any income, franchise or other similar taxes. Mortgagor hereby agrees that, in the event that it is determined that any documentary stamp taxes or intangible personal property taxes are due hereon or on any mortgage or promissory note executed in connection herewith (including, without limitation, the Note), Mortgagor shall indemnify and hold harmless the

FILED DATE: 10/26/2023 2:33 PM   2023CH06480

Indemnified Parties for all such documentary stamp and/or intangible taxes, including all penalties and interest assessed or charged in connection therewith.

**Section 9.3     ERISA Indemnification.**   Mortgagor shall, at its sole cost and expense, protect, defend, indemnify, release and hold harmless the Indemnified Parties from and against any and all Losses (including, without limitation, reasonable attorneys' fees and costs actually incurred in the investigation, defense, and settlement of Losses incurred in correcting any prohibited transaction or in the sale of a prohibited loan, and in obtaining any individual prohibited transaction exemption under ERISA that may be required, in Lender's sole discretion) that Lender may incur, directly or indirectly, as a result of a breach of any of the representations made under Section 4.1.9 of the Loan Agreement or a breach of any negative covenants contained in Section 5.2.9 of the Loan Agreement.

**Section 9.4     Duty to Defend; Attorneys' Fees and Other Fees and Expenses**. Upon written request by any Indemnified Party, Mortgagor shall defend such Indemnified Party (if requested by any Indemnified Party, in the name of the Indemnified Party) by attorneys and other professionals reasonably approved by the Indemnified Parties.    Notwithstanding the foregoing, if the defendants in any such claim or proceeding include both Mortgagor and any Indemnified Party and Mortgagor and such Indemnified Party shall have reasonably concluded that there are any legal defenses available to Mortgagor and/or other Indemnified Parties that are different from or additional to those available to Mortgagor, such Indemnified Party shall have the right to select separate counsel to assert such legal defenses and to otherwise participate in the defense of such action on behalf of such Indemnified Party, provided that no compromise or settlement shall be entered without Mortgagor's consent, which consent shall not be unreasonably withheld.   Within five (5) days after receipt of written demand, Mortgagor shall pay or, in the sole and absolute discretion of the Indemnified Parties, reimburse, the Indemnified Parties for the payment of reasonable fees and disbursements of third-party attorneys, engineers, environmental consultants, laboratories and other professionals in connection therewith.

**Section 9.5     Environmental Indemnity.**   Simultaneously with this Mortgage, Borrower and Guarantor have executed that certain Environmental Indemnity.  The obligations of Borrower and Guarantor under the Environmental Indemnity are not part of the Debt and are not secured by this Mortgage.

## ARTICLE X - WAIVERS

**Section 10.1     Waiver of Counterclaim.**   To the extent permitted by applicable law, Mortgagor hereby waives the right to assert a counterclaim, other than a mandatory or compulsory counterclaim, in any action or proceeding brought against it by Lender arising out of or in any way connected with this Mortgage, the Loan Agreement, the Note, any of the other Loan Documents, or the Obligations.

**Section 10.2     Marshalling and Other Matters**.   To the extent permitted by applicable law, Mortgagor hereby waives the benefit of all appraisement, valuation, stay, extension, reinstatement and redemption laws now or hereafter in force and all rights of marshalling in the event of any sale hereunder of the Property or any part thereof or any interest therein.  Further, Mortgagor hereby expressly waives any and all rights of redemption from sale

under any order or decree of foreclosure of this Mortgage on behalf of Mortgagor, and on behalf of each and every person acquiring any interest in or title to the Property subsequent to the date of this Mortgage and on behalf of all persons to the extent permitted by applicable law.

**Section 10.3    Waiver of Notice**.    To the extent permitted by applicable law, Mortgagor shall not be entitled to any notices of any nature whatsoever from Lender except with respect to matters for which this Mortgage specifically and expressly provides for the giving of notice by Lender to Mortgagor and except with respect to matters for which Lender is required by applicable law to give notice, and Mortgagor hereby expressly waives the right to receive any notice from Lender with respect to any matter for which this Mortgage does not specifically and expressly provide for the giving of notice by Lender to Mortgagor.

**Section 10.4    Waiver of Statute of Limitations**.    To the extent permitted by applicable law, Mortgagor hereby expressly waives and releases to the fullest extent permitted by law, the pleading of any statute of limitations as a defense to payment of the Debt or performance of its Other Obligations.

**Section 10.5    Survival**.  The indemnifications made pursuant to Sections 9.1, 9.2 and 9.3 herein shall continue indefinitely in full force and effect and shall survive and shall in no way be impaired by any of the following:  any satisfaction or other termination of this Mortgage, any assignment or other transfer of all or any portion of this Mortgage or Lender's interest in the Property (but, in such case, shall benefit both Indemnified Parties and any assignee or transferee), any exercise of Lender's rights and remedies pursuant hereto including, but not limited to, foreclosure or acceptance of a deed in lieu of foreclosure, any exercise of any rights and remedies pursuant to the Loan Agreement, the Note or any of the other Loan Documents, any transfer of all or any portion of the Property (whether by Mortgagor or by Lender following foreclosure or acceptance of a deed in lieu of foreclosure or at any other time), any amendment to this Mortgage, the Loan Agreement, the Note or the other Loan Documents, and any act or omission that might otherwise be construed as a release or discharge of Mortgagor from the obligations pursuant hereto (except as may be expressly set forth in such amendment).

## ARTICLE XI - EXCULPATION

The provisions of Section 9.3 of the Loan Agreement are hereby incorporated by reference into this Mortgage to the same extent and with the same force as if fully set forth herein.

## ARTICLE XII - NOTICES

All notices, demands or other written communications hereunder shall be delivered in accordance with Section 10.6 of the Loan Agreement.

## ARTICLE XIII - APPLICABLE LAW

**Section 13.1    Governing Law**.  This Mortgage shall be governed in accordance with the terms and provisions of Section 10.3 of the Loan Agreement.

FILED DATE: 7/26/2023 2:35 PM    2023CH06880

FILED DATE: 7/26/2020 2:35 PM  2020CH06480

**Section 13.2    Usury Laws**. Notwithstanding anything to the contrary contained herein, (a) all agreements and communications between Mortgagor and Lender are hereby and shall automatically be limited so that, after taking into account all amounts deemed interest, the interest contracted for, charged or received by Lender pursuant to the Loan Documents shall never exceed the maximum lawful rate or amount, (b) in calculating whether any interest exceeds the lawful maximum, all such interest shall be amortized, prorated, allocated and spread over the full amount and term of all principal indebtedness of Mortgagor to Lender, and (c) if through any contingency or event, Lender receives or is deemed to receive interest in excess of the lawful maximum, any such excess shall be deemed to have been applied toward payment of the principal of any and all then outstanding indebtedness of Mortgagor to Lender, or if there is no such indebtedness, shall immediately be returned to Mortgagor..

**Section 13.3    Provisions Subject to Applicable Law**. All rights, powers and remedies provided in this Mortgage may be exercised only to the extent that the exercise thereof does not violate any applicable provisions of law and are intended to be limited to the extent necessary so that they will not render this Mortgage invalid, unenforceable or not entitled to be recorded, registered or filed under the provisions of any applicable law. If any term of this Mortgage or any application thereof shall be invalid or unenforceable, the remainder of this Mortgage and any other application of the term shall not be affected thereby. In the event of a conflict between the Mortgage and the Loan Agreement, the terms of the Loan Agreement shall govern.

## ARTICLE XIV - DEFINITIONS

All capitalized terms not defined herein shall have the respective meanings set forth in the Loan Agreement. Unless the context clearly indicates a contrary intent or unless otherwise specifically provided herein, words used in this Mortgage may be used interchangeably in singular or plural form and the word "**Mortgagor**" shall mean "each Mortgagor and any subsequent owner or owners of the Property or any part thereof or any interest therein," the word "**Borrower**" shall be deemed to refer to Borrower, and the successors and assigns of Borrower, the term "**Operating Lessee**" shall be deemed to Operating Lessee, and to include the successors and assigns of Operating Lessee, the word "**Lender**" shall mean "Lender and any subsequent holder of the Note," the word "**Note**" shall mean "the Note and any other evidence of indebtedness secured by this Mortgage," the word "**Property**" shall include any portion of the Property and any interest therein, and the phrases "**attorneys' fees**", "**legal fees**" and "**counsel fees**" shall include any and all attorneys', paralegal and law clerk fees and disbursements, including, but not limited to, fees and disbursements at the pre-trial, trial and appellate levels incurred or paid by Lender in protecting its interest in the Property, the Leases, the Operating Lease and the Rents and enforcing its rights hereunder (provided, that, in no event shall Borrower be obligated to reimburse or pay Lender for the allocated costs of Lender's internal services)..

## ARTICLE XV - MISCELLANEOUS PROVISIONS

**Section 15.1    No Oral Change**. This Mortgage, and any provisions hereof, may not be modified, amended, waived, extended, changed, discharged or terminated orally or by any

FILED DATE: 10/26/2020 2:35 PM   2020CH06080

act or failure to act on the part of Mortgagor or Lender, but only by an agreement in writing signed by the party against whom enforcement of any modification, amendment, waiver, extension, change, discharge or termination is sought.

**Section 15.2   Successors and Assigns**.  This Mortgage shall be binding upon and inure to the benefit of Mortgagor and Lender and their respective successors and assigns forever.

**Section 15.3   Inapplicable Provisions**.  If any term, covenant or condition of the Loan Agreement, the Note or this Mortgage is held to be invalid, illegal or unenforceable in any respect, the Loan Agreement, the Note and this Mortgage shall be construed without such provision.

**Section 15.4   Headings, Etc.**  The headings and captions of various Sections of this Mortgage are for convenience of reference only and are not to be construed as defining or limiting, in any way, the scope or intent of the provisions hereof.

**Section 15.5   Number and Gender**.  Whenever the context may require, any pronouns used herein shall include the corresponding masculine, feminine or neuter forms, and the singular form of nouns and pronouns shall include the plural and vice versa.

**Section 15.6   Subrogation**.  If any or all of the proceeds of the Note have been used to extinguish, extend or renew any indebtedness heretofore existing against the Property, then, to the extent of the funds so used and to the extent permitted by applicable law, Lender shall be subrogated to all of the rights, claims, liens, titles, and interests existing against the Property heretofore held by, or in favor of, the holder of such indebtedness and such former rights, claims, liens, titles, and interests, if any, are not waived but rather are continued in full force and effect in favor of Lender and are merged with the lien and security interest created herein as cumulative security for the repayment of the Debt, the performance and discharge of Mortgagor's obligations hereunder, under the Loan Agreement, the Note and the other Loan Documents and the performance and discharge of the Other Obligations.

**Section 15.7   Entire Agreement**.  The Note, the Loan Agreement, this Mortgage and the other Loan Documents constitute the entire understanding and agreement between Mortgagor and Lender with respect to the transactions arising in connection with the Debt and supersede all prior written or oral understandings and agreements between Mortgagor and Lender with respect thereto.  Mortgagor hereby acknowledges that, except as incorporated in writing in the Note, the Loan Agreement, this Mortgage and the other Loan Documents, there are not, and were not, and no persons are or were authorized by Lender to make, any representations, understandings, stipulations, agreements or promises, oral or written, with respect to the transaction which is the subject of the Note, the Loan Agreement, this Mortgage and the other Loan Documents.

**Section 15.8   Limitation on Lender's Responsibility**.  No provision of this Mortgage shall operate to place any obligation or liability for the control, care, management or repair of the Property upon Lender, nor shall it operate to make Lender responsible or liable for any waste committed on the Property by the tenants or any other Person, or for any dangerous or

defective condition of the Property, or for any negligence in the management, upkeep, repair or control of the Property resulting in loss or injury or death to any tenant, licensee, employee or stranger.  Nothing herein contained shall be construed as constituting Lender a "mortgagee in possession."

## ARTICLE XVI - STATE-SPECIFIC PROVISIONS

**Section 16.1    Principles of Construction**.  In the event of any inconsistencies between the terms and conditions of this Article 16 and the terms and conditions of this Mortgage, the terms and conditions of this Article 16 shall control and be binding.

**Section 16.2    Illinois Mortgage Foreclosure Law**.

(a)    The law applicable to any foreclosure of this instrument shall be the Illinois Mortgage Foreclosure Law, Illinois Compiled Statutes, Chapter 735, Act 5, Section 15-1101, et seq., as from time to time amended (the "**Act**").

(b)    In the event that any provision in this Mortgage shall be inconsistent with any provision of the Act, the provisions of the Act shall take precedence over the provisions of this Mortgage, but shall not invalidate or render unenforceable any other provision of this Mortgage that can be construed in a manner consistent with the Act.

(c)    Lender shall have the benefit of all of the provisions of the Act, including all amendments thereto which may become effective from time to time after the date hereof.  In the event any provision of the Act which is specifically referred to herein may be repealed, to the maximum extent permitted by law, Lender shall have the benefit of such provision as most recently existing prior to such repeal, as though the same were incorporated herein by express reference.  If any provision of this Mortgage shall grant to Lender any rights or remedies upon the occurrence and during the continuation of an Event of Default which are more limited than the rights that would otherwise be vested in Lender under the Act in the absence of said provision, Lender shall be vested with the rights granted in the Act to the full extent permitted by law.

(d)    Without limiting the generality of the foregoing, all expenses incurred by Lender upon the occurrence and during the continuation of an Event of Default to the extent reimbursable under Sections 15-1510 and 15-1512 of the Act, whether incurred before or after any decree or judgment of foreclosure, and whether or not enumerated in this Mortgage, shall be added to the Debt.

(e)    Mortgagor acknowledges that the transaction of which the Mortgagor is a part is a transaction which does not include either agricultural real estate (as defined in Section 15-1201 of the Act) or residential real estate (as defined in Section 15-1219 of the Act), and upon the occurrence and during the continuation of an Event of Default to the full extent permitted by law, hereby voluntarily and knowingly waives its rights to reinstatement and redemption to the extent allowed under Section 15-1601(b) of the Act, and to the full extent permitted by law, the benefits of all present and future valuation, appraisement, homestead, exemption, stay, redemption and moratorium laws under any state or federal law.

**Section 16.3**    **Mortgagor Waivers**.

(a)       Except to the extent contrary to law, Mortgagor agrees, to the fullest extent that Mortgagor may lawfully so agree, that upon the occurrence and during the continuation of an Event of Default, Mortgagor will not at any time insist upon or plead or in any manner whatsoever claim the benefit of any valuation, stay, extension, or exemption law now or hereafter in force, in order to prevent or hinder the enforcement or foreclosure of this Mortgage or the absolute sale of the Property or the possession thereof by any purchaser at any sale made pursuant to any provision hereof, or pursuant to the decree of any court of competent jurisdiction; but Mortgagor, for Mortgagor and all who may claim through or under Mortgagor, so far as Mortgagor or those claiming through or under Mortgagor now or hereafter lawfully may, hereby waives upon the occurrence and during the continuation of an Event of Default the benefit of all such laws. Mortgagor, to the extent Mortgagor may lawfully do so, hereby waives upon the occurrence and during the continuation of an Event of Default any and all right to have the Property marshalled upon any foreclosure of this Mortgage, or sold in inverse order of alienation, and agrees that Lender or any court having jurisdiction to foreclose this Mortgage may sell the Property as an entirety. If any law now or hereafter in force referred to in this paragraph of which Mortgagor or Mortgagor's successor or successors might take advantage despite the provisions hereof, shall hereafter be repealed or cease to be in force, such law shall not thereafter be deemed to constitute any part of the contract herein contained or to preclude the operation or application of the provisions of this paragraph.

(b)       In the event of the commencement of judicial proceedings to foreclose this Mortgage, Mortgagor, on behalf of Mortgagor, its successors and assigns, and each and every person or entity they may legally bind acquiring any interest in or title to the Property subsequent to the date of this Mortgage: (a) expressly waives any and all rights of appraisement, valuation, stay, extension and (to the extent permitted by law) reinstatement and redemption from sale under any order or decree of foreclosure of this Mortgage; and (b) to the extent permitted by applicable law, agrees that when sale is had under any decree of foreclosure of this Mortgage, upon confirmation of such sale, the officer making such sale, or his successor in office, shall be and is authorized immediately to execute and deliver to any purchaser at such sale a deed conveying the Property, showing the amount paid therefor, or if purchased by the person in whose favor the order or decree is entered, the amount of his bid therefor.

**Section 16.4**    **Maximum Amount Secured**.    The maximum indebtedness secured by this Mortgage shall not exceed $666,400,000.00.

**Section 16.5**    **Business Loan**. Mortgagor covenants and agrees that (i) all of the proceeds of the Loan secured by this Mortgage will be used solely for business purposes and in furtherance of the regular business affairs of Mortgagor, (ii) the entire principal obligation secured hereby constitutes: (A) a "business loan," as that term is used in, and for all purposes of, the Illinois Interest Act, 815 ILCS 205/0.01, et seq., including Section 4(1)(c) thereof; and (B) a "loan secured by a mortgage on real estate" within the purview and operation of Section 205/4(1)(l) thereof, and (iii) the indebtedness secured hereby is an exempted transaction under the Truth-In-Lending Act, 15 U.S.C. Section 1601, et seq. and has been entered into solely for business purposes of Mortgagor and for Mortgagor's investment or profit, as contemplated by said section.

**Section 16.6** **Variable Rate; Additional Interest**.  This Mortgage secures the full and timely payment of the Obligations, including, among other things, the obligation to pay interest on the unpaid principal balance at a variable rate of interest to the extent provided in the Loan Agreement.

**Section 16.7** **Protective Advances**.  All advances, disbursements and expenditures made by Lender in accordance with the terms of this Mortgage and the other Loan Documents, either before and during a foreclosure of this Mortgage, and before and after judgment of foreclosure therein, and at any time prior to sale of the Property, and, where applicable, after sale of the Property, and during the pendency of any related proceedings, in addition to those otherwise authorized by the Act, shall have the benefit of all applicable provisions of the Act.

**Section 16.8** **Collateral Protection Act**.  Unless Mortgagor provides Lender with evidence of the insurance required by this Mortgage or any other Loan Document, Lender may purchase insurance at Mortgagor's expense to protect Lender's interest in the Property or any other collateral for the indebtedness secured hereby.  This insurance may, but need not, protect Mortgagor's interests.  The coverage Lender purchases may not pay any claim that Mortgagor makes or any claim that is made against Mortgagor in connection with the Property or any other collateral for the indebtedness secured hereby.  Mortgagor may later cancel any insurance purchased by Lender, but only after providing Lender with evidence that Mortgagor has obtained insurance as required under this Mortgage or any other Loan Document.  If Lender purchases insurance for the Property or any other collateral for the indebtedness secured hereby, Mortgagor shall be responsible for the costs of that insurance, including the insurance premiums, interest and any other charges that Lender may lawfully impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance.  The costs of the insurance may be added to the indebtedness secured hereby.  The costs of the insurance may be more than the cost of insurance that Mortgagor may be able to obtain on its own.

**Section 16.9** **Fixture Filing**.  This Mortgage also constitutes a "fixture filing" pursuant to Section 9-502 of the Illinois Uniform Commercial Code, 810 ILCS 5/1-101, *et. seq.* and shall be filed in the real estate records of the applicable county's real estate records office.

(a)     Name of Debtor: Thor Palmer House Hotel & Shops LLC and Thor Palmer House Hotel LLC

Debtors' mailing address:  As set forth in the introductory paragraph hereof

Debtor's Organizational ID:  397-7260 and 397-7263

Address of the property:  Set forth on Exhibit A

Name of Secured Party:  JPMorgan Chase Bank, National Association.

Address of Secured Party:  As set forth in the introductory paragraph hereof.

(b)    This financing statement covers the Mortgaged Property and/or the Collateral, and any proceeds or products of such Mortgaged Property and/or Collateral.

(c)    Some of the above goods are or are to become fixtures on the Real Estate described herein.  Mortgagor is the record owner of the Real Estate described herein upon which the foregoing fixtures and other items and types of property are located set forth on Exhibit A.

Section 16.10 **Receiver**.    In addition to any provision of this Mortgage authorizing Lender to take or be placed in possession of the Property, or for the appointment of a receiver, Lender shall have the right, in accordance with Sections 15-1701 and 15-1702 of the Act, to be placed in the possession of the Property or at its request to have a receiver appointed, and such receiver, or Lender, if and when placed in possession, shall have, in addition to any other powers provided in this Mortgage, all rights, powers, immunities, and duties and provisions for in Sections 15-1701 and 15-1703 of the Act.

Section 16.11 **Illinois Amendments**.    The first line of Section 7.1(b) is deleted and substituted in lieu thereof is the following:    "(b) institute judicial proceedings for the complete foreclosure of."

**[NO FURTHER TEXT ON THIS PAGE]**

FILED DATE: 7/26/2023 2:35 PM     2023CH06360

IN WITNESS WHEREOF, this Mortgage has been executed by Mortgagor as of the day and year first above written.

THOR PALMER HOUSE HOTEL & SHOPS LLC, a Delaware limited liability company

By:_____
Name: Morris Missry
Title: Vice President


THOR PALMER HOUSE HOTEL LLC, a Delaware limited liability company

By:_____
Name: Morris Missry
Title: Vice President

FILED DATE: 10/26/2020 2:25 PM    2020CH06360

ACKNOWLEDGMENT

STATE OF NEW YORK    )
                         )  ss.:
COUNTY OF NEW YORK  )

On this, the 5th day of May, 2018, before me, the undersigned, personally appeared Morris Missry, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____

(signature and office of individual taking acknowledgment)

> MIA STEVENS-MEYERS
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02ST6113352
> Qualified in New York County
> Commission Expires 7/26/2020

ACKNOWLEDGMENT

STATE OF NEW YORK    )
                         )  ss.:
COUNTY OF NEW YORK  )

On this, the 5th day of May, 2018, before me, the undersigned, personally appeared Morris Missry, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____

(signature and office of individual taking acknowledgment)

> MIA STEVENS-MEYERS
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02ST6113352
> Qualified in New York County
> Commission Expires 7/26/2020

PARCEL 1:

BASEMENT 3

HOTEL PARCEL A

UPPER LIMIT -9.67 FEET NO LOWER LIMIT

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 WEST NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE ENTIRE HORIZONTAL BOUNDARY OF SAID TRACT PROJECTED VERTICALLY, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 2 HOTEL PARCEL B

FILED DATE: 10/26/2020 1:23 PM    2020CH06680

UPPER LIMIT 1.15 FEET LOWER LIMIT -9.67 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST
LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE
SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A
POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE
EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE
SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST
LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES
SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST
PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID
LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES
TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH
00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET;
THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27"
EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET;
THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE
PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL LYING BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY
DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF
-9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE ENTIRE HORIZONTAL
BOUNDARY OF SAID TRACT PROJECTED VERTICALLY, EXCEPT THAT PART
DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF
SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID
TRACT, 136.85 FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST,
34.33 FEET; THENCE SOUTH 00°00'00" EAST, 18.19 FEET; THENCE NORTH 90°00'00"
WEST, 34.35 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03"
EAST ALONG SAID WEST LINE, 18.19 FEET TO THE POINT OF BEGINNING; ALSO

FILED DATE: 7/26/2023 2:35 PM   2023CH06860

EXCEPT THAT PART LYING WITHIN SAID TRACT LYING BELOW THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY DATUM AND
LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET
CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF
SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH
00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 128.41 FEET; THENCE
SOUTH 89° 55' 57" EAST 91.25 FEET TO THE POINT OF BEGINNING: THENCE NORTH
90°00'00" EAST, 7.27 FEET; THENCE SOUTH 00°00'00" EAST, 17.11 FEET; THENCE
NORTH 90°00'00" WEST, 7.27 FEET TO THE; THENCE NORTH 00°00'00" EAST 17.11
FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL C

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH

SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST
CORNER OF SAID TRACT, THENCE NORTH 00°04'03" WEST ALONG THE WEST LINE
OF SAID TRACT, 89.81 FEET, THENCE SOUTH 89° 55'57" EAST, 110.73 FEET TO THE
POINT OF BEGINNING: THENCE NORTH 00°03'51" EAST, 9.08 FEET; THENCE SOUTH
89°56'10" EAST, 3.91 FEET; THENCE SOUTH 00°03'51" WEST, 9.08 FEET; THENCE
NORTH 89°56'06" WEST, 3.91 FEET TO THE POINT OF BEGINNING, IN SAID COOK
COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL D

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE

NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 97.90 FEET, THENCE SOUTH 00° 17'29" EAST, 39.99 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 12.16 FEET; THENCE SOUTH 00°03'50" WEST, 5.91 FEET; THENCE SOUTH 89°56'10" EAST, 2.75 FEET; THENCE SOUTH 00°03'50" WEST, 4.15 FEET; THENCE NORTH 89°56'10" WEST, 2.75 FEET; THENCE SOUTH 00°03'50" WEST, 11.16 FEET; THENCE NORTH 89°56'10" WEST, 9.31 FEET; THENCE NORTH 00°03'50" EAST, 9.40 FEET; THENCE NORTH 89°56'10" WEST, 4.68 FEET; THENCE NORTH 00°03'50" EAST, 7.03 FEET; THENCE SOUTH 89°56'10" EAST, 1.83 FEET; THENCE NORTH 00°03'50" EAST, 4.79 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL E

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK

19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27"  EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 151.73 FEET, THENCE SOUTH 00° 17'29" EAST, 54.62 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 5.67 FEET; THENCE SOUTH 00°03'50" WEST, 21.12 FEET; THENCE SOUTH 89°56'10" EAST, 11.99 FEET; THENCE SOUTH 00°03'50" WEST, 6.81 FEET; THENCE NORTH 89°56'10" WEST, 17.66 FEET; THENCE NORTH 00°03'50" EAST, 27.93 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL F

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,

TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 190.01 FEET, THENCE SOUTH 00°17'29" EAST, 76.94 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 10.96 FEET; THENCE SOUTH 00°03'50" WEST, 8.38 FEET; THENCE NORTH 81°01'51" WEST, 11.10 FEET; THENCE NORTH 00°03'50" EAST, 6.66 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL G

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN

QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 249.17 FEET, THENCE SOUTH 00° 00'27" WEST, 20.40 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 00°00'27"  EAST, 12.77 FEET; THENCE NORTH 89°59'33" WEST, 10.54 FEET; THENCE NORTH 00°03'50" EAST, 12.77 FEET; THENCE SOUTH 89°59'33" EAST, 10.53 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL H

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH

FILED DATE: 7/26/2023 2:35 PM    2023CH06860

FILED DATE: 7/26/2023 2:23 PM     2028CH06860

LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00' 27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 232.49 FEET, THENCE SOUTH 00° 17'29" EAST, 78.15 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 00°03'50" WEST, 4.19 FEET; THENCE NORTH 89°56'10" WEST, 1.18 FEET; THENCE SOUTH 00°03'50" WEST, 21.16 FEET; THENCE NORTH 89°56'10" WEST, 2.71 FEET; THENCE SOUTH 00°03'50" WEST, 1.06 FEET; THENCE NORTH 89°56'10" WEST, 4.38 FEET; THENCE NORTH 00°03'50" EAST, 1.06 FEET; THENCE NORTH 89°56'10" WEST, 6.08 FEET; THENCE NORTH 00°03'50" EAST, 10.33 FEET; THENCE SOUTH 89°56'10" EAST, 3.78 FEET; THENCE NORTH 00°03'50" EAST, 13.85 FEET; THENCE SOUTH 89°56'10" EAST, 3.70 FEET; THENCE NORTH 00°03'50" EAST, 1.17 FEET; THENCE SOUTH 89°56'10" EAST, 6.87 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL I

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF

THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE OF SAID TRACT, 163.04 FEET; THENCE NORTH 89° 59'33" WEST, 74.48 FEET; THENCE SOUTH 00°00'27" WEST, 16.03 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°56'10" EAST, 4.09 FEET; THENCE SOUTH 00°03'50" WEST 5.39 FEET; THENCE NORTH 89° 56'10" WEST, 4.09 FEET; THENCE NORTH 00°03'50" EAST, 5.39 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL J

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS; BEGINNING AT
THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST
CORNER OF SAID TRACT, THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN
MOST SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST,
9.90 FEET; THENCE SOUTH 89°32'49" WEST, 64.91 FEET; THENCE NORTH 00°04'03"
EAST, 18.54 FEET; THENCE SOUTH 89°55'57" EAST, 22.96 FEET; THENCE NORTH
00°04'03" EAST, 9.36 FEET; THENCE NORTH 89°55'57" WEST, 23.08 FEET; THENCE
NORTH 00°04'03" EAST, 8.78 FEET; THENCE SOUTH 89°55'57" EAST, 7.31 FEET;
THENCE NORTH 00°04'03" EAST, 18.50 FEET; THENCE SOUTH 89°55'57" EAST, 33.90

FILED DATE: 10/26/2020 12:35 PM     2020CH06860

FILED DATE: 7/26/2023 2:35 PM    2023CH06860

FEET; THENCE NORTH 00°04'03" EAST, 7.27 FEET; THENCE SOUTH 89°55'57" EAST, 99.58 FEET; THENCE NORTH 45°03'50" EAST, 6.82 FEET; THENCE NORTH 00°03'50" EAST, 8.91 FEET; THENCE SOUTH 89°56'10" EAST, 7.88 FEET; THENCE SOUTH 00°03'50" WEST, 11.68 FEET; THENCE SOUTH 44°56'10" EAST, 12.20 FEET; THENCE SOUTH 00°03'50" WEST, 1.87 FEET; THENCE SOUTH 89°55'57" EAST, 42.35 FEET; THENCE SOUTH 00° 04'03" WEST, 18.44 FEET; THENCE SOUTH 89°55'57" EAST, 35.34 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID TRACT, 43.43 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL K

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONOR PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO

FILED DATE: 7/26/2023 2:25 PM    2023CH06880

THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT. LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°27'11" EAST, 18.32 FEET TO THE SOUTH LINE SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE SOUTH LINE OF SAID TRACT, 30.71 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL L

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE

NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 178.17 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'53" EAST, 33.92 FEET; THENCE NORTH 00°04'07" EAST, 0.75 FEET; THENCE SOUTH 89°55'53" EAST, 10.74 FEET; THENCE SOUTH 00°04'07" WEST, 0.75 FEET; THENCE SOUTH 89° 55'53" EAST, 107.73 FEET; THENCE NORTH 00°04'07" EAST, 96.12 FEET; THENCE SOUTH 89°55'53" EAST, 3.64 FEET; THENCE NORTH 00°04'07" EAST, 26.73 FEET; THENCE NORTH 89°55'53" WEST, 3.64 FEET; THENCE NORTH 00°04'07" EAST, 56.27 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 53.86 FEET; THENCE SOUTH 00°04'07" WEST, 58.91 FEET; THENCE SOUTH 89°55'53" EAST, 35.16 FEET; THENCE SOUTH 45°00'00" EAST, 11.07 FEET; THENCE SOUTH 00°00'27" WEST, 53.03 FEET; THENCE NORTH 89°55'53" WEST, 15.39 FEET; THENCE NORTH 00°04'07" EAST, 16.17 FEET; THENCE NORTH 89°55'53" WEST, 12.26 FEET; THENCE NORTH 00°04'07" EAST, 21.74 FEET; THENCE NORTH 89°55'53" WEST, 15.39 FEET; THENCE SOUTH 00°04'07" WEST, 23.51 FEET; THENCE SOUTH 89°55'53" EAST, 2.60 FEET; THENCE SOUTH 00°04'07" WEST' 7.58 FEET; THENCE NORTH 89°55'53" WEST, 2.60 FEET; THENCE SOUTH 00°04'07" WEST, 66.46 FEET; THENCE SOUTH 89°53'12" EAST, 128.31 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 36.87 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE, 137.94 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 64.41 FEET; THENCE NORTH 00°04'07" EAST, 18.05 FEET; THENCE SOUTH 89°55'53" EAST, 21.91 FEET; THENCE NORTH 00°04'07" EAST, 17.47 FEET; THENCE NORTH 89°55'53" WEST, 7.14 FEET; THENCE NORTH 00°04'07" EAST, 0.71 FEET; THENCE NORTH 89°55'53" WEST, 7.92 FEET; THENCE NORTH 00°04'07" EAST, 18.74 FEET; THENCE NORTH 89°55'53" WEST, 77.15 FEET; THENCE NORTH 00°00'00" WEST, 0.50 FEET; THENCE NORTH 89°55'53" WEST, 25.12 FEET TO THE WEST LINE SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 20,00 FEET TO THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 167.71 FEET; THENCE SOUTH 00°17'29" EAST, 83.14 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°53'12" EAST, 5.10 FEET; THENCE NORTH 00°06'48" EAST, 1.25 FEET; THENCE SOUTH 89°53'12" EAST, 11.50 FEET; THENCE SOUTH 00°06'48" WEST,

FILED DATE: 7/26/2023 2:35 PM    2023CH06080

FILED DATE: 7/29/2020 2:25 PM    2020CH06980

1.25 FEET; THENCE SOUTH 89°53'12" EAST, 5.72 FEET; THENCE SOUTH 00°06'48"
WEST, 21.71 FEET; THENCE NORTH 89°53'12" WEST, 0.36 FEET; THENCE SOUTH
00°06'48" WEST, 36.17 FEET; THENCE SOUTH 89°53'12" EAST, 4.42 FEET; THENCE
SOUTH 00° 06'48" WEST, 11.61 FEET; THENCE NORTH 89°53'12" WEST, 4.97 FEET
THENCE SOUTH 00°06'48" WEST, 26.64 FEET; THENCE NORTH 89°53'12" WEST, 20.24
FEET; THENCE NORTH 00°06'48" EAST, 26.45 FEET; THENCE NORTH 89°53'12" WEST,
4.93 FEET; THENCE NORTH 00°06'48" EAST, 11.56 FEET; THENCE SOUTH 89°53'12"
EAST, 3.55 FEET; THENCE NORTH 00°06'48" EAST, 4.92 FEET; THENCE SOUTH
89°53'12" EAST, 2.99 FEET; THENCE NORTH 00°06'48" EAST, 4.79 FEET; THENCE
NORTH 89°53'12" WEST, 2.29 FEET; THENCE NORTH 00° 06'48" EAST, 26.55 FEET;
THENCE NORTH 89°53'12" WEST, 0.50 FEET; THENCE NORTH 00°06'48" EAST, 21.88
FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL M

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH
AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT

FILED DATE: 10/26/2020 2:35 PM   2020CH06080

WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG WEST LINE OF SAID TRACT, 135.54 FEET; THENCE SOUTH 89°55'57" EAST, 100.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 90°00'00" EAST, 12.50 FEET; THENCE SOUTH 00°00'00" EAST, 5.50 FEET; THENCE NORTH 90°00'00" WEST, 3.09 FEET; THENCE SOUTH 00°00'00" WEST, 10.80 FEET; THENCE NORTH 90°00'00" WEST, 9.42 FEET; THENCE NORTH 00°00'00" EAST, 16.30 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL N

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M, OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART

OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL O

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23,1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH

PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 6 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 100.76 FEET, THENCE SOUTH 00° 17'29" EAST, 40.24 FEET TO THE POINT OF BEGINNING, THENCE NORTH 90°00'00" EAST, 11.10 FEET; THENCE SOUTH 00°00'00" WEST, 23.42 FEET; THENCE SOUTH 90°00'00" WEST, 11.10 FEET; THENCE NORTH 00°00'00" EAST, 23.42 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

STREET LEVEL HOTEL PARCEL P

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK

FILED DATE: 10/25/2023 12:35 PM    2023CH06360

19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE. 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY. DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 239.92 FEET TO THE POINT OF BEGINNING, THENCE CONTINUING ALONG SAID NORTH LINE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET; THENCE SOUTH 89°42'31" WEST, 9.25 FEET; THENCE NORTH 00°00'27" EAST, 32.00 FEET TO THE INTERSECTION WITH THE NORTH LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL Q

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH

LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM. DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE OF SAID TRACT, 152.35 FEET TO THE POINT OF BEGINNING; THENCE NORTH 89°55'53" WEST, 9.33 FEET; THENCE SOUTH 00°04'07" WEST, 3.00 FEET; THENCE NORTH 89°55'53" WEST, 8.57 FEET; THENCE SOUTH 00°00'27" WEST, 7.94 FEET; THENCE NORTH 89°59'33" WEST, 19.24 FEET; THENCE NORTH 00°00'27" EAST, 21.61 FEET; THENCE SOUTH 89°59'33" EAST, 37.14 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 10.69 FEET TO THE POINT OF BEGINNING IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL R

UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE

FILED DATE: 10/26/2023 12:35 PM    2023CH06860

INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C, HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 66 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL S

UPPER LIMIT 32.40 LOWER LIMIT 26.12

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

FILED DATE: 10/25/2023 12:35 PM    2023CH06880

HOTEL PARCEL T

UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14
EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING
AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST
ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING;
THENCE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80
FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" " EAST,
25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH

FILED DATE: 7/26/2020 2:35 PM    2020CH06860

89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE
SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00°04'03" EAST, 41.20 FEET;
THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80
FEET; THENCE NORTH 90° 00'00" EAST, 9.15 FEET; THENCE SOUTH 00°00'00" WEST,
11.43 FEET; THENCE SOUTH 89°55'53" EAST, 42.23 FEET; THENCE NORTH 00°04'07"
EAST, 57.12 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89° 42'31"
EAST ALONG SAID NORTH LINE OF SAID TRACT, 53.86 FEET; THENCE SOUTH
00°04'07" WEST, 57.46 FEET; THENCE SOUTH 89°55'53" EAST, 42.98 FEET; THENCE
SOUTH 00°00'27" WEST, 42.39 FEET; THENCE SOUTH. 89°59'33" EAST, 85.20 FEET TO
THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID
EAST LINE OF SAID TRACT, 26.00 FEET; THENCE NORTH 89°59'33" WEST, 37.25
FEET; THENCE SOUTH 00°00'27" WEST, 53.67 FEET; THENCE SOUTH 89°53'12" EAST,
37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST
ALONG SAID EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12"
WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN
MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE
SOUTHERN MOST SOUTH LINE OF SAID TRACT, 137.56 FEET; THENCE NORTH
00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE
NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET;
THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50
FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING
THE POINT OF BEGINNING EXCEPT THAT PART DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°
32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86
FEET; THENCE NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING;
THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40
FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST,
5.40 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT HEREFROM THAT PART DESCRIBED AS FOLLOWS; COMMENCING
AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST
ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET;
THENCE NORTH 00°00'00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE
NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET;
THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85
FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL U

UPPER LIMIT 32.40 LOWER LIMIT 26.12

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF

FILED DATE: 10/25/2020 2:25 PM    2020CH06880

THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 239.92 FEET TO THE POINT OF BEGINNING, THENCE CONTINUING ALONG SAID NORTH LINE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET; THENCE SOUTH 89°42'31" WEST, 9.25 FEET; THENCE NORTH 00°00'27" EAST, 32.00 FEET TO THE INTERSECTION WITH THE NORTH LINE OF SAID TRACT TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL V

UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

FILED DATE: 10/26/2023 12:35 PM   2023CH06860

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23,1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31`" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO
CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG
THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54
FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST
SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE
NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF
BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL W

UPPER LIMIT 33.66 LOWER LIMIT 32.40

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE

FILED DATE: 7/25/2024 2:25 PM    2020CH06860

NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL X

UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3): RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE

SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00°04'03" EAST, 41.20 FEET; THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE NORTH 00°00'00" EAST, 45.43 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 139.08 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 26.00 FEET; THENCE NORTH 89°59'33" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 53.67 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 137.56 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00° 04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00°00'00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT HEREFROM THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00°00'00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL Y

UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET

FILED DATE: 10/25/2023 2:35 PM    2023CH06880

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

FILED DATE: 10/26/2020 12:35 PM    2020CH06860

HOTEL PARCEL Z

UPPER LIMIT 36.00 LOWER LIMIT 33.66

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE

FILED DATE: 10/26/2020 2:25 PM    2020CH06880

NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL AA

UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL

FILED DATE: 7/26/2020 2:35 PM    2020CH06480

PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00° 04'03" EAST, 41.20 FEET; THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE NORTH 00°00'00" EAST, 45.43 FEET; TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 139.08 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 163.04 FEET TO SOUTHEAST CORNER OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING; EXCEPT THAT PART DESCRIBED AS FOLLOWS:  COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00°00'00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00° 00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" WEST, 3.49 FEET; THENCE SOUTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00°00"00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" WEST, 1.90 FEET; THENCE SOUTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AB

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF

FILED DATE: 10/26/2020 2:35 PM   2020CH06860

THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.56 FEET; THENCE SOUTH 89°55'57" EAST, 32.56 FEET; THENCE SOUTH 00°04'03" WEST, 11.44 FEET; THENCE SOUTH 89°55'57" EAST, 57.10 FEET; THENCE NORTH 00°04'03" EAST, 25.05 FEET; THENCE SOUTH 89°55'57" EAST, 12.58 FEET; THENCE NORTH 00°04'03" EAST, 23.23 FEET; THENCE SOUTH 89°55'57" EAST, 2.65 FEET; THENCE NORTH 00° 04'03" EAST, 5.66 FEET; THENCE SOUTH 89°55'57" EAST, 12.79 FEET; THENCE NORTH 00°04'03" EAST, 17.31 FEET; THENCE NORTH 89°48'52" WEST, 3.18 FEET; THENCE NORTH 00°11'08" EAST, 9.40 FEET; THENCE NORTH 89°48'52" WEST, 9.62 FEET; THENCE NORTH 00°04'03" EAST, 32.90 FEET; THENCE NORTH 89°55'57" WEST, 4.14 FEET; THENCE NORTH 00°04'03" EAST, 21.52 FEET; THENCE SOUTH 89°55'57" EAST, 13.74 FEET;

THENCE NORTH 00°04'03" EAST, 10.16 FEET; THENCE SOUTH 89°55'57" EAST, 3.17 FEET; THENCE NORTH 00°04'03" EAST, 22.15 FEET; THENCE NORTH 89°48'52" WEST, 5.73 FEET; THENCE NORTH 00°11'08" EAST, 16.85 FEET; THENCE NORTH 89°48'52" WEST, 11.00 FEET; THENCE NORTH 00°11'08" EAST, 24.18 FEET; THENCE SOUTH 89°48'52" EAST, 9.39 FEET; THENCE NORTH 00°04'03" EAST, 39.61 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 138.78 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 163.04 FEET TO THE SOUTHEAST CORNER OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 159.83 FEET TO THE POINT OF BEGINNING; EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE SOUTH LINE OF SAID TRACT 94.60 FEET; THENCE NORTH 00°00'00" EAST 18.47 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST, 5.35 FEET; THENCE SOUTH 89°55'57" EAST, 8.04 FEET; THENCE NORTH 00°04'03" EAST, 2.99 FEET; THENCE SOUTH 89°55'57" EAST, 14.12 FEET; THENCE SOUTH 00° 04'03" WEST, 8.34 FEET; THENCE NORTH 89°55'57" WEST, 22.16 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AC

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET

NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT 42.63 FEET; THENCE SOUTH 89°55'57" EAST 67.71 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 18.23 FEET; THENCE NORTH 89°48'52" WEST, 4.70 FEET; THENCE NORTH 00°11'08" EAST, 3.73 FEET; THENCE SOUTH 89° 48'52" EAST, 6.78 FEET; THENCE SOUTH 00°11'08" WEST, 21,96 FEET; THENCE NORTH 89°48'52" WEST, 2.08 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AD

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,

FILED DATE: 7/26/2023 2:35 PM    2023CH06860

FILED DATE: 7/26/2023 2:35 PM    2023CH06860

LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT 52.20; THENCE SOUTH 89° 55'57" EAST 41.14 TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.62 FEET; THENCE SOUTH 89°48'52" EAST, 7.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.62 FEET; THENCE NORTH 89°48'52" WEST, 7.20 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AE

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH

FILED DATE: 10/26/2023 12:35 PM    2023CH06880

LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG THE WEST LINE OF SAID TRACT 151.07; THENCE SOUTH 89°55'57" EAST 40.44 TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.15 FEET; THENCE SOUTH 89°48'52" EAST, 5.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.15 FEET; THENCE NORTH 89°48'52" WEST, 5.20 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AF

UPPER LIMIT 49.30 LOWER LIMIT 36.00

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF

AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30,52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

THIRD LEVEL

HOTEL PARCEL AG LOWER LIMIT 49.30

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE

INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST
WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN
ELEVATION OF 49.30 FEET CHICAGO CITY DATUM IN COOK, COUNTY, ILLINOIS.

PARCEL 2:

TOGETHER WITH ALL RIGHTS, TITLE AND INTEREST IN EASEMENTS CREATED BY
RECIPROCAL EASEMENT AND OPERATING AGREEMENT DATED DECEMBER 11,
2006 AND RECORDED DECEMBER 12, 2006, AS DOCUMENT NUMBER 0634644078
AND AS AMENDED BY FIRST AMENDMENT TO RECIPROCAL EASEMENT AND
OPERATING AGREEMENT DATED SEPTEMBER 28, 2012 AND RECORDED OCTOBER
1, 2012 AS DOCUMENT NUMBER 1227510111 BY THOR PALMER HOUSE HOTEL &
SHOPS LLC & THOR PALMER HOUSE OFFICE LLC & THOR PALMER RETAIL LLC.

PARCEL 3:

FILED DATE: 7/26/2023 2:25 PM    2023CH06080

THE ESTATE OR INTEREST IN THE LAND DESCRIBED BELOW AND COVERED
HEREIN IS: A LEASEHOLD ESTATE ( SAID LEASEHOLD ESTATE BEING DEFINED IN
PARAGRAPH 1 C OF THE ALTA LEASEHOLD ENDORSEMENT ATTACHED HERETO),
CREATED BY INSTRUMENT HEREIN REFERRED TO AS THE LEASE, EXECUTED BY
THOR PALMER HOUSE HOTEL & SHOPS LLC, A DELAWARE LIMITED LIABILITY
COMPANY, AS LESSOR  AND THOR PALMER HOUSE HOTEL LLC, A DELAWARE
LIMITED LIABILITY COMPANY AS LESSEE, A MEMORANDUM OF LEASE WAS
RECORDED June 12, 2018 AS DOCUMENT 1816317207 WHICH LEASE DEMISES THE
FOLLOWING DESCRIBED LAND:

PARCEL 1:

BASEMENT 3

HOTEL PARCEL A

UPPER LIMIT -9.67 FEET NO LOWER LIMIT

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH

FILED DATE: 7/26/2023 2:35 PM    2023CH06860

SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE ENTIRE HORIZONTAL BOUNDARY OF SAID TRACT PROJECTED VERTICALLY, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 2 HOTEL PARCEL B

UPPER LIMIT 1.15 FEET LOWER LIMIT -9.67 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL LYING BELOW THE

FILED DATE: 10/26/2020 2:35 PM    2020CH06980

HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE ENTIRE HORIZONTAL BOUNDARY OF SAID TRACT PROJECTED VERTICALLY, EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 136.85 FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST, 34.33 FEET; THENCE SOUTH 00°00'00" EAST, 18.19 FEET; THENCE NORTH 90°00'00" WEST, 34.35 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE, 18.19 FEET TO THE POINT OF BEGINNING; ALSO EXCEPT THAT PART LYING WITHIN SAID TRACT LYING BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET CHICAGO CITY DATUM AND LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF -9.67 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 128.41 FEET; THENCE SOUTH 89° 55' 57" EAST 91.25 FEET TO THE POINT OF BEGINNING: THENCE NORTH 90°00'00" EAST, 7.27 FEET; THENCE SOUTH 00°00'00" EAST, 17.11 FEET; THENCE NORTH 90°00'00" WEST, 7.27 FEET TO THE; THENCE NORTH 00°00'00" EAST 17.11 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL C

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH

FILED DATE: 10/16/2023 2:35 PM   2023CH06980

PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 89.81 FEET, THENCE SOUTH 89° 55'57" EAST, 110.73 FEET TO THE POINT OF BEGINNING: THENCE NORTH 00°03'51" EAST, 9.08 FEET; THENCE SOUTH 89°56'10" EAST, 3.91 FEET; THENCE SOUTH 00°03'51" WEST, 9.08 FEET; THENCE NORTH 89°56'06" WEST, 3.91 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL D

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,

FILED DATE: 7/26/2023 2:35 PM    2023CH06980

LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST
CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE
OF SAID TRACT, 97.90 FEET, THENCE SOUTH 00° 17'29" EAST, 39.99 FEET TO THE
POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 12.16 FEET; THENCE SOUTH
00°03'50" WEST, 5.91 FEET; THENCE SOUTH 89°56'10" EAST, 2.75 FEET; THENCE
SOUTH 00°03'50" WEST, 4.15 FEET; THENCE NORTH 89°56'10" WEST, 2.75 FEET;
THENCE SOUTH 00°03'50" WEST, 11.16 FEET; THENCE NORTH 89°56'10" WEST, 9.31
FEET; THENCE NORTH 00°03'50" EAST, 9.40 FEET; THENCE NORTH 89°56'10" WEST,
4.68 FEET; THENCE NORTH 00°03'50" EAST, 7.03 FEET; THENCE SOUTH 89°56'10"
EAST, 1.83 FEET; THENCE NORTH 00°03'50" EAST, 4.79 FEET TO THE POINT OF
BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL E

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF

AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST
CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE
OF SAID TRACT, 151.73 FEET, THENCE SOUTH 00° 17'29" EAST, 54.62 FEET TO THE
POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 5.67 FEET; THENCE SOUTH
00°03'50" WEST, 21.12 FEET; THENCE SOUTH 89°56'10" EAST, 11.99 FEET; THENCE
SOUTH 00°03'50" WEST, 6.81 FEET; THENCE NORTH 89°56'10" WEST, 17.66 FEET;
THENCE NORTH 00°03'50" EAST, 27.93 FEET TO THE POINT OF BEGINNING, IN SAID
COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL F

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF

FILED DATE: 10/25/2023 2:35 PM    2023CH06860

THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 190.01 FEET, THENCE SOUTH 00°17'29" EAST, 76.94 FEET TO THE POINT OF BEGINNING, THENCE SOUTH 89°56'10" EAST, 10.96 FEET; THENCE SOUTH 00°03'50" WEST, 8.38 FEET; THENCE NORTH 81°01'51" WEST, 11.10 FEET; THENCE NORTH 00°03'50" EAST, 6.66 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL G

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH
AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 TO THE PLACE OF BEGINNING OF SAID TRACT;
SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE
HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED
AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT,
THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 249.17
FEET, THENCE SOUTH 00° 00'27" WEST, 20.40 FEET TO THE POINT OF BEGINNING,
THENCE SOUTH 00°00'27"  EAST, 12.77 FEET; THENCE NORTH 89°59'33" WEST, 10.54
FEET; THENCE NORTH 00°03'50" EAST, 12.77 FEET; THENCE SOUTH 89°59'33" EAST,
10.53 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL H

UPPER LIMIT 14.68 LOWER LIMIT 1.15

FILED DATE: 7/26/2023 2:35 PM   2023CH06860

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00' 27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 TO THE PLACE OF BEGINNING OF SAID TRACT;
SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL
PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE
HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED
AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT,
THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 232.49
FEET, THENCE SOUTH 00° 17'29" EAST, 78.15 FEET TO THE POINT OF BEGINNING,
THENCE SOUTH 00°03'50" WEST, 4.19 FEET; THENCE NORTH 89°56'10" WEST, 1.18
FEET; THENCE SOUTH 00°03'50" WEST, 21.16 FEET; THENCE NORTH 89°56'10"
WEST, 2.71 FEET; THENCE SOUTH 00°03'50" WEST, 1.06 FEET; THENCE NORTH
89°56'10" WEST, 4.38 FEET; THENCE NORTH 00°03'50" EAST, 1.06 FEET; THENCE
NORTH 89°56'10" WEST, 6.08 FEET; THENCE NORTH 00°03'50" EAST, 10.33 FEET;
THENCE SOUTH 89°56'10" EAST, 3.78 FEET; THENCE NORTH 00°03'50" EAST, 13.85

FEET; THENCE SOUTH 89°56'10" EAST, 3.70 FEET; THENCE NORTH 00°03'50" EAST, 1.17 FEET; THENCE SOUTH 89°56'10" EAST, 6.87 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1 HOTEL PARCEL I

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE

FILED DATE: 7/25/2023 2:35 PM    2023CH06880

FILED DATE: 10/26/2020 2:25 PM    2020CH06680

OF SAID TRACT, 163.04 FEET; THENCE NORTH 89° 59'33" WEST, 74.48 FEET; THENCE SOUTH 00°00'27" WEST, 16.03 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°56'10" EAST, 4.09 FEET; THENCE SOUTH 00°03'50" WEST 5.39 FEET; THENCE NORTH 89° 56'10" WEST, 4.09 FEET; THENCE NORTH 00°03'50" EAST, 5.39 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

BASEMENT 1

HOTEL PARCEL J

UPPER LIMIT 14.68 LOWER LIMIT 1.15

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS; BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 1.15 FEET AND BELOW THE

FILED DATE: 7/26/2023 2:25 PM    2028CH06880

HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST
CORNER OF SAID TRACT, THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN
MOST SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST,
9.90 FEET; THENCE SOUTH 89°32'49" WEST, 64.91 FEET; THENCE NORTH 00°04'03"
EAST, 18.54 FEET; THENCE SOUTH 89°55'57" EAST, 22.96 FEET; THENCE NORTH
00°04'03" EAST, 9.36 FEET; THENCE NORTH 89°55'57" WEST, 23.08 FEET; THENCE
NORTH 00°04'03" EAST, 8.78 FEET; THENCE SOUTH 89°55'57" EAST, 7.31 FEET;
THENCE NORTH 00°04'03" EAST, 18.50 FEET; THENCE SOUTH 89°55'57" EAST, 33.90
FEET; THENCE NORTH 00°04'03" EAST, 7.27 FEET; THENCE SOUTH 89°55'57" EAST,
99.58 FEET; THENCE NORTH 45°03'50" EAST, 6.82 FEET; THENCE NORTH 00°03'50"
EAST, 8.91 FEET; THENCE SOUTH 89°56'10" EAST, 7.88 FEET; THENCE SOUTH
00°03'50" WEST, 11.68 FEET; THENCE SOUTH 44°56'10" EAST, 12.20 FEET;
THENCE SOUTH 00°03'50" WEST, 1.87 FEET; THENCE SOUTH 89°55'57" EAST, 42.35
FEET; THENCE SOUTH 00° 04'03" WEST, 18.44 FEET; THENCE SOUTH 89°55'57" EAST,
35.34 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST
ALONG THE EAST LINE OF SAID TRACT, 43.43 FEET TO THE POINT OF BEGINNING,
IN COOK COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL K

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONOR PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST
LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE
SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A

POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT. LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°27'11" EAST, 18.32 FEET TO THE SOUTH LINE SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE SOUTH LINE OF SAID TRACT, 30.71 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL L

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE

OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST
WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST
CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE
OF SAID TRACT, 178.17 FEET; TO THE POINT OF BEGINNING; THENCE SOUTH
89°55'53" EAST, 33.92 FEET; THENCE NORTH 00°04'07" EAST, 0.75 FEET; THENCE
SOUTH 89°55'53" EAST, 10.74 FEET; THENCE SOUTH 00°04'07" WEST, 0.75 FEET;
THENCE SOUTH 89° 55'53" EAST, 107.73 FEET; THENCE NORTH 00°04'07" EAST, 96.12
FEET; THENCE SOUTH 89°55'53" EAST, 3.64 FEET; THENCE NORTH 00°04'07" EAST,
26.73 FEET; THENCE NORTH 89°55'53" WEST, 3.64 FEET; THENCE NORTH 00°04'07"
EAST, 56.27 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31"
EAST ALONG THE NORTH LINE OF SAID TRACT, 53.86 FEET; THENCE SOUTH
00°04'07" WEST, 58.91 FEET; THENCE SOUTH 89°55'53" EAST, 35.16 FEET; THENCE
SOUTH 45°00'00" EAST, 11.07 FEET; THENCE SOUTH 00°00'27" WEST, 53.03 FEET;
THENCE NORTH 89°55'53" WEST, 15.39 FEET; THENCE NORTH 00°04'07" EAST, 16.17
FEET; THENCE NORTH 89°55'53" WEST, 12.26 FEET; THENCE NORTH 00°04'07" EAST,
21.74 FEET; THENCE NORTH 89°55'53" WEST, 15.39 FEET; THENCE SOUTH 00°04'07"
WEST, 23.51 FEET; THENCE SOUTH 89°55'53" EAST, 2.60 FEET; THENCE SOUTH
00°04'07" WEST' 7.58 FEET; THENCE NORTH 89°55'53" WEST, 2.60 FEET; THENCE
SOUTH 00°04'07" WEST, 66.46 FEET; THENCE SOUTH 89°53'12" EAST, 128.31 FEET TO
THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG THE EAST
LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 36.87 FEET;
THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE
OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE, 137.94
FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST,
64.41 FEET; THENCE NORTH 00°04'07" EAST, 18.05 FEET; THENCE SOUTH 89°55'53"
EAST, 21.91 FEET; THENCE NORTH 00°04'07" EAST, 17.47 FEET; THENCE NORTH
89°55'53" WEST, 7.14 FEET; THENCE NORTH 00°04'07" EAST, 0.71 FEET; THENCE
NORTH 89°55'53" WEST, 7.92 FEET; THENCE NORTH 00°04'07" EAST, 18.74 FEET;

USActive 44211429.2

FILED DATE: 10/25/2023 2:35 PM    2023CH06680

FILED DATE: 10/26/2020 2:35 PM    2020CH06860

THENCE NORTH 89°55'53" WEST, 77.15 FEET; THENCE NORTH 00°00'00" WEST, 0.50
FEET; THENCE NORTH 89°55'53" WEST, 25.12 FEET TO THE WEST LINE SAID TRACT;
THENCE NORTH 00°04'03" EAST ALONG SAID WEST LINE OF SAID TRACT, 20,00
FEET TO THE POINT OF BEGINNING, (EXCEPT THAT PART DESCRIBED AS
FOLLOWS; COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE
NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 167.71 FEET;
THENCE SOUTH 00°17'29" EAST, 83.14 FEET TO THE POINT OF BEGINNING;
THENCE SOUTH 89°53'12" EAST, 5.10 FEET; THENCE NORTH 00°06'48" EAST, 1.25
FEET; THENCE SOUTH 89°53'12" EAST, 11.50 FEET; THENCE SOUTH 00°06'48" WEST,
1.25 FEET; THENCE SOUTH 89°53'12" EAST, 5.72 FEET; THENCE SOUTH 00°06'48"
WEST, 21.71 FEET; THENCE NORTH 89°53'12" WEST, 0.36 FEET; THENCE SOUTH
00°06'48" WEST, 36.17 FEET; THENCE SOUTH 89°53'12" EAST, 4.42 FEET; THENCE
SOUTH 00° 06'48" WEST, 11.61 FEET; THENCE NORTH 89°53'12" WEST, 4.97 FEET
THENCE SOUTH 00°06'48" WEST, 26.64 FEET; THENCE NORTH 89°53'12" WEST, 20.24
FEET; THENCE NORTH 00°06'48" EAST, 26.45 FEET; THENCE NORTH 89°53'12" WEST,
4.93 FEET; THENCE NORTH 00°06'48" EAST, 11.56 FEET; THENCE SOUTH 89°53'12"
EAST, 3.55 FEET; THENCE NORTH 00°06'48" EAST, 4.92 FEET; THENCE SOUTH
89°53'12" EAST, 2.99 FEET; THENCE NORTH 00°06'48" EAST, 4.79 FEET; THENCE
NORTH 89°53'12" WEST, 2.29 FEET; THENCE NORTH 00° 06'48" EAST, 26.55 FEET;
THENCE NORTH 89°53'12" WEST, 0.50 FEET; THENCE NORTH 00°06'48" EAST, 21.88
FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL M

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH

FILED DATE: 10/26/2020 12:35 PM    2020CH06860

PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG WEST LINE OF SAID TRACT, 135.54 FEET; THENCE SOUTH 89°55'57" EAST, 100.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 90°00'00" EAST, 12.50 FEET; THENCE SOUTH 00°00'00" EAST, 5.50 FEET; THENCE NORTH 90°00'00" WEST, 3.09 FEET; THENCE SOUTH 00°00'00" WEST, 10.80 FEET; THENCE NORTH 90°00'00" WEST, 9.42 FEET; THENCE NORTH 00°00'00" EAST, 16.30 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL N

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,

FILED DATE: 10/26/2023 2:35 PM    2023CH06980

TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M, OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL O

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET

FILED DATE: 10/26/2020 2:25 PM    2020CH06860

5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23,1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 6 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 100.76 FEET, THENCE SOUTH 00° 17'29" EAST, 40.24 FEET TO THE POINT OF BEGINNING, THENCE NORTH 90°00'00" EAST, 11.10 FEET; THENCE SOUTH 00°00'00" WEST, 23.42 FEET; THENCE SOUTH 90°00'00" WEST, 11.10 FEET; THENCE NORTH 00°00'00" EAST, 23.42 FEET TO THE POINT OF BEGINNING, IN SAID COOK COUNTY, ILLINOIS.

STREET LEVEL HOTEL PARCEL P

UPPER LIMIT 26.12 LOWER LIMIT 14.68

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF

AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE. 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY. DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 239.92 FEET TO THE POINT OF BEGINNING, THENCE CONTINUING ALONG SAID NORTH LINE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET; THENCE SOUTH 89°42'31" WEST, 9.25 FEET; THENCE NORTH 00°00'27" EAST, 32.00 FEET TO THE INTERSECTION WITH THE NORTH LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

STREET LEVEL

HOTEL PARCEL Q

UPPER LIMIT 26.12 LOWER LIMIT 14.68

FILED DATE: 10/26/2020 2:35 PM    2020CH06860

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM. DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3-5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 14.68 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST
CORNER OF SAID TRACT, THENCE NORTH 00°00'27" EAST ALONG THE EAST LINE
OF SAID TRACT, 152.35 FEET TO THE POINT OF BEGINNING; THENCE NORTH
89°55'53" WEST, 9.33 FEET; THENCE SOUTH 00°04'07" WEST, 3.00 FEET; THENCE
NORTH 89°55'53" WEST, 8.57 FEET; THENCE SOUTH 00°00'27" WEST, 7.94 FEET;
THENCE NORTH 89°59'33" WEST, 19.24 FEET; THENCE NORTH 00°00'27" EAST, 21.61
FEET; THENCE SOUTH 89°59'33" EAST, 37.14 FEET TO THE EAST LINE OF SAID
TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID
TRACT, 10.69 FEET TO THE POINT OF BEGINNING IN COOK, COUNTY, ILLINOIS.

FILED DATE: 10/25/2023 2:25 PM    2023CH06980

LOBBY LEVEL

HOTEL PARCEL R

UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C, HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 66 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST

SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE
NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF
BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL S

UPPER LIMIT 32.40 LOWER LIMIT 26.12

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED

FILED DATE: 7/26/2020 12:25 PM    2020CH06880

FILED DATE: 10/25/2023 1:35 PM   2023CH06880

VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL T

UPPER LIMIT 32.40 FEET LOWER LIMIT 26.12 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID

TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" " EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00°04'03" EAST, 41.20 FEET; THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90° 00'00" EAST, 9.15 FEET; THENCE SOUTH 00°00'00" WEST, 11.43 FEET; THENCE SOUTH 89°55'53" EAST, 42.23 FEET; THENCE NORTH 00°04'07" EAST, 57.12 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89° 42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 53.86 FEET; THENCE SOUTH 00°04'07" WEST, 57.46 FEET; THENCE SOUTH 89°55'53" EAST, 42.98 FEET; THENCE SOUTH 00°00'27" WEST, 42.39 FEET; THENCE SOUTH. 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 26.00 FEET; THENCE NORTH 89°59'33" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 53.67 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 137.56 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00° 00' 00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT HEREFROM THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00°00'00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

FILED DATE: 7/26/2023 2:35 PM    2023CH06860

FILED DATE: 10/26/2020 12:35 PM    2020CH06860

LOBBY LEVEL

HOTEL PARCEL U

UPPER LIMIT 32.40 LOWER LIMIT 26.12

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 26.12 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE

OF SAID TRACT, 239.92 FEET TO THE POINT OF BEGINNING, THENCE CONTINUING ALONG SAID NORTH LINE NORTH 89°42'31" EAST, 9.25 FEET; THENCE SOUTH 00°00'27" WEST, 32.00 FEET; THENCE SOUTH 89°42'31" WEST, 9.25 FEET; THENCE NORTH 00°00'27" EAST, 32.00 FEET TO THE INTERSECTION WITH THE NORTH LINE OF SAID TRACT TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL V

UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23,1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31'" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE

FILED DATE: 10/26/2023 2:35 PM    2023CH06880

HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO
CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG
THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54
FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST
SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE
NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF
BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL W

UPPER LIMIT 33.66 LOWER LIMIT 32.40

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH

FILED DATE: 7/26/2020 2:25 PM    2028CH06880

89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL X

UPPER LIMIT 33.66 FEET LOWER LIMIT 32.40 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3): RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND

FILED DATE: 7/26/2023 12:35 PM    2023CH06860

22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 32.40 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00° 04'03" EAST, 41.20 FEET; THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE NORTH 00°00'00" EAST, 45.43 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 139.08 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 26.00 FEET; THENCE NORTH 89°59'33" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 53.67 FEET; THENCE SOUTH 89°53'12" EAST, 37.25 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 20.50 FEET; THENCE NORTH 89°53'12" WEST, 37.25 FEET; THENCE SOUTH 00°00'27" WEST, 63.14 FEET TO THE SOUTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 137.56 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00° 04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING EXCEPT THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00°00'00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT HEREFROM THAT PART DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89° 32' 49" EAST

ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00°00'00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" WEST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL Y

UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE

FILED DATE: 7/26/2023 12:35 PM 2023CH06860

FILED DATE: 10/25/2023 2:25 PM   2028CH06080

HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 18.59 FEET; THENCE SOUTH 89°55'57" EAST, 30.54 FEET; THENCE SOUTH 00°04'03" WEST, 18.31 FEET TO THE NORTHERN MOST SOUTH LINE OF SAID TRACT; THENCE SOUTH 89°32'49" WEST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT, 30.54 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL Z

UPPER LIMIT 36.00 LOWER LIMIT 33.66

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE

PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°55'57" EAST, 30.52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

LOBBY LEVEL

HOTEL PARCEL AA

UPPER LIMIT 36.00 FEET LOWER LIMIT 33.66 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE

NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 33.66 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 55.86 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°04'03" EAST, 20.71 FEET; THENCE SOUTH 89°55'57" EAST, 76.80 FEET; THENCE NORTH 00°04'03" EAST, 8.92 FEET; THENCE SOUTH 89°55'57" EAST, 25.66 FEET; THENCE NORTH 00°00'00" EAST, 31.10 FEET; THENCE NORTH 89°55'57" WEST, 1.67 FEET; THENCE NORTH 00°04'03" EAST, 18.17 FEET; THENCE SOUTH 90°00'00" WEST, 5.31 FEET; THENCE NORTH 00° 04'03" EAST, 41.20 FEET; THENCE SOUTH 90°00'00" EAST, 5.59 FEET; THENCE NORTH 00°00'00" EAST, 33.80 FEET; THENCE NORTH 90°00'00" EAST, 9.15 FEET; THENCE NORTH 00°00'00" EAST, 45.43 FEET; TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG SAID NORTH LINE OF SAID TRACT, 139.08 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 163.04 FEET TO SOUTHEAST CORNER OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTHERN MOST SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 80.70 FEET; THENCE NORTH 00°04'03" EAST, 36.01 FEET; THENCE NORTH 89°55'57" WEST, 11.63 FEET; THENCE NORTH 00°04'03" EAST, 19.13 FEET; THENCE NORTH 89°55'57" WEST, 67.50 FEET TO THE INTERSECTION WITH THE WEST LINE OF SAID TRACT ALSO BEING THE POINT OF BEGINNING; EXCEPT THAT PART DESCRIBED AS FOLLOWS:  COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 111.86 FEET; THENCE NORTH 00°00'00" EAST 18.70 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00° 00'00" EAST, 3.49 FEET; THENCE NORTH 90°00'00" EAST, 5.40 FEET; THENCE SOUTH 00°00'00" WEST, 3.49 FEET; THENCE SOUTH 90°00'00" WEST, 5.40 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

ALSO EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 90.97 FEET; THENCE NORTH 00°00'00" EAST 18.37 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°00'00" EAST, 1.90 FEET; THENCE NORTH 90°00'00" EAST, 3.85 FEET; THENCE SOUTH 00°00'00" WEST, 1.90 FEET; THENCE SOUTH 90°00'00" WEST, 3.85 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

FILED DATE: 7/26/2023 2:35 PM   2023CH06880

SECOND LEVEL

HOTEL PARCEL AB

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: BEGINNING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG
THE WEST LINE OF SAID TRACT, 18.56 FEET; THENCE SOUTH 89°55'57" EAST,

FILED DATE: 7/26/2023 12:35 PM   2023CH06380

FILED DATE: 7/26/2023 12:35 PM    2023CH06860

32.56 FEET; THENCE SOUTH 00°04'03" WEST, 11.44 FEET; THENCE SOUTH 89°55'57" EAST, 57.10 FEET; THENCE NORTH 00°04'03" EAST, 25.05 FEET; THENCE SOUTH 89°55'57" EAST, 12.58 FEET; THENCE NORTH 00°04'03" EAST, 23.23 FEET; THENCE SOUTH 89°55'57" EAST, 2.65 FEET; THENCE NORTH 00° 04'03" EAST, 5.66 FEET; THENCE SOUTH 89°55'57" EAST, 12.79 FEET; THENCE NORTH 00°04'03" EAST, 17.31 FEET; THENCE NORTH 89°48'52" WEST, 3.18 FEET; THENCE NORTH 00°11'08" EAST, 9.40 FEET; THENCE NORTH 89°48'52" WEST, 9.62 FEET; THENCE NORTH 00°04'03" EAST, 32.90 FEET; THENCE NORTH 89°55'57" WEST, 4.14 FEET; THENCE NORTH 00°04'03" EAST, 21.52 FEET; THENCE SOUTH 89°55'57" EAST, 13.74 FEET; THENCE NORTH 00°04'03" EAST, 10.16 FEET; THENCE SOUTH  89°55'57" EAST, 3.17 FEET; THENCE NORTH 00°04'03" EAST, 22.15 FEET; THENCE NORTH 89°48'52" WEST, 5.73 FEET; THENCE NORTH 00°11'08" EAST, 16.85 FEET; THENCE NORTH 89°48'52" WEST, 11.00 FEET; THENCE NORTH 00°11'08" EAST, 24.18 FEET; THENCE SOUTH 89°48'52" EAST, 9.39 FEET; THENCE NORTH 00°04'03" EAST, 39.61 FEET TO THE NORTH LINE OF SAID TRACT; THENCE NORTH 89°42'31" EAST ALONG THE NORTH LINE OF SAID TRACT, 138.78 FEET; THENCE SOUTH 00°00'27" WEST, 100.12 FEET; THENCE SOUTH 89°59'33" EAST, 85.20 FEET TO THE EAST LINE OF SAID TRACT; THENCE SOUTH 00°00'27" WEST ALONG SAID EAST LINE OF SAID TRACT, 163.04 FEET TO THE SOUTHEAST CORNER OF SAID TRACT; THENCE SOUTH 89°35'37" WEST ALONG THE SOUTH LINE OF SAID TRACT, 174.81 FEET; THENCE NORTH 00°01'23" EAST, 9.90 FEET; THENCE SOUTH 89°32'49" WEST, 159.83 FEET TO THE POINT OF BEGINNING; EXCEPT THAT PART DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 89°32'49" EAST ALONG THE NORTHERN MOST SOUTH LINE OF SAID TRACT 94.60 FEET; THENCE NORTH 00°00'00" EAST 18.47 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°04'03" EAST, 5.35 FEET; THENCE SOUTH 89°55'57" EAST, 8.04 FEET; THENCE NORTH 00°04'03" EAST, 2.99 FEET; THENCE SOUTH 89°55'57" EAST, 14.12 FEET; THENCE SOUTH 00° 04'03" WEST, 8.34 FEET; THENCE NORTH 89°55'57" WEST, 22.16 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AC

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE

SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT 42.63 FEET; THENCE SOUTH 89°55'57" EAST 67.71 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 18.23 FEET; THENCE NORTH 89°48'52" WEST, 4.70 FEET; THENCE NORTH 00°11'08" EAST, 3.73 FEET; THENCE SOUTH 89° 48'52" EAST, 6.78 FEET; THENCE SOUTH 00°11'08" WEST, 21,96 FEET; THENCE NORTH 89°48'52" WEST, 2.08 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AD

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE

PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3,159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT 52.20; THENCE SOUTH 89° 55'57" EAST 41.14 TO THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.62 FEET; THENCE SOUTH 89°48'52" EAST, 7.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.62 FEET; THENCE NORTH 89°48'52" WEST, 7.20 FEET TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AE

UPPER LIMIT 49.30 FEET LOWER LIMIT 36.00 FEET

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL, SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET
EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF
THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART
OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID
ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE, 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY
DATUM AND LYING WITHIN THE HORIZONTAL BOUNDARY OF SAID PARCEL
PROJECTED VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHWEST CORNER OF SAID TRACT, THENCE NORTH 00° 04' 03" EAST ALONG
THE WEST LINE OF SAID TRACT 151.07; THENCE SOUTH 89°55'57" EAST 40.44 TO
THE POINT OF BEGINNING; THENCE NORTH 00°11'08" EAST, 3.15 FEET; THENCE
SOUTH 89°48'52" EAST, 5.20 FEET; THENCE SOUTH 00°11'08" WEST, 3.15 FEET;
THENCE NORTH 89°48'52" WEST, 5.20 FEET TO THE POINT OF BEGINNING, IN COOK,
COUNTY, ILLINOIS.

SECOND LEVEL

HOTEL PARCEL AF

UPPER LIMIT 49.30 LOWER LIMIT 36.00

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID
TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15
ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF
THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE
INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE
PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF
AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE
WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET
5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF
THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH
LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN
QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY
AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE,
TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK,
LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907,
RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK
19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF
LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6
FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE
OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH
PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF
SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE
NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND
22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE
NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT
WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH
SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH
89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE
PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST
WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID
TRACT; SAID PARCEL THAT LIES WITHIN SAID TRACT, LYING ABOVE THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 36.00 FEET AND BELOW THE
HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY
DATUM, THE HORIZONTAL BOUNDARY OF SAID PARCEL PROJECTED
VERTICALLY, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST
CORNER OF SAID TRACT, THENCE SOUTH 00°04'03" WEST ALONG THE WEST LINE
OF SAID TRACT, 39.65 FEET TO THE POINT OF BEGINNING; THENCE SOUTH
89°55'57" EAST, 30,52 FEET; THENCE SOUTH 00°04'03" WEST, 16.21 FEET; THENCE

USActive 44211429.2

FILED DATE: 10/26/2020 2:35 PM     2020CH06080

NORTH 89°55'57" WEST, 30.52 FEET TO THE WEST LINE OF SAID TRACT; THENCE NORTH 00°04'03" EAST ALONG THE WEST LINE OF SAID TRACT, 16.21 FEET TO THE POINT OF BEGINNING, IN COOK, COUNTY, ILLINOIS.

THIRD LEVEL

HOTEL PARCEL AG LOWER LIMIT 49.30

THAT PART OF A TRACT HEREINAFTER REFERRED TO AS THE PARCEL SAID TRACT DESCRIBED AS FOLLOWS: PART OF BLOCK 3 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF EAST MONROE STREET WITH THE PRESENT EAST LINE OF SOUTH STATE STREET (BEING A LINE 27 FEET EAST OF AND PARALLEL WITH THE WEST LINE OF SAID BLOCK 3); RUNNING THENCE WITH SAID EAST LINE OF SOUTH STATE STREET, SOUTH 00°04'03" WEST, 254 FEET 5 7/16 INCHES, TO A POINT 210 FEET 3 INCHES NORTH OF THE NORTH FACE OF THE REPUBLIC BUILDING, SAID POINT BEING 144.75 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3 AS MEASURED ON THE WEST LINE OF PREMISES IN QUESTION; THENCE NORTH 89°32'49" EAST ALONG A LINE ESTABLISHED BY AGREEMENT BETWEEN BERTHA HONORE PALMER AND ANDREA C. HONORE, TRUSTEES OF THE ESTATE OF POTTER PALMER, DECEASED, ETHELBERT W. PEEK, LOUIS FRAZIN AND ABRAHAM M. OPENHEIM, DATED JANUARY 23, 1907, RECORDED IN THE RECORDER'S OFFICE IN COOK COUNTY, ILLINOIS, IN BOOK 19104, PAGE 86 AS DOCUMENT 8030340, SAID LINE INTERSECTING THE WEST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3 AT A POINT 144.52 FEET NORTH OF THE SOUTH LINE OF LOT 10 IN BLOCK 3, 159 FEET 10 1/2 INCHES MORE OR LESS, TO A POINT 6 FEET EAST OF THE WEST LINE OF LOT 8 IN SAID BLOCK 3 AND IN THE EAST LINE OF THE 12 FOOT ALLEY RUNNING NORTH AND SOUTH THROUGH THE SOUTH PART OF SAID BLOCK 3; THENCE SOUTH 00°01'23" WEST WITH THE EAST LINE OF SAID ALLEY, 9 FEET 8 7/8 INCHES TO A POINT 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8; THENCE NORTH 89°35'37" EAST PARALLEL WITH AND 22 FEET 3 5/8 INCHES SOUTH OF THE NORTH LINE OF SAID LOT 8, BEING THE NORTH LINE OF AN 18 FOOT ALLEY, 174 FEET 10 5/8 INCHES TO THE PRESENT WEST LINE OF SOUTH WABASH AVENUE; THENCE NORTH 00°00'27" EAST WITH SAID WEST LINE OF SOUTH WABASH AVENUE, 163.04 FEET; THENCE NORTH 89°59'33" WEST, 85.20 FEET; THENCE NORTH 00°00'27" EAST, 100.12 FEET TO THE PRESENT SOUTH LINE OF EAST MONROE STREET; THENCE SOUTH 89°42'31" WEST WITH SAID SOUTH LINE 249.17 FEET TO THE PLACE OF BEGINNING OF SAID TRACT; SAID TRACT, LYING ABOVE THE HORIZONTAL PLANE HAVING AN ELEVATION OF 49.30 FEET CHICAGO CITY DATUM IN COOK, COUNTY, ILLINOIS.

FILED DATE: 10/26/2020 12:35 PM   2020CH06860