IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

___

#### Full Caption of Later Filed Case:

WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2018-PHH, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-PHH, acting by and through Situs Holdings, LLC, as special servicer under the Trust and Servicing Agreement, dated August 7, 2018

**Plaintiff**

vs.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, an Ohio national bank association

**Defendant**

Case Number: 1:24-cv-05665

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2018-PHH, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-PHH, acting by and through Situs Holdings, LLC, as special servicer under the Trust and Servicing Agreement, dated August 7, 2018

**Plaintiff**

vs.

Thor Urban Operating Fund, L.P.

**Defendant**

Case Number: 1:24-cv-04339-LJL

Status of Earlier Filed Case:

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open       (If so, set forth procedural status and summarize any court rulings.)

Defendant has been served with the complaint.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The losses and damages to the Trust under both cases arise from the same nucleus of underlying facts. Both cases seek recovery of losses suffered by the Trust caused by the borrower of a commercial loan and the borrower's affiliates. Defendant sold the loan to the Trust pursuant to the Master Loan Purchase Agreement, the contract at issue in this lawsuit.

The current case is against the original lender, The claims seek to recover losses suffered by the Trust under an indemnification provision in the Master Loan Purchase Agreement. The earlier case seeks recovery of losses suffered from the Trust from an affiliate of the borrower under a Guaranty contract in which the affiliate-defendant guaranteed payment of certain loan obligations of the borrower.

Signature: /s/ Frederick L. Whitmer         Date: 7/26/2024

Firm: Kilpatrick Townsend & Stockton LLP